KELLY M. KLAUS (CA Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (CA Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:  (202) 220-1100
Facsimile:    (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tickbox TV LLC, <br><br> Defendant. | Case No.  2:17-cv-07496-MWF(AS) <br><br> **DECLARATION OF PROF. IAN FOSTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:    Jan. 8, 2018 <br> Time:   10:00 a.m. <br> Ctrm:   5A (Hon. Michael W. Fitzgerald) <br> Filed concurrently: <br>   Notice of Motion and Motion; <br>   Memorandum of Points and <br>   Authorities in Support Thereof <br>   Declaration of David P. Kaplan <br>   Declaration of Kelly M. Klaus <br>   Declaration of Jan van Voorn <br>   [Proposed] Order |

1.     My name is Ian Foster.  I am the Arthur Holly Compton Distinguished Service Professor of Computer Science at the University of Chicago and a Distinguished Fellow and Senior Scientist at Argonne National Laboratory. My curriculum vitae is attached at Exhibit A.

## I. QUALIFICATIONS

2.     I hold a Bachelor of Science (B.Sc.) degree in Computer Science from the University of Canterbury (Christchurch, New Zealand), and a Doctor of Philosophy (Ph.D.) degree in Computer Science and Diploma of Imperial College from Imperial College (London, United Kingdom).

3.     My work as a computer scientist has been at the intersection of computing and the sciences. My work has produced both practical technologies that have seen wide adoption and concepts and methods that have proven influential in research and education.

4.     My research interests span a range of topics in parallel, distributed, and data-intensive computing. A unifying theme of these topics is a desire to use the power of rapid communication to accelerate discovery, whether by linking people with remote computers and data, accelerating complex computational processes, or enabling distributed virtual teams.  I often build sophisticated artifacts (software and distributed systems) in order to apply, evaluate, and disseminate new concepts and methods.

5.     I have served as an expert witness in the field of computer science and given deposition testimony or filed reports or declarations in the following cases over the past four years:

- *Radware, Inc., v. F5 Networks, Inc.*, Case No. IPR2017-01249
- *Atlantic Recording Corp. et al. v. Andrew Sampson et al.*, Case No. 15-cv-23810 (S.D. Fla.);
- *Arista Records LLC et al. v. Vita Tkach et al.*, Case No. 15-CV-03701-AJN (S.D.N.Y.);

- 1 -

- *Arista Music et al. v. Escape Media Group Inc. et al.*, Case No. 11 Civ. 8407 (TPG) (S.D.N.Y.);
- *01 Communique Lab., Inc. v. Citrix Sys.*, Case No. 1:06CV253 (N.D. Ohio);
- *Cleversafe, Inc. v. Amplidata, Inc.*, Case No. 11 C 4890 (N.D. Ill.);
- *Disney Enterprises, Inc. et al. v. Hotfile Corp.*, Case No. 11-20427-CIV-WILLIAMS (S.D. Fla.).

## II. SCOPE OF REVIEW

6.      Plaintiffs in this action have asked me to provide a preliminary analysis of TickBox TV, based on publicly available information, in support of Plaintiffs' motion for a preliminary injunction.  Specifically, I have been asked to address: (1) the use of the TickBox TV device from the perspective of an ordinary user using it to view content, with particular attention to the initial setup and "out of the box" experience of the device; (2) technical details of the preceding as well as Defendant's continued connections to and control over the installed base of software on TickBox TV devices; and (3) changes to TickBox TV introduced by a recent software update that occurred after I began my analysis.

7.      In reaching my preliminary conclusions, I have used the TickBox TV, conducted a limited forensic analysis of the device's software, and reviewed the tickboxtv.com website and other relevant websites.  I expect to revise my findings and opinions as new material and information becomes available to me.

8.      The observations and conclusions set forth below are based upon my specialized knowledge, education, and experience, as applied to the facts and circumstances of this case.  If called upon, I would testify as to the matters contained herein.

## III. TICKBOX TV FROM THE USER'S PERSPECTIVE

9.      The TickBox TV device is a small electronic device designed for accessing media over the internet and displaying it on a television.  The hardware is

colloquially known as an "Android TV box," a term prominently displayed on the TickBox TV's cardboard packaging, because it operates using the Android operating system.  Figure 1 is an image of the device published on the home page of the TickBox website at https://www.tickboxtv.com.  The TickBox TV has various ports for connecting other devices and a power cord.

*Figure 1*

10.    The user connects the TickBox TV to a television using the port labeled "HDMI" and to the internet via either the port labeled "ETHERNET" or wirelessly using Wi-Fi.  Figure 2 illustrates the configuration.



*Figure 2*

11.    The following paragraphs describe the sequence of events when the TickBox TV is powered on for the first time while connected to the internet via an Ethernet cable.  The descriptions of the TickBox TV device in this Section III are based on my use of the device as distributed prior to the commencement of this lawsuit.  The TickBox company (which I will refer to simply as "TickBox," while using "TickBox TV" to refer to the device) recently issued a software update that revised the home screen in modest ways and, separately, updated a menu of streaming applications.  However, neither of these updates result in any material change to my opinions in this declaration.  I discuss these changes in Section V below.

12.    The screen first displays a graphic identifying its main computer chip component as the Amlogic S905X.  The screen next shows a "TickBox TV" logo, as seen in Figure 3.

1
2
3
4
5
6
7
8
9
10
11
12



13   *Figure 3*

14       13.    The screen next indicates "TickBox TV is loading," as seen in Figure 4.

15
16
17
18
19
20
21
22
23
24
25
26



27   *Figure 4*

28

DECLARATION OF PROF. IAN FOSTER
CASE NO. 2:17-CV-07496-MWF(AS)

14.     Next, the screen advises the user that "we need to download and install our Media Center."  The user's only option is to click "Download," as seen in Figure 5.

*Figure 5*

15.     Once the user has clicked the "Download" button, the screen presents a page entitled, "Tickbox TV Player" (see Figure 6).  This screen asks the user, "Do you want to install this application?" The "Tickbox TV player" software appears to be an alternative name for the software referred to on the prior screen as the "Media Center."  The screen offers the user the choice to "INSTALL" or "CANCEL." Clicking "CANCEL," however, simply returns the user to a prior screen with a "next" button.  Hence, installation of the Tickbox TV Player (or Media Center) software is mandatory in the ordinary course of setting up the device.

*Figure 6*

16.     The screen then prompts the user to submit an email address to register the device.  After the user does so, the TickBox TV home screen appears (see Figure 7).  On subsequent startups, unless a software update is available, the TickBox TV proceeds to this home screen without any user input. Eight clickable tiles comprise the majority of the home screen area.  The tiles have the following titles: (1) Welcome to TickBox TV, (2) WATCH MOVIES TV SPORTS, (3) Select your Theme, (4) Android Apps, (5) Live TV, (6) Settings, (7) untitled, and (8) Support. A horizontal bar of several smaller icons leading to additional features sits below the tiles.

*Figure 7*

17.     Clicking the "WATCH MOVIES TV SPORTS" tile leads to the screen illustrated in Figure 8, which reads: "Please close this window and install a theme or select IPTV Premium."  The only button on this screen is a "Close" button, which returns the user to the home screen.

*Figure 8*

18.     Based on this instruction, the "Select your Theme" tile on the home screen—which appears immediately to the right of the "WATCH MOVIES TV SPORTS" tile—is the obvious next destination.  A "theme" here refers to a customized version of the software known as "Kodi."[1]  Kodi is third-party media-player software that organizes, stores, and plays audio and video files.  The creators of the Kodi software publish its programming instructions, referred to as its "source code," so that third-party programmers can modify it to make their own versions.  In addition, Kodi supports third-party programs called "addons" designed to run in conjunction with Kodi to provide an array of supplemental features.  Third parties that are not affiliated with Kodi itself have created hundreds of addons.  Many of these addons provide the ability to browse or search through catalogs of video content available on the internet and stream desired films or TV shows.  The Media

---

[1] The "WATCH MOVIES TV SPORTS" has the subtitle, "POWERED BY KODI."

1    Center/TickBox TV Player software that is downloaded during the first use of the

2    TickBox TV, and that I have described above, is itself a customized version of Kodi.

3    19.     As mentioned, in addition to creating addons for Kodi, third-party

4    programmers also can create customized versions of Kodi.  These customized

5    versions of Kodi vary in their look-and-feel, also known as their "theme."  For

6    example, one theme might use a color scheme, font, and menu layout that evokes a

7    futuristic space look-and-feel, while another might attempt to convey a minimalist

8    aesthetic.  A "build" of Kodi consists of the core Kodi software with a theme and a

9    set of addons.  The TickBox TV interface uses the term "theme" as a synonym for

10   "build."

11   20.     When the user clicks the "Select your Theme" tile on the home screen

12   (Figure 7), a screen offering a choice of multiple Kodi "builds" is displayed (see

13   Figure 9).  The choices displayed in Figure 9 are: "Spinz," "Stream on Fire,"

14   "Wookie," "Paradox," "Lodi," "Aqua," "CMM," and "Spanish Quasar."



*Figure 9*

21.     On first use, when the user selects a build, the TickBox TV advises that the build is not installed and prompts the user to install it or launch "your current 'build.'"  When the user clicks "install," a pop-up message appears, as shown in Figure 10.  The addons bundled in the various themes (or builds) offered in the menu displayed in Figure 9 include "streaming" addons that present users with lists of titles of film and television content, locate and compile a set of sources for the title selected by the user, and then automatically try to access those various sources. *See infra* ¶¶ 26-27.  When a streaming addon finds a working source for a desired title, the addon facilitates the transmission of a stream from the remote source of the content on the internet to the user's TickBox TV device.  The pop-up disclaimer's reference to "addons" is to these streaming addons.

*Figure 10*

22.     Clicking "I AGREE" results in a brief process of automatic downloading and installation of the selected build, requiring no further clicks from the user.  The TickBox TV then offers the user the choice to launch the build.

23.     To "launch the build" means to run the selected version of the Kodi software.  From this point forward, clicking the "WATCH MOVIES TV SPORTS" tile on the home screen (Figure 7) will launch the Kodi build just installed.

24.     Selecting the "Support" tile on the home screen in Figure 7 leads to page of technical support information.  As shown in Figure 11, TickBox recently advised users via this page that certain themes (builds) were not "returning searches for movies or shows" and recommended that users try the "Wookie Theme."



*Figure 11*

25.     One of the themes (builds) available on the "Select your Theme" menu in Figure 9 is "Paradox," which I selected and installed for purposes of this declaration.  Once TickBox TV launches the Paradox build, the user is presented with a home screen that offers options for locating and streaming different categories of content, as shown in Figure 12.  These categories, listed in larger text across the bottom of the screen, include "TV," "TV Shows," "Movies," and "Kids," among others.

DECLARATION OF PROF. IAN FOSTER
CASE NO. 2:17-CV-07496-MWF(AS)

*Figure 12*

26.     When a user selects one of the content categories, for example "TV SHOWS," a list of installed streaming addons for that category is presented across the bottom of the screen.  In Figure 12, the featured addons are "Elysium," "UK Turk," "Maverick," "Gurzil," "Covenant," and "Poseidon."  These addons enable a user to access film and television content hosted by sources on the internet.  They provide various ways for users to select a title to play, such as by browsing lists by genre, by films currently in theaters, and by keyword searching.  They automatically compile lists of sources for a selected title.  Typically, they present a list of sources to the user, who can select one to play.  If the selected source is unavailable, the addon automatically tries the others.  The addon plays the content within the context of the Kodi build (which is Paradox, in the case discussed here), meaning the experience is seamless for the user.  During playback, controls are available on-screen to fast forward, rewind, pause, stop, turn on closed captioning, and so on.

27.     Addons rise and fall in popularity, as certain developers are more active in providing technical support, updating the software to address "bugs," adding

features, and optimizing the addon's user interface to provide an intuitive and easy-to-use experience.  Some addons are abandoned by their developers.  A Kodi build like Paradox on TickBox TV provides a convenient bundle of popular addons that relieves the burden on the TickBox customer to separately know of, locate, download, install, and maintain individual addons.

28.     The TickBox TV's menu of "Themes" offers its users a variety of well-known and popular Kodi builds.  In the same way that Kodi builds reduce the uncertainty and work associated with finding and using individual addons, TickBox TV further reduces the burden and difficulty of accessing streaming content by curating specific builds for its users.  The "Select your Theme" menu eliminates the need for users to research, locate, download, and install a Kodi build on their own.  Instead, a user can click one of several recommended builds and "launch" the build with just a few clicks.

29.     I have described aspects of Kodi including builds, themes, and addons in order to provide some explanation for how the TickBox TV functions.  However, the ordinary TickBox customer does not need to have much awareness of, let alone expertise in, these concepts in order to use the TickBox TV to find and play videos.  The user needs merely to perform a one-time selection from the "Select your Theme" menu and subsequently use it to navigate to content.  In the event a user tires of a "theme" or encounters problems with it, another can be installed through the same process, described above, as employed on first use of the TickBox TV.  As discussed in paragraph 24 above, TickBox TV recently advised users that certain themes were not working well and recommended that users try the "Wookie" theme.  This type of information is valuable to the average user, as it eliminates the need for the user to attempt trial and error to find a functional build.

30.     As noted, once a TickBox TV user launches a recommended build, he or she is presented with a selection of addons for streaming content.  *See* Figure 12.  For example, a user who clicks "Covenant" (the fifth listed addon at the bottom of

- 14 -

the screen display in Figure 12) would view a menu that offers users the option to select "Movies," "TV Shows," and "Search," among others.  Clicking "Movies" would present another menu of categories of content, such as "Most Popular," "Box Office," and "In Theaters," as seen in Figure 13.  Covenant offers 15 different top-level categories for "Movies," as indicated on the bottom center of the screen in Figure 13.



*Figure 13*

31.     Some of these categories, like "Genres," present the user with further sub-categories such as "Action" or "Comedy."  When a user selects a category, he or she is presented with a curated list of movies that fall within the selected category at that particular time.  On November 22, 2017, for example, a user who clicked the "In Theaters" category would view a list of recently released movies that were still being shown in theaters, as seen in Figure 14.  On the left side of the screen, titles are listed with information about the year of release and length of the movie.  A user can scroll through each title to view corresponding artwork from the movie on the right side of the screen.  On November 22, 2017, Covenant offered 51 featured titles

- 15 -

1  in the "In Theaters" category, as shown on the bottom center of the screen in Figure

2  14.



*Figure 14*

16       32.       Clicking any listed title results in a pop-up window that informs the

17  user that Covenant is searching for "providers" for that particular title, as seen in

18  Figure 15, which shows the screen after selection of *Murder on the Orient Express*,

19  the top-listed title in Figure 14.  From the perspective of an ordinary user, each

20  "provider" is a source from which the title potentially can be streamed, with

21  different providers typically offering different levels of video quality (also known as

22  resolution).  The addon compiles a list of providers, noting how many offerings

23  there are at each quality level, denoted as "4K" (the highest quality) "1080p,"

24  "720p," and "SD" (standard definition, the lowest quality).  It also reports a total

25  count of sources of streams.  As the addon compiles the list, the pop-up window

26  shows an increasing tally for each quality level, displays a sequence of provider

27  names, and illustrates progress with a growing bar.  This process usually takes less

28  than one minute to complete.  As a technical matter, in this process, the addon is

gathering links (URLs) from which the title can be streamed.  Each link has two properties: a "link" site where the link was published, and a "host" site where the video file is hosted and from which it streams.  In the pop-up window, the provider names displayed by the addon refer to link sites.  The link sites utilized by the addon specialize in aggregating links to videos available on hosting sites; many also enable the user to play videos in the context of the link site webpage via an embedded player.  The TickBox TV saves the user from the hassle of visiting link sites in a web browser on a computer, replacing that process with the simple menus described here and enabling display of the content on a television.

*Figure 15*

33.     As illustrated in Figure 15, Covenant is a powerful tool for locating links to content:  a search for *Murder on the Orient Express*, on November 22, 2017, resulted in 179 links.  I am informed and believe that *Murder on the Orient Express* was released to theaters in the United States on November 10, 2017, and will not be available for individuals to stream on-demand from distribution channels like iTunes or Amazon.com until January 2018.

- 17 -

34.     Once Covenant has completed the compilation process just described, it presents the user with a list of providers from which to stream the selected title. Each entry on the list includes two names: (1) the name of the link site where the link was obtained and (2) the host site from which the video will be streamed. Some entries offer additional information about the quality of the stream, for example whether it is in "720p" (a high definition stream) or "SD."  If the first entry a user selects does not work, Covenant will automatically move through the list until it locates one that is functional or runs out of more to try.

35.     Once the addon has located a functional link, it will begin playing the selected content, as shown in Figure 16.  The user has access to a toolbar across the bottom right portion of the screen with standard buttons to rewind, pause, fast forward, turn on closed captioning, adjust the volume, and view the time elapsed and time remaining.  This toolbar disappears while the content is playing.



*Figure 16*

36.     As noted, in the preceding discussion, I used the Paradox build of Kodi. I also experimented with other builds. For example, using the process described

1   earlier for selecting a new build on TickBox TV, I installed the Lodi Black build and

2   used the Covenant addon within it to browse titles of available movies and begin

3   streaming *Murder in the Orient Express*.  As expected, the look-and-feel of Lodi

4   Black differed from that of Paradox, but the same functionality for finding and

5   playing content was present.  Figure 17 shows the selection of in-theater titles as of

6   November 22, 2017 in Covenant on Lodi Black.  This screen is the functional

7   equivalent of the one shown earlier in Figure 14 from Covenant on Paradox.



*Figure 17*

## IV. TECHNICAL DETAILS OF THE TICKBOX TV

37.     Each time a user turns on the TickBox TV, it automatically checks for

an update to the "launcher" application that provides the functionality of the home

screen seen in Figure 7.  To carry out this check, the device downloads the file at the

URL http://appy.zone/tickboxtv/VersionCode.txt.  (Note that if the TickBox TV

cannot connect to the internet, it will not allow the user to use the device beyond

accessing a settings menu.)  This file contains a single number that appears to

indicate the version number of the latest available version of the launcher

application.  If the TickBox TV then decides based on this number that an update should be made, it takes the following steps before presenting the home screen to the user: (1) It immediately downloads the file at the URL http://appy.zone/tickboxtv/VersionLocation.txt.  This file contains a single URL, which is the location from which to download the updated launcher application.  (2) The TickBox TV then proceeds to download the updated launcher application from the indicated location. (3) Finally, the TickBox TV initiates installation of the updated software.  Alternatively, if the TickBox TV decides no update should be made, it presents the user with the home screen (Figure 7).  In Section V, I describe a recent case of TickBox using this update mechanism, with consequent changes to the home screen.

38.     In addition to the update mechanism just described, TickBox has another means to change the user's experience with the device at any time.  The choices on the "Select your Theme" menu shown in Figure 9 are not fixed.  Instead, each time the user visits this menu, the TickBox TV downloads, from a server at appy.zone, files containing the titles of the menu items (that is, the themes or builds, like "Paradox" and "Wookie"), the small images representing the builds, and the locations (URLs) from which the builds can be downloaded.[2]  In other words, TickBox can update the menu of builds by making changes on a server and without any need to update the software on the TickBox TV device.  In this sense, the "Select your Theme" menu is akin to a webpage.  When TickBox decides to offer its users a different selection of builds, such as in the circumstance that new and better

---

[2] I observed the TickBox to download the list of build titles from appy.zone/tickboxtv/builds/title2.txt, the icons for the builds from URLs like appy.zone/tickboxtv/builds/image11.png varying in the two-digit number, and the list of build download locations (URLs) from appy.zone/tickboxtv/builds/location2.txt.

1  builds become available, or old ones decline in quality, it can do so simply by

2  updating this menu on a server.

3      39.    At different points during use of the device, I observed the TickBox TV

4  engage in other communications with the server at appy.zone as well as with a

5  server at avstream.tv.  From examining the avstream.tv website and a related site

6  carrying the AVStream logo at aerialview.tv, I understand AVStream is a provider

7  of software and services under the "Appy" name to companies such as TickBox,

8  enabling them to customize and update the Android TV boxes they sell.

9  **V. RECENT TICKBOX TV UPDATE**

10      40.    On or about November 3, 2017, I observed some changes to the home

11  screen.  I am informed and believe that these changes occurred in October 2017

12  after the Plaintiffs in this action filed a lawsuit against TickBox.

13      41.    On November 3, 2017, I observed the TickBox TV check for a

14  software update after I turned it on, as it does each time it starts, as I described in the

15  previous section.  After this check, the TickBox TV presented a notification that

16  "Tickbox TV is updating."  A screen then appeared asking if I wished to install an

17  update to the "Tickbox TV" application, which is the launcher application

18  responsible for the functions of the home screen.  Two options appeared on the

19  screen: "CANCEL" and "INSTALL."  Choosing to cancel, the box returned to the

20  "Tickbox TV is updating" notification seen just before, but with no progress visible

21  after several minutes.  The device was nonresponsive.  Powering the device off and

22  back on, and arriving back at the option to cancel or install the update, I then chose

23  to install it.  The device then downloaded a new version of the launcher application

24  from the URL https://www.avstream.tv/apps/tickbox/TickboxTV_VC=142.apk and

25  installed it without any further prompts or clicks.

26      42.    After the installation of the update, I found the home screen changed in

27  some details compared to that seen in Figure 7.  The new screen is shown in Figure

28  18 below:

*Figure 18*

43.     As seen in Figure 18, the home screen tile that retains the subtitle "POWERED BY KODI," no longer reads "WATCH MOVIES TV SPORTS," but instead is labeled "Media Player."  The tile previously titled "Select your Theme" now reads "Select Streaming Channels," and the home screen now has tiles for Google Play (in place of "3rd Party LIVE TV Suggestions") and "SideTick TV" (in place of "OneClick Webinar – Learn how to view THOUSANDS of live tv channels for FREE!").

44.     In conjunction with this software update, I observed a change in the menu of choices available after clicking the "Select your Theme" tile.  I found that the revised menu included Kodi builds such as "Lodi Build," "Spinz Build," "Paradox," and "Lodi Black" among Android streaming applications unrelated to Kodi, including "CBS App and All Access" and "WatchESPN."  The "Select Streaming Channels" also appears to be where tiles for the "OneClick Online Webinar" to access "LIVE HD TV NO BUFFERING" and "Mobdro" have been

1  moved from the pre-October 2017 home screen.  A portion of the Select Streaming

2  Channels menu, which is now too long to fit on one screen, is shown in Figure 19.



*Figure 19*

16      45.    A user who selects one of the featured Kodi builds under "Select

17  Streaming Channels" would have the same user experience and have access to the

18  same streaming addons as he or she had prior to the October 2017 software update.

19  I conducted my walkthrough of how to install and launch the Paradox build and use

20  the featured addon Covenant to stream *Murder on the Orient Express*, as depicted in

21  Figures 12-16, after the October 2017 TickBox TV software update.  My use of

22  Lodi Black to stream the same film also occurred after the October 2017 update.

23      46.    The Kodi builds offering bundles of popular streaming addons and

24  themes are still readily available to TickBox TV users through the "Select Streaming

25  Channels" menu.  As of November 22, 2017, the Lodi Black build available on this

26  menu offers the user the option of running as "Lodi," "Stream On Fire," "Spinz

27  TV," "Paradox," "Kids," and "Wookie" (see Figure 20).  All of these themes, except

28  for "Kids," were present in the "Select Your Theme" menu as it existed before the

filing of the lawsuit (see Figure 9).  Thus, users' access to streaming content via these builds remains unchanged by the October 2017 software update and changes to the menu known as "Select Your Theme" and "Select Streaming Channels."  The changes to TickBox TV that occurred since the filing of the lawsuit therefore have no material impact on the opinions I have presented in this declaration.



*Figure 20*

1    I declare under penalty of perjury under the laws of the United States that the
2    foregoing is true and correct, and that this declaration was executed on this 6th day
3    of December 2017 at Bethesda, Maryland.

4

5

6                              IAN FOSTER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Ian T. Foster

Mathematics and Computer Science Division  
Argonne National Laboratory  
Lemont, IL 60439-4843  
Tel: (630) 252-4619  
foster@anl.gov

Department of Computer Science  
University of Chicago  
Chicago, Illinois 60637  
(773) 702 3487  
foster@uchicago.edu

## Education

| | |
|---|---|
| 1988 | Doctor of Philosophy, Computer Science, Imperial College, University of London, England. Advisor: Prof. Keith Clark. |
| 1979 | Bachelor of Science, 1st class honors, Computer Science, University of Canterbury, New Zealand. |

## Current Positions

| | |
|---|---|
| 2014- | Fellow, Institute for Molecular Engineering, University of Chicago |
| 2010- | Argonne Distinguished Fellow, Argonne National Laboratory |
| 2004- | Arthur Holly Compton Distinguished Service Professor, University of Chicago |
| 1998- | Senior Scientist, Argonne National Laboratory |

## Other Professional Experience

| | |
|---|---|
| 2007-16 | Senior Fellow, Institute on Genomic and Systems Biology, Argonne National Laboratory and University of Chicago |
| 2006-16 | Director, Computation Institute, Argonne National Laboratory and University of Chicago |
| 2000-09 | Associate Director, Mathematics and Computer Science Division, Argonne National Laboratory |
| 2000-04 | Professor, Department of Computer Science, University of Chicago |
| 1998-2017 | Senior Fellow, Computation Institute, Argonne National Laboratory and University of Chicago |
| 1992-98 | Scientist, Mathematics and Computer Science Division, Argonne National Laboratory |
| 1996-99 | Associate Professor, Department of Computer Science, University of Chicago |
| 1991-92 | Assistant Scientist, Mathematics and Computer Science Division, Argonne Nat. Lab |
| 1989-90 | Postdoctoral Fellow, Mathematics and Computer Science Division, Argonne Nat. Lab |
| 1985-88 | Research Associate, Department of Computing, Imperial College |
| 1983-84 | Technical Consultant, BRS Europe |
| 1980-82 | Professional sailor, Pacific, Caribbean, Atlantic |

## Honors

| | |
|---|---|
| 2017 | Euro-Par Achievement Award |
| 2016 | Best Paper Award, 18th IEEE Intl Conf. on High Performance Computing and Communications |
| 2016 | Best Paper Award, 12th International Conference on eScience |
| 2016 | Distinguished Carl Adam Petri Lecture |
| 2014 | IEEE TCSC Award for Excellence in Scalable Computing |
| 2012 | Inaugural ACM High Performance Distributed Computing Lifetime Achievement Award |
| 2012 | Technologist of the Year, Illinois Technology Association |
| 2011 | R&D 100 Award for Globus Online |
| 2011 | IEEE Tsutomu Kanai Award |
| 2011 | Best Paper Award, IEEE International Conference on Services Computing |
| 2009 | DSc (Honoris Causi), Research and Advanced Studies Center of the National Polytechnic Institute of Mexico (CINVESTAV), Mexico |
| 2009 | Fellow, Association for Computing Machinery |
| 2009 | WORLDCOMP Outstanding Achievement Award |
| 2008 | Professor Jean-Claude Healy Distinguished Lecture |
| 2007 | Data Analysis Challenge Award, SC07 |

| 2006 | GridWorld "Industry Leadership Award" |
| 2005 | Network World's 50 Most Powerful People in Networking |
| 2005 | D.Sc (Honoris Causi), University of Canterbury, New Zealand |
| 2003, 04 | Silicon.com Top 50 Agenda Setter |
| 2003 | Fellow, American Association for the Advancement of Science |
| 2003 | R&D Magazine Innovator of the Year |
| 2003 | Illinois Innovation Award |
| 2003 | InfoWorld Innovator |
| 2003 | MIT Technology Review, one of "Ten Technologies That Will Change the World" |
| 2003 | University of Chicago Distinguished Service Award |
| 2002 | Federal Laboratory Consortium Technology Transfer Award |
| 2002 | Lovelace Medal |
| 2002 | Fellow, British Computer Society |
| 2002 | R&D100 "Most Promising New Technology" Award |
| 2002 | R&D 100 Award for Globus Toolkit |
| 2001 | Gordon Bell Award |
| 1997 | Global Information Infrastructure "Next Generation" Award |
| 1995 | Best Paper Award, Supercomputing Conference |
| 1989 | British Computer Society Award for Technical Innovation |

## Personal Data

U.S. citizen, New Zealand citizen.

Languages: English (native), French (rusty)

## Research

Dr. Foster leads a research group at Argonne National Laboratory and the University of Chicago that investigates parallel and distributed programming systems, algorithms, and applications.

His research has produced innovative languages, compilers, libraries, and tools for the coordination and implementation of parallel computations (e.g., Strand, PCN, parallel I/O libraries, task-parallel mechanisms for High Performance Fortran, Swift); parallel algorithms and codes for grand challenge computations (e.g., spectral transform algorithms, parallel geophysical models, computational chemistry methods, biomedical analysis, computational economics); performance modeling and analysis techniques; and mechanisms for dynamic, multi-threaded computations (e.g., the Nexus system). He has also developed influential methods for e-science infrastructure (e.g., Globus Toolkit, Globus services, the NSF XSEDE and TeraGrid projects). He has published eight books and more than 500 articles and technical reports in these and related areas. Google Scholar reports more than 100,000 citations to this work and an h-index of 123.

A major focus of Dr. Foster's research since the mid 1990s has been the methods and technologies for resource sharing in networked environments. In 1995, Dr. Foster led software research and development for the I-WAY wide-area distributed computing experiment, which connected supercomputers, databases, and other high-end resources at 17 sites across North America. In 1996, he founded the Distributed Systems Laboratory at Argonne and the University of Chicago, where he established the multi-institutional Globus project, which developed core technologies for resource discovery, scheduling, configuration, security, data access, and execution in high-performance networked environments. The resulting technologies formed the basis for many national and international "Grid" projects funded by DOE, NASA, NSF, the European Union, and the UK eScience Program; it continues to be used widely in science, for example in climate science, where it is used to manage data used for IPCC research; in high energy physics, where it was acknowledged by the CERN Director General as enabling the 2014 discovery of the Higgs Boson; and gravitational wave astronomy, where it distributed data used in the 2016 detection of gravitational waves.

With the emergence of large-scale commercial clouds ("grids with a business model") in the 2000s, and the growing importance of large digital data in science, Foster's research in distributed computing has increasingly focused on methods for outsourcing and automating research data management tasks. This effort has led to the development of cloud-based Globus services, which are seeing broad adoption both in the US and internationally.

**EXHIBIT A**
**Foster - 028**

In other work, Dr. Foster leads efforts aimed at applying advanced computing methods to scientific problems relating to climate change. In the 1990s, this work produced (in collaboration with NCAR and ORNL) the first massively parallel climate model. His current work in this area is focused on understanding the socio-economic aspects of the climate change problem, work that has led to new data-driven methods for predicting the impacts of climate change on food security and water supply.

Dr. Foster has served as PI or Co-PI on projects connected to the National Computational Science Alliance; the NSF Community Development of Globus Software (CDIGS) project; the DOE Center for Enabling Distributed Petascale Science (CEDPS); the DOE/NSF Open Science Grid and the NSF TeraGrid; and other DOE and NSF programs. He is currently PI for the NSF Center for Robust Decision-making on Climate and Energy Policy (RDCEP), the DOE Robust Analytic Models for Science at Extreme Scales (RAMSES) project, and the DOE Codesign Center for Online Data Analysis and Reduction (CODAR).

His research has been supported by DOE, NIH, NSF, NASA, NIST, DARPA, EPA, Cisco, Microsoft, IBM, and the Sloan Foundation.

## Selected Professional Activities

<u>Chair/Organizer</u>: IEEE Cloud (2016, 2017), CCGrid (2014), eScience (2012), NSF Workshop on Building Effective Virtual Organizations (2008), NSF Workshop on Virtual Organization Research (2007), International Provenance and Annotation Workshop (2006),Workshop on Data Annotation and Provenance (2002), IEEE Intl. Symp. On High-Performance Distributed Computing (1998, 2000, 2001), IEEE Symp. on the Frontiers of Massively Parallel Computation (1999), DARPA/DOE/NASA/DOE Computational Grids Workshop (1997), DARPA/NSF Workshop on Performance (1996), DOE DP/ER Workshop on Public Key Infrastructure (1996), Interagency Workshop on the Peta ops Software Model (1996), Interagency Summer School on Petaops Software (1996), DOE DP/ER Workshop on Future Security Research (1995), 4th PDEs on the Sphere Conf. (1994), Workshop on Parallel Algorithms for Semi-Lagrangian Transport (1994), NSF Workshop on High Performance Computing and Communications and Health Care (1994), Workshop on Task Parallelism in Fortran (1994).

<u>Member</u>: SLAC Board of Overseers (2017-); New Zealand National eScience Infrastructure Study Group (2015-); BESAC Subcommittee on Challenges at the Frontiers of Matter and Energy (2015); National Data Service Consortium Executive Committee (2015-); Joint DOE ASCAC/BERAC Subcommittee on Computational and Informational Technology Rate Limiters to the Advancement of Climate Change Science (2007); DOE ASCAC Subcommittee on the Role of Networking and Networking Research within the Office of Science (2007-2008); Open Grid Forum Advisory Committee (2002-2007), NSF Linked Environments for Atmospheric Discovery (LEAD) project External Advisory Committee (2003-2007); Canadian HPC Advisory Committee (2002-2003), IBM Autonomic Computing Council (2002-2003), Editorial Board, IEEE Internet Computing (since 2002),  IIT Computer Science Advisory Board (2002-2004), UK eScience Technical Advisory Group (2001-2004), EU DataGrid Architecture Board (2001-2004), NSF CISE Advisory Committee, Subcommittee on Middleware (2000-2001); Editorial Board, IEEE Trans. on Parallel and Distributed Systems (1997-2002); Middleware Working Group, Next Generation Internet Symp. (1997); Advisory committee, IBM Intl. Conf. On Parallel Computing; Information Architecture Committee, Supercomputing '95; Advisory Panel, Intl. Conf. on High Performance Computing (1995-2000); Technical Steering Committee, NSF Center for Research on Parallel Computation (1992-2001); CHAMMP Science Team (1992-2001); Editorial Board, IEEE Parallel and Distributed Technology (1992-2001).

<u>Special Issues</u>: System-level Science, *IEEE Computer*, November 2006; Multimedia and High-Performance Computing, *IEEE Parallel and Distributed Technology*, May 1995; Parallel Computing and Climate Modeling, *Parallel Computing*, Nov. 1995.

<u>Program Committees</u>: IEEE Intl. Symp. On High-Performance Distributed Computing (2007, 2008), Principles of Distributed Computing (2002), Workshop on High-Performance Java (1997, 1998), Intl. Conf. on Supercomputing (1997), Workshop on High-Level Parallel Programming Models and Supportive Environments (1997), Massively Parallel Programming Models Conf. (1997), Runtime Systems for Parallel Programming Workshop (1997, 1998), High Performance Distributed Computing Conf. (1997-99), Supercomputing Conf. (1995-97, 1999), Intl. Parallel Processing Symp. (1996-97), CANPC Workshop (1997), PDEs on the Sphere Conf. (1993-96), PAWS'96 Peta ops Architecture Workshop, 1st Intl. Workshop on Software Engineering for Parallel and Distributed Systems (1996), EUROPAR (1996, 1999),

Parallel Computational Fluid Dynamics (1995-96), Mardi Gras Conf. on High Performance Applications and Technologies (1995), PARCO '95, High Performance Fortran Conf. (1995), ACM Principles and Practice of Parallel Programming (1995, 1999), Frontiers '95 Conf.

Reviewer: NSF, DOE, NASA, Sloan Foundation, various international science foundations, and various journals and conferences.

## Books

1. **Cloud Computing for Science and Engineering**, I. Foster and Dennis Gannon, CRC Press and at https://cloud4scieng.org, 2017.

2. **Big Data and Social Science**, I. Foster, R. Ghani, R. Jarmin, F. Kreuter, J. Lane, eds., Taylor and Francis, 2016.

3. **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition**, I. Foster and C. Kesselman, eds., Morgan-Kaufmann, 2004.

4. **Sourcebook of Parallel Computing**, J. Dongarra, I. Foster, W. Gropp, K. Kennedy, L. Torczon, A. White, eds., Morgan-Kaufman, 2002.

5. **The Grid: Blueprint for a New Computing Infrastructure**, I. Foster and C. Kesselman, eds., Morgan-Kaufmann, 1999.

6. **Designing and Building Parallel Programs: Concepts and Tools for Parallel Software Engineering**, I. Foster, Addison-Wesley and at http://www.mcs.anl.gov/dbpp/ , 1995.

7. **Strand: New Concepts in Parallel Programming**, I. Foster, S. Taylor, Prentice-Hall, 1990.

8. **Systems Programming in Parallel Logic Languages**, I. Foster, Prentice-Hall, 1989.


## Journal Articles and Book Chapters (see scholar.google.com for latest)

1. "A hybrid human-computer approach to the extraction of scientific facts from the literature," R. Tchoua, K. Chard, D. Audus, J. Qin, J. de Pablo, I. Foster. **Procedia Computer Science** 80:386-397, 2016.

2. "Towards a new generation of agricultural system data, models and knowledge products: Information and communication technology," S. Janssen, C. Porter, A. Moore, I. Athanasiadis, I. Foster, J. Jones, J. Antle. **Agricultural Systems**, 2016.

3. "Toward a new generation of agricultural system data, models, and knowledge products: State of agricultural systems science," J. Jones, J. Antle, B. Basso, K. Boote, R. Conant, I. Foster, H. Godfray, et al. **Agricultural Systems**, 2016.

4. "Brief history of agricultural systems modeling," J. Jones, J. Antle, B. Basso, K. Boote, R. Conant, I. Foster, H. Godfray, et al., **Agricultural Systems**, 2016.

5. "Blending Education and Polymer Science: Semiautomated Creation of a Thermodynamic Property Database." R. Tchoua, J. Qin, D. Audus, K. Chard, I. Foster, J. de Pablo. **Journal of Chemical Education** 93(9):1561-1568, 2016.

6. "Globus Nexus: A Platform-as-a-Service provider of research identity, profile, and group management," K. Chard, M. Lidman, B. McCollam, J. Bryan, R. Ananthakrishnan, S. Tuecke, I. Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

7. "Predictive Big Data Analytics: A Study of Parkinson's Disease Using Large, Complex, Heterogeneous, Incongruent, Multi-Source and Incomplete Observations," I. Dinov, B. Heavner, M. Tang, G. Glusman, K. Chard, M. Darcy, R. Madduri, et al. **PLoS ONE** 11(8):e0157077, 2016.

8. "The Materials Data Facility: Data services to advance materials science research," B. Blaiszik, K. Chard, J. Pruyne, R. Ananthakrishnan, S. Tuecke, I. Foster. **Journal of Materials** 68(8):2045-2052, 2016.

9. "Optimization of tomographic reconstruction workflows on geographically distributed resources," T. Bicer, D. Gürsoy, R. Kettimuthu, F. De Carlo, I. Foster. **Journal of Synchrotron Radiation** 23:4, 2016.

10. "Integrative genomics analyses unveil downstream biological effectors of disease-specific polymorphisms buried in intergenic regions," H. Li, I. Achour, L. Bastarache, J. Berghout, V. Gardeux, J. Li, Y. Lee, et al. **NPJ Genomic Medicine** 1:16006, 2016.

11. "Data publication with the structural biology data grid supports live analysis," P. Meyer, S. Socias, J. Key, E. Ransey, E. Tjon, A. Buschiazzo, et al. **Nature Communications** 7, 2016.

12. "Networking materials data: Accelerating discovery at an experimental facility," I. Foster, R. Ananthakrishnan, B. Blaiszik, K. Chard, R. Osborn, S. Tuecke, M. Wilde, J. Wozniak, **Big Data and High Performance Computing**, 2015.

13. "Globus platform-as-a-service for collaborative science applications," R. Ananthakrishnan, K. Chard, I. Foster, S. Tuecke, **Concurrency and Computation: Practice and Experience**, 27(2):290-305, 2015.

14. "Estimating graph distance and centrality on shared nothing architectures," A. Balkir, H. Oktay, I. Foster, **Concurrency and Computation: Practice and Experience,** 27(14):3587-3613, 2015.

15. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," K. Bhuvaneshwar, D. Sulakhe, R. Gauba, A. Rodriguez, R. Madduri, U. Dave, L. Lacinski, I. Foster, Y. Gusev, S. Madhavan, **Computational and Structural Biotechnology Journal,** 13:64-74, 2015.

16. "FACE-IT: A science gateway for food security research," R. Montella, D. Kelly, W. Xiong, A. Brizius, J. Elliott, R. Madduri, K. Maheshwari, C. Porter, P. Vilter, M. Wilde, M. Zhang, I. Foster, **Concurrency and Computation: Practice and Experience**, 27(16):4423-4436, 2015.

17. "The Globus Galaxies platform: Delivering science gateways as a service," R. Madduri, K. Chard, Chard, Ryan, L. Lacinski, A. Rodriguez, D. Sulakhe, Kelly, David, Dave, Utpal, I. Foster, **Concurrency and Computation: Practice and Experience,** 27(16):4344-4360, 2015.

18. "Zodiac: a comprehensive depiction of genetic interactions in cancer by integrating TCGA data," Y. Zhu, Y. Xu, D. Helseth, K. Gulukota, Kamalakar, Yang, Shengjie, L. Pesce L, Mitra, Riten, Mueller, Peter, Sengupta, Subhajit, Guo, Wentian. **Journal of the National Cancer Institute**, 107(8):djv129, 2015.

19. "Sharing and reproducing database applications," Q. Pham, S. Thaler, T. Malik, I. Foster, B. Glavic, **Journal of the VLDB Endowment**, 8(12):1988-1991, 2015.

20. "Big Biomedical data as the key resource for discovery science," A. Toga, I. Foster, C. Kesselman, R. Madduri, K. Chard, E. Deutsch, N. Price, G. Glusman, B. Heavner, I. Dinov, **Journal of the American Medical Informatics Association**, 22,6,1126-1131, 2015.

21. "A community-oriented workflow reuse and recommendation technique," J. Zhang, C. Lee, P. Votava, T. Lee, R. Nemani, I. Foster, **International Journal of Business Process Integration and Management**, 7(3):197-212, 2015.

22. "Choosing experiments to accelerate collective discovery," A. Rzhetsky, J. Foster, I. Foster, J. Evans, **Proceedings of the National Academy of Sciences**, 112(47):14569-14574, 2015.

23. "Computer Architectures for Health Care and Biomedicine," J. Silverstein, I. Foster, In **Biomedical Informatics**, pp. 149-184, 2014.

24. "Special Issue for Emerging Computational Methods for the Life Sciences Workshop," J. Qiu, I. Foster, R. Taylor, **Concurrency and Computation: Practice and Experience**, 26(4):851-853, 2014.

25. "The parallel system for integrating impact models and sectors (pSIMS)," J. Elliott, D. Kelly, J. Chryssanthacopoulos, M. Glotter, K. Jhunjhnuwala, N. Best, M. Wilde, I. Foster, **Environmental Modelling & Software**, 62:509-516, 2014.

26. "Emerging Computational Methods for the Life Sciences Workshop 2012," J. Qiu, I. Foster, C. Goble, **Concurrency and Computation: Practice and Experience**, 26(6):1231-1233, 2014.

27. "Experiences building Globus Genomics: a next-generation sequencing analysis service using Galaxy, Globus, and Amazon Web Services," R. Madduri, D. Sulakhe, L. Lacinski, B. Liu, A. Rodriguez, K. Chard, U. Dave, I. Foster, **Concurrency and Computation: Practice and Experience**, 26(13):2266-2279, 2014.

28. "Constraints and potentials of future irrigation water availability on agricultural production under climate change," J. Elliott, D. Deryng, C. Mueller, K. Frieler, M. Konzmann, D. Gerten, M. Glotter, M. Florke, Y. Wada, N. Best, **Proceedings of the National Academy of Sciences**, 111(9):3239-3244, 2014.

29. "A spatial modeling framework to evaluate domestic biofuel-induced potential land use changes and emissions," J. Elliott, Sharma, Bhavna, N. Best, M. Glotter, J. Dunn, I. Foster, F. Miguez, S. Mueller, M. Wang, **Environmental Science & Technology**, 48,4,2488-2496, 2014.

30. "Consensus Genotyper for Exome Sequencing (CGES): improving the quality of exome variant genotypes," V. Trubetskoy, A. Rodriguez, U. Dave, N. Campbell, E. Crawford, E. Cook, J. Sutcliffe, I. Foster, R. Madduri, N. Cox, **Bioinformatics**, btu591, 2014.

31. "Supercomputing for the parallelization of whole genome analysis," M. Puckelwartz, L. Pesce, V. Nelakuditi, L. Dellefave-Castillo, J. Golbus, S. Day, T. Cappola, G. Dorn, I. Foster, E. McNally, **Bioinformatics**, 30(11):1508-1513, 2014.

32. "Evaluating the utility of dynamical downscaling in agricultural impacts projections," M. Glotter, J. Elliott, D. McInerney, N. Best, I. Foster, E. Moyer, **Proceedings of the National Academy of Sciences**, 111(24):8776-8781, 2014.

33. "Cloud-based bioinformatics workflow platform for large-scale next-generation sequencing analyses," B. Liu, R. Madduri,, B. Sotomayor, K. Chard, L. Lacinski, U. Dave, J. Li, C. Liu, I. Foster, **Journal of Biomedical Informatics**, 49,119-133, 2014

34. "Lynx web services for annotations and systems analysis of multi-gene disorders," D. Sulakhe, A. Taylor, S. Balasubramanian, B. Feng, B. Xie, D. Bernigen, U. Dave, I. Foster, C. Gilliam, N. Maltsev, **Nucleic Acids Research**, 42,W1,W473-W477, 2014.

35. "The Global Gridded Crop Model intercomparison: data and modeling protocols for Phase 1 (v1. 0)," J. Elliott, C. Mueller, D. Deryng, J. Chryssanthacopoulos, K. Boote, M. Buechner, I. Foster, M. Glotter, J. Heinke, T. Iizumi, **Geoscientific Model Development Discussions**, 7(4):4383-4427, 2014.

36. "XSEDE: accelerating scientific discovery," J. Towns, T. Cockerill, M. Dahan, I. Foster, K. Gaither, A. Grimshaw, V. Hazlewood, S. Lathrop, D. Lifka, G. Peterson, **Computing in Science & Engineering**, 16,5,62-74, 2014.

37. "NCI workshop report: clinical and computational requirements for correlating imaging phenotypes with genomics signatures," R. Colen, I. Foster, R. Gatenby, M. Giger, R. Gillies, D. Gutman, M. Heller, R. Jain, A. Madabhushi, S. Madhavan, **Translational Oncology**, 7(5):556-569, 2014.

38. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," U. Dave, L. Lacinski, I. Foster, Y. Gusev, S. Madhavan, **Genomics**, 2,3, 2014.

39. "Efficient and secure transfer, synchronization, and sharing of big data," K. Chard, S. Tuecke, I. Foster, **IEEE Cloud Computing**, 1(3):46-55, 2014.

40. "N-of-1-pathways unveils personal deregulated mechanisms from a single pair of RNA-Seq samples: towards precision medicine," V. Gardeux, I. Achour, J. Li, M. Maienschein-Cline, H. Li, L. Pesce, G. Parinandi, N. Bahroos, R. Winn, I. Foster, **Journal of the American Medical Informatics Association**, 21(6):1015-1025, 2014.

41. "Swift/T: Scalable data flow programming for many-task application," J. Wozniak, T. Armstrong, M. Wilde, D. Katz, E. Lusk, I. Foster, **ACM SIGPLAN Notices**, 4 8,8,309-310, 2013.

42. "Turbine: A distributed-memory dataflow engine for high performance many-task applications," J. Wozniak, T. Armstrong, K. Maheshwari, E. Lusk, D. Katz, M. Wilde, I. Foster, **Fundamenta Informaticae**, 128,3,337-366, 2013.

43. "Ophidia: toward big data analytics for escience," S. Fiore, A. D'Anca, C. Palazzo, I. Foster, D. Williams, G. Aloisio, **Procedia Computer Science**, 18:2376-2385, 2013.

44. "Unilateral carbon taxes, border tax adjustments and carbon leakage", J. Elliott, I. Foster, S. Kortum, G. Khun Jush, T. Munson, D. Weisbach. **Theoretical Inquiries in Law**, 14(1):207-244, 2013.

45. "Propagation of data error and parametric sensitivity in computable general equilibrium models," J. Elliott, M. Franklin, I. Foster, T. Munson, M. Loudermilk. **Computational Economics**, 39(3):219-241, 2012.

46. "Software as a service for data scientists," B. Allen, J. Bresnahan, L. Childers, I. Foster, G. Kandaswamy, R. Kettimuthu, J. Kordas, M. Link, S. Martin, K. Pickett, **Communications of the ACM**, 55(2):81-88, 2012.

47. "MTCProv: a practical provenance query framework for many-task scientific computing," L. Gadelha Jr, M. Wilde, M. Mattoso, I. Foster, **Distributed and Parallel Databases**, 30, 6-May, pp. 351-370, 2012.

48. "Shining light into black boxes," A. Morin, J. Urban, P. Adams, I. Foster, A. Sali, D. Baker, P. Sliz. **Science**, 336(6078):159, 2012.

49. "Swift: A language for distributed parallel scripting," M. Wilde, M. Hategan, J. Wozniak, B. Clifford, D. Katz, I. Foster, **Parallel Computing**, 37,9,633-652, 2011.

50. "The small world of file sharing," A. Iamnitchi, M. Ripeanu, E. Santos-Neto, I. Foster, **IEEE Transactions on Parallel and Distributed Systems**, 22,7,1120-1134, 2011.

51. "Globus Online: Accelerating and democratizing science through cloud-based services," I. Foster. **IEEE Internet Computing**, 3,70-73, 2011.

52. "Provenance management in Swift," L. Gadelha, B. Clifford, M. Mattoso, M. Wilde, I. Foster, **Future Generation Computer Systems**, 27,6,775-780, 2011.

53. "Reshaping text data for efficient processing on Amazon EC2," G. Turcu, I. Foster, S. Nestorov, **Scientific Programming**, 19,3-Feb,133-145, 2011.

54. "Moving huge scientific datasets over the Internet," W. Liu, B. Tieman, R. Kettimuthu, I. Foster, **Concurrency and Computation: Practice and Experience**, 23(18):2404-2420, 2011.

55. "Enabling collaborative research using the biomedical informatics research network (BIRN)," K. Helmer, J. Ambite, J. Ames, R. Ananthakrishnan, G. Burns, A. Chervenak, I. Foster, L. Liming, D. Keator, F. Macciardi, **Journal of the American Medical Informatics Association**, 18(4):416-422, 2011.

56. "How computation changes research," I. Foster,  In **Switching Codes: Thinking through Digital Technology in the Humanities and the Arts**, 16-37, 2011.

57. "Building a secure learning health system," I. Foster. **Digital infrastructure for the learning health system**. Workshop series summary, pp. 161-165, 2011.

58. "Using hybrid grid/cloud computing technologies for environmental data elastic storage, processing, and provisioning," R. Montella, I. Foster. In **Handbook of Cloud Computing**, 595-618, Springer, 2010.

59. "Trade and carbon taxes," J. Elliott, I. Foster, S. Kortum, T. Munson, F. Cervantes, D. Weisbach, **The American Economic Review**, 100(2):465-469, 2010.

60.   "Network analysis of scientific workflows: a gateway to reuse," W. Tan, J. Zhang, I. Foster, **IEEE Computer**, 54, 2010.

61.   "CaGrid Workflow Toolkit: A taverna based workflow tool for cancer grid," W. Tan, R. Madduri, A. Nenadic, S. Soiland-Reyes, D. Sulakhe, I. Foster, C. Goble, **BMC Bioinformatics**, 11(1):1, 2010.

62.   "A comparison of using Taverna and BPEL in building scientific workflows: the case of caGrid," W. Tan, P. Missier, I. Foster, R. Madduri, D. De Roure, C. Goble, **Concurrency and Computation: Practice and Experience**, 22(9):1098-1117, 2010

63.   "In search of simplicity: a self-organizing group communication overlay," M. Ripeanu, A. Iamnitchi, I. Foster, A. Rogers, **Concurrency and Computation: Practice and Experience**, 22(7):788-815, 2010

64.   "Middleware support for many-task computing," I. Raicu, I. Foster, M. Wilde, Z. Zhang, K. Iskra, P. Beckman, Y. Zhao, A. Szalay, A. Choudhary, P. Little, **Cluster Computing**, 13(3):291-314, 2010.

65.   "CIM-EARTH: Framework and case study," J. Elliott, I. Foster, K. Judd, E. Moyer, T. Munson, **The BE Journal of Economic Analysis & Policy**, 10, 2, 2010.

66.   "Global-scale distributed I/O with ParaMEDIC," P. Balaji, W. Feng, H. Lin, J. Archuleta, S. Matsuoka, A. Warren, J. Setubal, E. Lusk, R. Thakur, I. Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

67.   "CIM-EARTH: Framework and case study," J. Elliott, I. Foster, K. Judd, E. Moyer, T. Munson, **The BE Journal of Economic Analysis & Policy**,10,2, 2010.

68.   "Global-scale distributed I/O with ParaMEDIC," ,P. Balaji, W. Feng, H. Lin, J. Archuleta, S. Matsuoka, A. Warren, J. Setubal, E. Lusk, R. Thakur, I. Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

69.   "Virtual infrastructure management in private and hybrid clouds," B. Sotomayor, R. Montero, I. Llorente, I. Foster, **IEEE Internet Computing"**,13,5,14-22, 2009.

70.   "Parallel scripting for applications at the petascale and beyond," M. Wilde, I. Foster, K. Iskra, P. Beckman, Z. Zhang, A. Espinosa, M. Hategan, B. Clifford, I. Raicu, **IEEE Computer**,11,50-60, 2009.

71.   "The Globus replica location service: design and experience," A. Chervenak, R. Schuler, M. Ripeanu, M. Amer, S. Bharathi, I. Foster, A. Iamnitchi, C. Kesselman, **IEEE Transactions on Parallel and Distributed Systems**, 20(9):1260-1272, 2009.

72.   "The Earth System Grid," D. Williams, R. Ananthakrishnan, D. Bernholdt, S. Bharathi, D. Brown, M. Chen, A. Chervenak, L. Cinquini, R. Drach, I. Foster. **Bulletin of the American Meteorological Society**, 90(2):195, 2009.

73.   "A flexible attribute based access control method for grid computing," B. Lang, I. Foster, F. Siebenlist, R. Ananthakrishnan, T. Freeman, **Journal of Grid Computing**,7(2):169-180, 2009.

74.   "caGrid 1.0: an enterprise Grid infrastructure for biomedical research," S. Oster, S. Langella, S. Hastings, D. Ervin, R. Madduri, J. Phillips, T. Kurc, F. Siebenlist, P. Covitz, K. Shanbhag, **Journal of the American Medical Informatics Association**,15(2):138-149, 2008.

75.   "Tracking provenance in a virtual data grid," B. Clifford, I. Foster, J. Voeckler, M. Wilde, Y. Zhao, **Concurrency and Computation: Practice and Experience**, 20(5):565-575, 2008.Wiley Online Library

76.   "Terascale turbulence computation using the FLASH3 application framework on the IBM Blue Gene/L system," P.Constantin, I. Foster, M. Papka, S. Abarzhi, S. Asida, P. Rich, C. Glendenin, K. Antypas, D. Sheeler, L. Reid, **IBM Systems Journal**, 52(1/2):127, 2008.

77. "Toward an autonomic service management framework: A holistic vision of SOA, AON, and autonomic computing," Y. Cheng, A. Leon-Garcia, I. Foster, **IEEE Communications Magazine**, 46(5):138-146, 2008.

78. "e-Science, caGrid, and translational biomedical research," Saltz, Joel, T. Kurc, S. Hastings, S. Langella, S. Oster, D. Ervin, A. Sharma, T. Pan, M. Gurcan, J. Permar, ,**IEEE Computer**, 41(11):58, 2008.

79. "How do I model state?: Let me count the ways," I. Foster, S. Parastatidis, P. Watson, M. Mckeown, **Communications of the ACM**, 51(9)34-41, 2008.

80. "Combining the power of Taverna and caGrid: scientific workflows that enable web-scale collaboration," W. Tan, I. Foster, R. Madduri, **IEEE Internet Computing**,12(6):61-68, 2008.

81. "Interoperability of GADU in using heterogeneous grid resources for bioinformatics applications," D. Sulakhe, A. Rodriguez, M. Wilde, I. Foster, N. Maltsev **IEEE Transactions on Information Technology in Biomedicine**,12(2):241-246, 2008.

82. "Provisioning for dynamic instantiation of community services," L. Qi, H. Jin, I. Foster, J. Gawor, **IEEE Internet Computing**,12(2):29-36, 2008.

83. "Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses," G. Turcu, S. Nestorov, I. Foster, **Data Warehousing and Knowledge Discovery**,135-145, 2008.

84. "A roadmap for caGrid, an enterprise Grid architecture for biomedical research," J. Saltz, S. Hastings, S. Langella, S. Oster, T. Kurc, P. Payne, R. Ferreira, B. Plale, C. Goble, D. Ervin, **Studies in Health Technology and Informatics**, 138:224, 2008.

85. "A tool for prioritizing DAGMan jobs and its evaluation," G. Malewicz, I. Foster, A. Rosenberg, M. Wilde, **Journal of Grid Computing**, 5(2):197-212, 2007.Kluwer Academic Publishers

86. "Accelerating medical research using the Swift workflow system," T. Stef-Praun, B. Clifford, I. Foster, U. Hasson, M. Hategan, S. Small, M. Wilde, Y. Zhao, **Studies in Health Technology and Informatics**,126,207, 2007.

87. "Usage SLA-based scheduling in Grids," C. Dumitrescu, I. Raicu, I. Foster, **Concurrency and Computation: Practice and Experience**,19(7):945-963, 2007.

88. "The design, usage, and performance of GRUBER: A grid usage service level agreement based brokering infrastructure," C. Dumitrescu, I. Raicu, I. Foster, **Journal of Grid Computing**, 5(1):99-126, 2007.

89. "The earth system grid center for enabling technologies: Enabling community access to petascale climate datasets," D. Williams, D. Bernholdt, I. Foster, D. Middleton, **CTWatch Quarterly**, 3(4), 2007.

90. "End-to-end data solutions for distributed petascale science," J. Schopf, A. Chervenak, I. Foster, D. Fraser, D. Gunter, N. LeRoy, B. Tierney, **CTWatch Quarterly**, 3(4):1, 2007.

91. "Breaking Boundaries: Scaling Collaboration in Time and Space," I. Foster, C. Kesselman. In **Scale-Up in Education: Volume 1: Ideas in Principle**, Rowman and Littlefield Publishers, 189-201, 2007.

92. "NEESgrid: Lessons Learned for Future Cyberinfrastructure Development," B. Spencer, R. Butler, K. Ricker, D. Marcusiu, T. Finholt, I. Foster, C. Kesselman, J. Birnholtz. In Olson, G.M., Zimmerman, A. and Bos, N. eds. **Science on the Internet**, MIT Press, 2007.

93. "Scaling System-level Science: Scientific Exploration and IT Implications," I. Foster, C. Kesselman, **IEEE Computer** (November). 32-39. 2006.

94. "Virtual Data Grid Middleware Services for Data-intensive Science," Y. Zhao, M. Wilde, I. Foster, J. Voeckler, T. Jordan, E. Quigg, J. Dobson, **Concurrency and Computation: Practice and Experience**, 18(6):595-608, 2005.

95.  "2020: A Two-Way Street to Science's Future," I. Foster, **Nature**, 440:419, 2006.

96.  "The Design, Performance , and Use of DiPerF: An automated Distributed PERformance evaluation Framework, I. Raicu, C. Dumitrescu, M. Ripeanu, I. Foster, **J. Grid Computing**, 4(3):287-309, 2006.

97.  "Streamlining Grid Operations: Definition and Deployment of a Portal-based User Registration Service," I. Foster, V. Nefefobva. M. Ahsant, R. Ananthakrishnan, L. Liming, R. Madduri, O. Mulmo, L. Pearlman, F. Siebenlist, **J. Grid Computing**, 4(2):135-144, 2006.

98.  "Creating and Operating National-Scale Cyberinfrastructure Services," C. Catlett, P. Beckman, D. Skow, I. Foster, **CTWatch Quarterly**, 2(2), May 2006.

99.  "Grid-Based Computing and the Future of Neuroscience Computation," J. Van Horn, J. Dobson, J. Woodward, M. Wilde, Y. Zhao, J. Voeckler, I. Foster. In **Methods in Mind**, MIT Press, 141-170, 2006.

100.  "Globus Toolkit Version 4: Software for Service-Oriented Systems," I. Foster, **Journal of Computational Science and Technology**, 21(4):523-530, 2006. (Expanded version of paper with the same title in **IFIP International Conference on Network and Parallel Computing**, 2005, Springer-Verlag LNCS 3779, 2-13.)

101.  "Virtual Workspaces: Achieving Quality of Service and Quality of Life in the Grid," K. Keahey, I. Foster, T. Freeman, X. Zhang, **Scientific Programming**, 13(4):265-275, 2005.

102.  "Service-Oriented Science," I. Foster, **Science**, 308:814-817, 2005.

103.  "Describing the Elephant: The Different Faces of IT as Service," I. Foster, S. Tuecke, **ACM Queue**, 3 (6): 26-29, 2005.

104.  "GNARE: An Environment for Grid-Based High-Throughput Genome Analysis," D. Sulakhe, A. Rodriguez, M. D'Souza, M. Wilde, V. Nefedova, I. Foster, N. Maltsev, **Journal of Clinical Monitoring and Computing**, 19:361-369, 2005.

105.  "A Notation and System for Expressing and Executing Cleanly Typed Workflows on Messy Scientific Data," Y. Zhao, J. Dobson, I. Foster, L. Moreau, M. Wilde, **SIGMOD Record**, 34(3):37-43, 2005.

106.  "The Earth System Grid: Supporting the Next Generation of Climate Modeling Research," D. Bernholdt, S. Bharathi, D. Brown, K. Chanchio, M. Chen, A. Chervenak, L. Cinquini, B. Drach, I. Foster, P. Fox, J. Garcia, C. Kesselman R. Markel, D. Middleton, V. Nefedova, L. Pouchard, A. Shoshani, A. Sim, G. Strand, D. Williams, **Proceedings of the IEEE**, 93(3):485-495, 2005.

107.  "Modeling and Managing State in Distributed Systems: The Role of OGSI and WSRF," I. Foster, K. Czajkowski, D. Ferguson, J. Frey, S. Graham, T. Maguire, D. Snelling, S. Tuecke, **Proceedings of the IEEE**, 93(3):604-612, 2005.

108.  "Agreement-Based Resource Management," K. Czajkowski, I. Foster, C. Kesselman, **Proceedings of the IEEE**, 93(3):631-643, 2005.

109.  "Predicting Application Run Times with Historical Information," W. Smith, I. Foster, V. Taylor, **Journal of Parallel and Distributed Computing**, 64(9):1007-1016, 2004.

110.  "End-to-end Quality of Service for High-end Applications," I. Foster, M. Fidler, A. Roy, V. Sander, L. Winkler, **Computer Communications,** 27(14):1375-1388, 2004.

111.  "Data Grids," I. Foster. In **Databasing the Brain**, Wiley, 89-110, 2005.

112.  "Concepts and Architecture," I. Foster, C. Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 37-63.

113.  "Distributed Telepresence: The NEESgrid Earthquake Engineering Collaboratory," C. Kesselman, I. Foster, T. Prudhomme. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 81-93.

114. "The Open Grid Services Architecture," I. Foster, C. Kesselman, S. Tuecke. In **The Grid: Blueprint for a New Computing Infrastructure, 2ⁿᵈ edition,** Morgan-Kaufmann, 2004, pp. 215-257.

115. "Resource and Service Management," K. Czajkowski, I. Foster, C. Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2ⁿᵈ Edition,** Morgan-Kaufmann, 2004, pp. 259-283.

116. "Data Integration in a Bandwidth-Rich World," I. Foster, R. Grossman, **Communications of the ACM**, 46(11):51-57, 2003.

117. "Simulation Studies of Computation and Data Scheduling Algorithms for Data Grids," K. Ranganathan, I. Foster. **Journal of Grid Computing**, 1(1):53-62, 2003.

118. "The Grid in a Nutshell," I. Foster, C. Kesselman. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 3-13.

119. "Scheduling in the Grid Application Development Software Project," H. Dail, O. Sievert, F. Berman, H. Casanova, A. YarKhan, S. Vadhiyar, J. Dongarra, C. Liu, L. Yang, D. Angulo, I. Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 73-98.

120. "Grid Service Level Agreements," K. Czajkowski, I. Foster, C. Kesselman, S. Tuecke. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 119-134.

121. "Computation Scheduling and Data Replication Algorithms for Data Grids," K. Ranganathan, I. Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 359-374.

122. "A Peer-to-Peer Approach to Resource Location in Grid Environments," A. Iamnitchi, I. Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 413-430.

123. "Quasi-Realtime Microtomography Experiments at Photon Sources," G. von Laszewski, M.-H. Su, J. Insley, I. Foster, C. Kesselman. In **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 258-265.

124. "Software Technologies," I. Foster, J. Dongarra, K. Kennedy, C. Koelbel. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 293-312.

125. "Message Passing and Threads," I. Foster, W. Gropp, C. Kesselman. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 313-329.

126. "Resuable Software and Algorithms," J. Dongarra, I. Foster, K. Kennedy. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 483-490.

127. "MPICH-G2: A Grid-Enabled Implementation of the Message Passing Interface," N. Karonis, B. Toonen, I. Foster, **Journal of Parallel and Distributed Computing**, 63(5):551-563, 2003.

128. "The Physiology of the Grid," I. Foster, C. Kesselman, J. Nick, S. Tuecke. In **Grid Computing: Making the Global Infrastructure a Reality**, Wiley, 2003, pp. 217-250.

129. "Computational Grids in Action: The National Fusion Collaboratory," K. Keahey, T. Fredian, Q. Peng, D.P. Schissel, M. Thompson, I. Foster, M. Greenwald, D. McCune, **Future Generation Computer Systems**, 2002, pp. 1005-1015.

130. "End-to-End Quality of Service for High-end Applications," I. Foster, M. Fidler, A. Roy, V, Sander, L. Winkler, **Computer Communications**, 27(14):1375-1388, 2002.

131. "Grid Services for Distributed System Integration," I. Foster, C. Kesselman, J. Nick, S. Tuecke. **IEEE Computer**, 35(6):37-46, 2002.

132. "Grid Technologies Empowering Drug Discovery," A. Chien, I. Foster, D. Goddette, **Drug Discovery Today**, 7(20 Suppl):S176-180, 2002.

133. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J. Frey, T. Tannenbaum, I. Foster, M. Livny, S. Tuecke, **Cluster Computing**, 5(3):237-246, 2002.

134. "File and Object Replication in Data Grids," H. Stockinger, A. Samar, W. Allcock, I. Foster, K. Holtman, B. Tierney, **Cluster Computing**, 5(3):305-314, 2002.

135. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M. Russell, G. Allen, G. Daues, I. Foster, E. Seidel, J. Novotny, J. Shalf, G. von Laszewski, **Cluster Computing**, 5(3):297-304, 2002.

136. "Grids and Research Networks as Drivers and Enablers of Future Internet Architectures," K. Baxevanidis, H. Davies, I. Foster, F. Gagliardi, **Computer Networks**, 40(1):5-17, 2002.

137. "The Grid: A New Infrastructure for 21st Century Science," I. Foster, **Physics Today**, 55(2):42-47, 2002. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

138. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," I. Foster, J. Nieplocha. In **High-Performance Mass Storage and Parallel I/O**, IEEE and Wiley Press, 2002, pp. 488-498.

139. "Data Management and Transfer in High-Performance Computational Grid Environments," W. Allcock, J. Bester, J. Bresnahan, A. Chervenak, I. Foster, C. Kesselman, S. Meder, V. Nefedova, D. Quesnel, S. Tuecke, **Parallel Computing**, 28(5):749-771, 2002.

140. "A High-Throughput X-ray Microtomography System at the Advanced Photon Source," Y. Wang, F. De Carlo, D. Mancini, I. McNulty, B. Tieman, J. Bresnahan, I. Foster, J. Insley, P. Lane, G. von Laszewski, C. Kesselman, M.-H. Su, M. Thiebaux. **Review of Scientific Instruments**, 72(4):2062–2068, 2001.

141. "The Cactus Worm: Experiments with Dynamic Resource Selection and Allocation in a Grid Environment," G. Allen, D. Angulo, I. Foster, G. Lanfermann, C. Liu, T. Radke, E. Seidel, J. Shalf, **Intl. J. High Performance Computing Applications**, 15(4):345-358, 2001.

142. "Performance Predictions for a Numerical Relativity Package in Grid Environments," M. Ripeanu, A. Iamnitchi, I. Foster, **Intl. J. High Performance Computing Applications**, 15(4):375-387. 2001.

143. "The GrADS Project: Software Support for High-Level Grid Application Development," F. Berman, A. Chien, K. Cooper, J. Dongarra, I. Foster, D. Gannon, L. Johnsson, K. Kennedy, C. Kesselman, J. Mellor-Crummey, D. Reed, L. Torczon, R. Wolski, **Intl. J. High Performance Computing Applications**, 15(4):327-344, 2001.

144. "The Emergence of the Grid," I. Foster. In **Nature Yearbook of Science and Technology**, Nature Publishing Group, 2001.

145. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I. Foster, C. Kesselman, S. Tuecke, **Intl. J. High Performance Computing Applications**, 15(3):200-222, 2001. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

146. "Multiparadigm Communications in Java for Grid Computing," V. Getov, G. von Laszewski, M. Philippsen, I. Foster, **Communications of the ACM**, 44(10):118-125, 2001.

147. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Datasets," A. Chervenak, I. Foster, C. Kesselman, C. Salisbury, S. Tuecke, **J. of Network and Computer Applications**, 23:187-200, 2001.

148. "Generalized Communicators in the Message Passing Interface." E. Demaine, I. Foster, C. Kesselman, M. Snir, **IEEE Trans. Parallel and Distributed Systems**, 12(6):610-616, 2001.

149. "The Emerging Grid," I. Foster, C. Kesselman. In **Computational Aerosciences in the 21st Century**, Kluwer Academic, 2000, pp. 29-46.

150. "A National-Scale Authentication Infrastructure." R. Butler, D. Engert, I. Foster, C. Kesselman, S. Tuecke, J. Volmer, V. Welch, **IEEE Computer**, 33(12):60-66, 2000.

151. "Distance Visualization: Data Exploration on the Grid." I. Foster, J. Insley, G. von Laszewski, C. Kesselman, M. Thiebaux, **IEEE Computer**, 32(12):36-43, 1999.

152. "A Fault Detection Service for Wide Area Distributed Computations," P. Stelling, C. DeMatteis, I. Foster, C. Kesselman, C. Lee, G. von Laszewski, **Cluster Computing**, 2:117-128, 1999.

153. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A. Chervenak, I. Foster, C. Kesselman, C. Salisbury, S. Tuecke, **Journal of Network and Computer Applications**, 23:187-200, 2001.

154. "A Java Commodity Grid Toolkit." G. von Laszewski, I. Foster, J. Gawor, P. Lane. **Concurrency: Practice and Experience**, 13(8-9):645-662, 2001.

155. "Using Computational Grid Capabilities to Enhance the Ability of an X-ray Source for Structural Biology." G. von Laszewski, M. Westbrook, I. Foster, E. Westbrook, C. Barnes. Cluster **Computing**, 3(3):187-199, 2000.

156. "Parallel Programming Languages," I. Foster, **Handbook on Parallel and Distributed Processing**, Springer-Verlag, 92-165, 1999.

157. "Implementing Noncollective Parallel I/O In Cluster Environments Using Active Message Communication," J. Nieplocha, H. Dachsel, I. Foster, **Cluster Computing**, 2(4):271-280, 2000.

158. "Computational Grids," I. Foster, C. Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 15-52.

159. "The Globus Toolkit," I. Foster, C. Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 259-278.

160. "A Computational Framework for Telemedicine," I. Foster, G. von Laszewski, B. Toonen, G. Thiruvathukal, **Future Generation Computer Systems**, 14:109-123, 1998.

161. "Wide-Area Implementation of the Message Passing Interface," I. Foster, J. Geisler, W. Gropp, N. Karonis, E. Lusk, G. Thiruvathukal, S. Tuecke, **Parallel Computing**, 24(12):1735-1749, 1998.

162. "Managing Security in High-Performance Distributed Computations," I. Foster, N. Karonis, C. Kesselman, S. Tuecke, **Cluster Computing**, 1(1):95-107, 1998.

163. "Software Infrastructure for the I-WAY Metacomputing Experiment," I. Foster, J. Geisler, W. Nickless, W. Smith, S. Tuecke, **Concurrency: Practice and Experience**, 10(7):567-581, 1998. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

164. "ChemIO: High-Performance Parallel I/O for Computational Chemistry Applications," J. Nieplocha, I. Foster, R. Kendall, **International Journal of Supercomputer Applications**, 12(3):260-266, 1998.

165. "A Library-Based Approach to Task Parallelism in a Data-Parallel Language," I. Foster, D. Kohr, R. Krishnaiyer, A. Choudhary, **Journal of Parallel and Distributed Computing**, 46(2):148-158, 1997.

166. "Technologies for Ubiquitous Supercomputing: A Java Interface to the Nexus Communication System," I. Foster, G. Thiruvathukal, S. Tuecke, **Concurrency: Practice and Experience**, 9(6):465-475, 1197.

167. "Globus: A Metacomputing Infrastructure Toolkit," I. Foster, C. Kesselman, **International Journal of Supercomputer Applications**, 11(2):115-128, 1997.

168. "Managing Multiple Communication Methods in High-Performance Networked Computing Systems," I. Foster, J. Geisler, C. Kesselman, S. Tuecke, **Journal of Parallel and Distributed Computing**, 40:35-48, 1997.

169. "Explicit Management of Memory Hierarchy," J. Nieplocha, R. Harrison, I. Foster. In **Advances in High Performance Computing**, Kluwer Academic, 185-198, 1997.

170. "Relative Debugging: A New Methodology for Debugging Scientific Applications," D. Abramson, I. Foster, J. Michalakes, R. Sosic, **Communications of the ACM**, 39(11):69-77, 1996.

171.  "The Nexus Approach to Integrating Multithreading and Communication," I. Foster, C. Kesselman, S. Tuecke, **Journal of Parallel and Distributed Computing**, 37:70-82, 1996.

172.  "Exploring Coupled Atmosphere-Ocean Models Using Vis5D," W. Hibbard, J. Anderson, I. Foster, B. Paul, R. Jacob, C. Schafer, M. Tyree, **International Journal of Supercomputer Applications**, 10(2):199-207, 1996.

173.  "Overview of the I-WAY: Wide Area Visual Supercomputing," T. DeFanti, I. Foster, M. Papka, R. Stevens, T. Kuhfuss, **International Journal of Supercomputer Applications**, 10(2):123-130, 1996.

174.  "Performance of Massively Parallel Computers for Spectral Atmospheric Models," I. Foster, B. Toonen, P. Worley, **Journal of Atmospheric and Oceanic Technology**, 13(5):1031-45, 1996.

175.  "Parallel Algorithms for the Spectral Transform Method," I. Foster, P. Worley, **SIAM J.ournal of Scientific Computing**, 18(3):806-837, 1997.

176.  "Towards High Performance Computational Chemistry: (I) Scalable Fock Matrix Construction Algorithms," I. Foster, J. Tilson, A. Wagner, R. Shepard, R. Harrison, R. Kendall, R. Littlefield, **Journal of Computational Chemistry**, 17(1):109-123, 1996.

177.  "Towards High Performance Computational Chemistry: (II) A Scalable SCF Program," R. Harrison, I. Foster, et al. (19 authors), **Journal of Computational Chemistry**, 17(1):124-132, 1996.

178.  "Compositional Parallel Programming Languages," I. Foster, **ACM Trans. Prog. Lang. Syst.**, 18(4):454-476, 1996.

179.  "Design and Performance of a Scalable Parallel Community Climate Model," J. Drake, I. Foster, J. Michalakes, B. Toonen, P. Worley, **Parallel Computing**, 21(10):1571-1591, 1995.

180.  "Point-to-Point Communications Using Migrating Ports," I. Foster, D. Kohr, R. Olson, S. Tuecke, M. Xu, **Languages, Compilers, and Run-Time Systems for Scalable Computers**, Kluwer Academic Publishers, 199-212, 1995.

181.  "A Deterministic Notation for Cooperating Processes," K. M. Chandy, I. Foster, **IEEE Trans. Parallel and Distributed Systems**, 6(8):863-871, 1995.

182.  "Fortran M: A Language for Modular Parallel Programming," I. Foster, K. M. Chandy, **J. Parallel and Distributed Computing**, 26(1):24-35, 1995.

183.  "Productive Parallel Programming: The PCN Approach," I. Foster, R. Olson, S. Tuecke, **Scientific Programming**, 1(1):51-66, 1992. Reprinted in **Programming Languages for Parallel Processing**, D. Skillicorn, D. Talia (eds.), IEEE, 358-373, 1995.

184.  "Task Parallelism and High-Performance Languages," I. Foster, **IEEE Parallel and Distributed Technology**, 2(3):27-36, 1994. Extended version reprinted in **Readings in Data Parallelism**, Springer-Verlag LNCS, 1996.

185.  "Integrated Support for Task and Data Parallelism," K. M. Chandy, I. Foster, K. Kennedy, C. Koelbel, C.-W. Tseng, **Intl. J. Supercomputer Applications**, 8(2):80-98, 1994.

186.  "A Compiler Approach to Scalable Concurrent Program Design," I. Foster, S. Taylor, **ACM Trans. Prog. Lang. Syst.**, 16(3):577-604, 1994.

187.  "The Parallel Scalability of the Spectral Transform Method," I. Foster, W. Gropp, R. Stevens, **Monthly Weather Review**, 120(5):835-850, 1992.

188.  "Efficient Computation Control in Concurrent Logic Languages," I. Foster, **New Generation Computing**, 10(1):1-22, 1991.

189.  "Automatic Generation of Self-Scheduling Programs," I. Foster, **IEEE Trans. Parallel and Distributed Systems**, 2(1):68-78, 1991.

**EXHIBIT A**

190. "Aligning Multiple RNA Sequences," R. Overbeek, I. Foster. In **Festschrift for W. Bledsoe**, R. Boyer (ed.), Kluwer Academic Publishers, 231-248, 1991.

191. "A Declarative State Transition System," I. Foster, **J. Logic Programming**, 10:45-67, 1991.

192. "Concurrency: Simple Concepts and Powerful Tools," I. Foster, C. Kesselman, S. Taylor, **Computer J.**, 33(6):501-507, 1990.

193. "A Multicomputer Garbage Collector for a Single-Assignment Language," I. Foster, **Intl. J. of Parallel Programming**, 18(3):181-203, 1989.

194. "Aligning Genetic Sequences," R. Butler, T. Butler, I. Foster, N. Karonis, R. Olson, R. Overbeek, N. Pluger, M. Price, S. Tuecke, in **Strand: New Concepts in Parallel Programming**, 1989, pp. 253-271.

195. "Implementation of a Declarative State Transition System," I. Foster, **Software - Practice and Experience**, 19(4):351-370, 1989.

196. "An Abstract Machine for the Implementation of Parlog on Uniprocessors," S. Gregory, I. Foster, A. Burt, G. Ringwood, **New Generation Computing**, 6:389-420, 1989.

197. "Flat Parlog: A Basis for Comparison," I. Foster, S. Taylor, **International  Journal of Parallel Programming**, 16(2):87-125, 1988.

## Conference and Workshop Proceedings

1. "Klimatic: a virtual data lake for harvesting and distribution of geospatial data." T. Skluzacek, K. Chard, I. Foster. **1st Joint International Workshop on Parallel Data Storage & Data Intensive Scalable Computing Systems**, pp. 31-36, 2016.

2. "An ensemble-based recommendation engine for scientific data transfers," W. Agnew, M. Fischer, I. Foster, K. Chard. **7th International Workshop on Data-Intensive Computing in the Cloud**, pp. 9-16, 2016.

3. "Measurement-based performance profiles and dynamics of UDT over dedicated connections," Q. Liu, N. Rao, C. Wu, D. Yun, R. Kettimuthu, I. Foster. **24th IEEE International Conference on Network Protocols**, pp. 1-10, 2016.

4. "Energy-efficient data transfer: Bits vs. atoms," I. Marincic, I. Foster. **24th International Conference on Software, Telecommunications and Computer Networks**, pp. 1-6, 2016.

5. "Improving Data Transfer Throughput with Direct Search Optimization," P. Balaprakash, V. Morozov, R. Kettimuthu, K. Kumaran, I. Foster. **45th International Conference on Parallel Processing**, pp. 248-257, 2016.

6. "Globus: Recent enhancements and future plans," K. Chard, S. Tuecke, I. Foster. **XSEDE16 Conference on Diversity, Big Data, and Science at Scale**, p. 27, 2016.

7. "Differentiated Scheduling of Response-Critical and Best-Effort Wide-Area Data Transfers," R. Kettimuthu, G. Agrawal, P. Sadayappan, I. Foster, **IEEE International Parallel and Distributed Processing Symposium**, pp. 1113-1122, 2016.

8. "An automated tool profiling service for the cloud," R. Chard, K. Chard, B. Ng, K. Bubendorfer, A. Rodriguez, R. Madduri, I. Foster. " **16th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, pp. 223-232, 2016.

9. "An in-memory based framework for scientific data analytics," D. Elia, S. Fiore, A. D'Anca, C. Palazzo, I. Foster, D. N. Williams. **ACM International Conference on Computing Frontiers**, pp. 424-429, 2016.

10. "Globus Auth: A research identity and access management platform," S. Tuecke, R. Ananthakrishnan, K. Chard, M. Lidman, B. McCollam, I. Foster. **12th IEEE International Conference on e-Science**. 2016.

11. "LDV: Light-weight database virtualization," Q. Pham, T. Malik, B. Glavic, I. Foster, **IEEE 31st International Conference on Data Engineering**, 1179-1190, 2015.

12. "Using active data to provide smart data surveillance to e-science users," A. Simonet, K. Chard, G. Fedak, I. Foster, **23rd Euromicro International Conference on Parallel, Distributed and Network-Based Processing**, 269-273, 2015.

13. "Jetstream: A Distributed Cloud Infrastructure for Underresourced higher education communities," J. Fischer, S. Tuecke, I. Foster, C. Stewart, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 53-61, 2015.

14. "Rapid tomographic image reconstruction via large-scale parallelization," T. Bicer, D. Gursoy, R. Kettimuthu, F. De Carlo, G. Agrawal, I. Foster, **Euro-Par: Parallel Processing**, 289-302, 2015.

15. "Jetstream: a self-provisioned, scalable science and engineering cloud environment," C. Stewart, Cockerill, M. Timothy, I. Foster, D. Hancock, N. Merchant, E. Skidmore, D. Stanzione, J. Taylor, S. Tuecke, G. Turner, **XSEDE Conference: Scientific Advancements Enabled by Enhanced Cyberinfrastructure**, 29, 2015.

16. "Cost-Aware Elastic Cloud Provisioning for Scientific Workloads" R. Chard, K. Chard, K. Bubendorfer, L. Lacinski, R. Madduri, I. Foster, **IEEE 8th International Conference on Cloud Computing,** 971-974, 2015.

17. "Building Bridges from the Campus to XSEDE," L. Liming, I. Foster, S. Tuecke, **IEEE International Conference on Cluster Computing**, 865-868, 2015.

18. "An elegant sufficiency: load-aware differentiated scheduling of data transfers," R. Kettimuthu, Vardoyan, Gayane, Agrawal, Gagan, P. Sadayappan, I. Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 46, 2015.

19. "Globus Data Publication as a Service: Lowering Barriers to Reproducible Science," K. Chard, Pruyne, Jim, B. Blaiszik, R. Ananthakrishnan, S. Tuecke, I. Foster, **IEEE 11th International Conference on e-Science**, 401-410, 2015.

20. "Cost-aware cloud provisioning," R. Chard, K. Chard, K. Bubendorfer, L. Lacinski, R. Madduri, I. Foster, **IEEE 11th International Conference on e-Science**, 136-144, 2015.

21. "Toward interlanguage parallel scripting for distributed-memory scientific computing," J. Wozniak, T. Armstrong, K. Maheshwari, D. Katz, M. Wilde, I. Foster, **IEEE International Conference on Cluster Computing**, 482-485, 2015.

22. "Interlanguage parallel scripting for distributed-memory scientific computing," J. Wozniak, T. Armstrong, K. Maheshwari, D. Katz, M. Wilde, I. Foster, **10th Workshop on Workflows in Support of Large-Scale Science**, 6, 2015.

23. "Big data remote access interfaces for light source science," J. Wozniak, K. Chard, B. Blaiszik, R. Osborn, M. Wilde, I. Foster**, IEEE/ACM International Symposium on Big Data Computing**, 2015.

24. "Sustained Wide-Area TCP Memory Transfers Over Dedicated Connections," N. Rao, D. Towsley, G. Vardoyan, B. Settlemyer, I. Foster, R. Kettimuthu, **International Conference on High Performance Computing and Communications**, 1603-1606, 2015.

25. "Lessons from industry for science cyberinfrastructure: Simplicity, scale, and sustainability via SaaS/PaaS," I. Foster, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 2015.

26. "Compiler Optimization for Extreme-Scale Scripting," T. Armstrong, J. Wozniak, M. Wilde, I. Foster, **14th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 571-574, 2014.

27. "A Community-Driven Workflow Recommendations and Reuse Infrastructure," J. Zhang, C. Lee, S. Xiao, P. Votava, T. Lee, R. Nemani, I. Foster**, IEEE 8th International Symposium on Service Oriented System Engineering**, 162-172, 2014.

28. "Design and evaluation of the gemtc framework for GPU-enabled many-task computing," S. Krieder, J. Wozniak, T. Armstrong, M. Wilde, D. Katz, B. Grimmer, I. Foster, I. Raicu, **23rd international symposium on High-performance parallel and distributed computin**g, 153-164, 2014.

29. "Compiler techniques for massively scalable implicit task parallelism," T. Armstrong, J. Wozniak, M. Wilde, I. Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 299-310, 2014.

30. "Benchmarking cloud-based tagging services," T. Malik, K. Chard, I. Foster, **IEEE 30th International Conference on Data Engineering Workshops**, 231-238, 2014.

31. "Language features for scalable distributed-memory dataflow computing," J. Wozniak, M. Wilde, I. Foster, **4th Workshop on Data-Flow Execution Models for Extreme Scale Computing**, 50-53, 2014.

32. "Ophidia: A full software stack for scientific data analytics," S. Fiore, A. D'Anca, Elia, Donatello, C. Palazzo, I. Foster, D. Williams, G. Aloisio **2014 International Conference High Performance Computing & Simulation (HPCS),** 343-350, 2014.

33. "Big data staging with MPI-IO for interactive X-ray science," J. Wozniak, H. Sharma, T. Armstrong, M. Wilde, J. Almer, I. Foste**r, IEEE/ACM International Symposium on Big Data Computing**, 26-34, 2014.

34. "A cloud-based image analysis gateway for traumatic brain injury research," K. Chard, R. Madduri, X. Jiang, F. Dahi, M. Vannier, I. Foster, **9th Gateway Computing Environments Workshop**, 13-16, 2014.

35. "Globus Nexus: Research identity, profile, and group management as a service," K. Chard, M. Lidman, J. Bryan, T. Howe, B. McCollam, R. Ananthakrishnan, S. Tuecke, I. Foster, **IEEE 10th International Conference on e-Science**, 1,31-38, 2014.

36. "Auditing and maintaining provenance in software packages," Q. Pham, T. Malik, I. Foster, **Provenance and Annotation of Data and Processe**s, 97-109, 2014.

37. "A model for tracing and debugging large-scale task-parallel programs with MPE,LASH-C," J. Wozniak, Chan, Anthony, T. Armstrong, M. Wilde, E. Lusk, I. Foster, at PPoPP, 2013.

38. "Swift/T: large-scale application composition via distributed-memory dataflow processing," J. Wozniak, T. Armstrong, M. Wilde, D. Katz, E. Lusk, I. Foster, **13th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 95-102, 2013.

39. "Provenance traces of the swift parallel scripting system," L. Gadelha Jr, M. Wilde, M. Mattoso, I. Foster, **Joint EDBT/ICDT 2013 Workshops**, 325-326, 2013.

40. "Using provenance for repeatability" Q. Pham, T. Malik, I. Foster, **5th USENIX Workshop on the Theory and Practice of Provenance**, 2013.

41. "Dataflow coordination of data-parallel tasks via MPI 3.0," J. Wozniak, T. Peterka, T. Armstrong, J. Dinan, E. Lusk, M. Wilde, I. Foster, **20th European MPI Users' Group Meeting**, 2013.

42. "MTC Envelope: Defining the capability of large scale computers in the context of parallel scripting applications," Z. Zhang, D. Katz, M. Wilde, J. Wozniak, I. Foster, **22nd international symposium on High-performance parallel and distributed computing**, 37-48, 2013.

43. "Science as a service: how on-demand computing can accelerate discovery," I. Foster, R. Madduri, **4th ACM workshop on Scientific cloud computing**, 2013.

44. "Parallelizing the execution of sequential scripts," Z. Zhang, D. Katz, T. Armstrong, J. Wozniak, I. Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis,** 31, 2013.

45. "Experiences in building a next-generation sequencing analysis service using galaxy, globus online and Amazon web service," R. Madduri, P. Dave, D. Sulakhe, L. Lacinski, B. Liu, I.

Foster, **Conference on Extreme Science and Engineering Discovery Environment: Gateway to Discovery**, 34, 2013.

46. "Enabling Multi-task computation on Galaxy-based Gateways using Swift," K. Maheshwari, A. Rodriguez, Kelly, Denis, R. Madduri, J. Wozniak, M. Wilde, I. Foster, **IEEE International Conference on Cluster Computing**, 2013.

47. "Distributed tools deployment and management for multiple galaxy instances in globus genomics," D. Sulakhe, A. Rodriguez, N. Prozorovsky, N. Kavthekar, R. Madduri, A. Parikh, U. Dave, L. Lacinski, I. Foster, **8th Workshop on Workflows in Support of Large-Scale Science**, 106-111, 2013.

**48.** "Globus Nexus: An identity, profile, and group management platform for science gateways and other collaborative science applications," R. Ananthakrishnan, J. Bryan, K. Chard, I. Foster, T. Howe, M. Lidman, S. Tuecke, **IEEE International Conference on Cluster Computing, 2013.**

49. "Lens: A Faceted Browser for Research Networking Platforms," Whaling, Richard, Malik, Tania, I. Foster, **IEEE 9th International Conference on eScience**, 196-203, 2013.

50. "A big data analytics framework for scientific data management," S. Fiore, C. Palazzo, A. D'Anca, I. Foster, D. Williams, G. Aloisio, **IEEE International Conference on Big Data**, 2013.

51. "Scientific big data analytics challenges at large scale," G. Aloisio, S. Fiore, I. Foster, D. Williams, **Big Data and Extreme-scale Computing**, 2013.

52. "Turbine: A distributed-memory dataflow engine for extreme-scale many-task applications," J. Wozniak, T. Armstrong, K. Maheshwari, E. Lusk, D. Katz, M. Wilde, I. Foster, **1st ACM SIGMOD Workshop on Scalable Workflow Execution Engines and Technologies**, 5, 2012.

53. "Instant gridftp**,"** R. Kettimuthu, L. Lacinski, M. Link, Pickett, Karl, S. Tuecke, I. Foster, **IEEE 26th International Parallel and Distributed Processing Symposium Workshops & PhD Forum**, 1104-1112, 2012.

54. "Job and data clustering for aggregate use of multiple production cyberinfrastructures," K. Maheshwari, A. Espinosa, D. Katz, M. Wilde, Z. Zhang, I. Foster, S. Callaghan, P. Maechling, **5th ACM International Workshop on Data-Intensive Distributed Computing**, 2012.

55. "Campus bridging made easy via Globus services," I. Foster, R. Kettimuthu, S. Martin, S. Tuecke, D. Milroy, B. Palen, T. Hauser, J. Braden, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the Campus and Beyond**, 50, 2012.

56. "What is Campus Bridging and what is XSEDE doing about it?" C. Stewart, R. Knepper, J. Ferguson, F. Bachmann, I. Foster, A. Grimshaw, V. Hazlewood, D. Lifka, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 47, 2012.

57. "On using virtual circuits for GridFTP transfers," Z. Liu, M. Veeraraghavan, Z. Yan, C. Tracy, J. Tie, I. Foster, J. Dennis, J. Hick, Y. Li, W. Yang, **International Conference on High Performance Computing, Networking, Storage and Analysis, 81**, 2012.

58. "SOLE: linking research papers with science objects," Q. Pham, T. Malik, I. Foster, R. Di Lauro, R. Montella, **Provenance and Annotation of Data and Processes**, 203-208, 2012.

59. "Design and analysis of data management in scalable parallel scripting," Z. Zhang, D. Katz, J. Wozniak, A. Espinosa, I. Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis**, 85, 2012.

60. "SaaS for science: the path to reality for research in the cloud," I. Foster, V. Vasiliadis, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 66, 2012.

61. "Deploying bioinformatics workflows on clouds with Galaxy and Globus Provision," B. Liu, B. Sotomayor, R. Madduri, K. Chard, I. Foster, **Workshop on High Performance Computing, Networking, Storage and Analysis**, 1087-1095, 2012.

62. "Addressing data access needs of the long-tail distribution of geoscientists," T. Malik, I. Foster, **IEEE International Geoscience and Remote Sensing Symposium**, 5348-5351, 2012.

63. "Bringing Task and Data Parallelism to Analysis of Climate Model Output," R. Jacob, J. Krishna, X. Xu, S. Mickelson, T. Tautges, M. Wilde, R. Latham, I. Foster, R. Ross, M. Hereld **High Performance Computing, Networking, Storage and Analysis (SCC), 2012 SC Companion:**1493-1494, 2012.

64. "Towards to an Oncology Database (ONCOD) using a data warehousing approach," X. Wang, L. Liu, J. Fackenthal, P. Chang, G. Newstead, S. Chmura, I. Foster, O. Olopade, **AMIA Summits on Translational Science Proceedings, 2012. American Medical Informatics Association**, 105, 2012

65. "Managed GridFTP," J. Bresnahan, M. Link, R. Kettimuthu, I. Foster**, IEEE International Symposium on Parallel and Distributed Processing Workshops and Phd Forum**, 907-913, 2011.

66. "Toward semantics empowered biomedical web services," J. Zhang, R. Madduri, W. Tan, K. Deichl, J. Alexander, I. Foster, **IEEE International Conference on Web Services**, 371-378, 2011.

67. "AME: An anyscale many-task computing engine," Z. Zhang, D. Katz, M. Ripeanu, M. Wilde, I. Foster, **6th workshop on Workflows in support of large-scale science**, 137-146, 2011.

68. "Making a case for distributed file systems," I. Raicu, I. Foster, P. Beckman, **3rd International Workshop on Large-scale system and application performance**, 2011.

69. "Providing map and GPS assistance to service composition in bioinformatics," W. Tan, J. Zhang, R. Madduri, I. Foster, D. De Roure, **IEEE International Conference on Services Computing**, 608-615, 2011.

70. "Globus xio pipe open driver: enabling gridftp to leverage standard unix tools," R. Kettimuthu, S. Link, J. Bresnahan, M. Link, I. Foster, **TeraGrid Conference: Extreme Digital Discovery**, 20, 2011.

71. "A distributed look-up architecture for text mining applications using MapReduce," A. Balkir, I. Foster, A. Rzhetsky, **High Performance Computing, Networking, Storage and Analysis (SC) International Conference**, 2011.

72. "Recommend-as-you-go: a novel approach supporting services-oriented scientific workflow reuse," J. Zhang, W. Tan, J. Alexander, I. Foster, R. Madduri, **IEEE International Conference on Services Computing**, 48-55, 2011.

73. "Exploring provenance in high performance scientific computing," L. Gadelha Jr, M. Wilde, M. Mattoso, I. Foster, **First annual workshop on High performance computing meets databases**, 17-20, 2011.

74. "Improving the efficiency of subset queries on raster images," T. Malik, N. Best, J. Elliott, R. Madduri, I. Foster, ACM SIGSPATIAL **Second International Workshop on High Performance and Distributed Geographic Information Systems**, 34-37, 2011.

75. "Distance estimation for very large networks using mapreduce and network structure indices," H. Oktay, A. Balkir, I. Foster, D. Jensen, **Workshop on Information Networks**, 2011.

76. "Data-intensive CyberShake computations on an opportunistic cyberinfrastructure," A. Espinosa, D. Katz, M. Wilde, K. Maheshwari, I. Foster, S. Callaghan, P. Maechling, **TeraGrid Conference: Extreme Digital Discovery**, 14, 2011.

77. "Lessons learned from moving earth system grid data sets over a 20 gbps wide-area network," R. Kettimuthu, A. Sim, D. Gunter, W. Allcock, P. Bremer, J. Bresnahan, A. Cherry, L. Childers, E.

Dart, I. Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 316-319, 2010.

78. "A Data Management Framework for Distributed Biomedical Research Environments," R. Kettimuthu, R. Schuler, D. Keator, M. Feller, D. Wei, M. Link, J. Bresnahan, L. Liming, J. Ames, A. Chervenak, **6th IEEE International Conference on e-Science Workshops**, 72-79, 2010.

79. "A data transfer framework for large-scale science experiments," W. Liu, B. Tieman, R. Kettimuthu, I. Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 717-724, 2010.

80. "An adaptive strategy for scheduling data-intensive applications in grid environments," W. Liu, R. Kettimuthu, Li, Bo, I. Foster, **IEEE 17th International Conference on Telecommunications**, 642-649, 2010.

81. "Scheduling many-task workloads on supercomputers: Dealing with trailing tasks," T. Armstrong, Z. Zhang, D. Katz, M. Wilde, I. Foster, **IEEE Workshop on Many-Task Computing on Grids and Supercomputers**, 2010.

82. "Towards a threat model for provenance in e-Science," L. Gadelha Jr, M. Mattoso, M. Wilde, I. Foster, **Provenance and Annotation of Data and Processes**, 277-279, 2010

83. "NONUS: A No-Onus Platform for Generating Grant Reports," T. Malik, I. Foster, A. Rzhetsky, J. Foster, J. Evans**, 6th IEEE International Conference on e-Science Workshops**, 136-140, 2010.

84. "Some economic and societal implications of a biofuel based economy: Results from CIM-EARTH a new integrated assessment model," R. Kotamarthi, J. Elliott, B. Drewniak, M. Franklin, I. Foster, T. Munson, R. Doctor, M. Wang, **Fifth Symposium on Policy and Socio-economic Research**, 2010.

85. "Resource leasing and the art of suspending virtual machines," B. Sotomayor, R. Montero, I. Llorente, I. Foster, **11th IEEE International Conference on High Performance Computing and Communications**, 59-68, 2009.

86. "The quest for scalable support of data-intensive workloads in distributed systems," I. Raicu, I. Foster, Y. Zhao, P. Little, C. Moretti, A. Chaudhary, D. Thain, **18th ACM international symposium on High performance distributed computing**, 207-216, 2009.

87. "Scientific workflows as services in caGrid: a Taverna and gRAVI approach," W. Tan, K. Chard, D. Sulakhe, R. Madduri, I. Foster, S. Soiland-Reyes, C. Goble, **IEEE International Conference on Web Services**, 413-420, 2009.

88. "Wrap scientific applications as WSRF grid services using gRAVI," K. Chard, W. Tan, J. Boverhof, R. Madduri, I. Foster, **IEEE International Conference on Web Services**, 83-90, 2009.

89. "GridFTP GUI: an easy and efficient way to transfer data in grid," W. Liu, R. Kettimuthu, B. Tieman, R. Madduri, B. Li, I. Foster, **Networks for Grid Applications**, 57-66, 2009

90. "ADEM: automating deployment and management of application software on the open science grid," Hou, Zhengxiong, Tie, Jing, Zhou, Xingshe, I. Foster, M. Wilde, **10th IEEE/ACM International Conference on Grid Computing**, 130-137, 2009.

91. "Extreme-scale scripting: Opportunities for large task-parallel applications on petascale computers," M. Wilde, I. Raicu, A. Espinosa, Z. Zhang, B. Clifford, M. Hategan, S. Kenny, K. Iskra, P. Beckman, I. Foster, **Journal of Physics: Conference Series**,180(1):12046, 2009.

92. "Enabling petascale science: Data management, troubleshooting, and scalable science services," A. Baranovski, K. Beattie, S. Bharathi, J. Boverhof, J. Bresnahan, A. Chervenak, I. Foster, T. Freeman, D. Gunter, K. Keahey, **Journal of Physics: Conference Series**,125,1,12068, 2008.

93. "Data management and analysis for the Earth System Grid," D. Williams, R. Ananthakrishnan, D. Bernholdt, S. Bharathi, D. Brown, M. Chen, A. Chervenak, L. Cinquini, R. Drach, I. Foster, **Journal of Physics: Conference Series**,125,1,12072, 2008

94. "The Open Science Grid: Status and architecture," R. Pordes, D. Petravick, W. Kramer, D. Olson, M. Livny, A. Roy, P. Avery, K. Blackburn, T. Wenaus, F. Wuerthwein, **Journal of Physics: Conference Series**,119(5):52028, 2008.

95. "The Open Science Grid," R. Pordes, D. Petravick, W. Kramer, D. Olson, M. Livny, A. Roy, P. Avery, K. Blackburn, T. Wenaus, F. Wuertheim, ", **Journal of Physics: Conference Series**,78(1):12057, 2007.

96. "Building a global federation system for climate change research: the earth system grid center for enabling technologies (ESG-CET)," R. Ananthakrishnan, D. Bernholdt, S. Bharathi, D. Brown, M. Chen, A. Chervenak, L. Cinquini, R. Drach, I. Foster, P. Fox, **Journal of Physics: Conference Series**,78,1,12050, 2007.

97. "Enabling distributed petascale science," A. Baranovski. Bharathi, J. Bresnahan, A. Chervenak, I. Foster, D. Fraser, T. Freeman, D. Gunter, K. Jackson, K. Keahey, **Journal of Physics: Conference Series**,78(1):12020, 2007.

98.

99. "TeraGrid's integrated information service," L. Liming, Navarro, John-Paul, Blau, Eric, Brechin, Jason, C. Catlett, Dahan, Maytal, Diehl, Diana, Dooley, Rion, Dwyer, Michael, Ericson, Kate, Ian Foster, **5th Grid Computing Environments Workshop**, 8, 2009.

100. "UDT as an alternative transport protocol for GridFTP," J. Bresnahan, M. Link, R. Kettimuthu, I. Foster, **7th International Workshop on Protocols for Future, Large-Scale and Diverse Network Transports**, 2009.

101. "Enhancing the earth system grid security infrastructure through single sign-on and autoprovisioning," F. Siebenlist, R. Ananthakrishnan, Bernholdt, David E, Cinquini, Luca, I. Foster, Middleton, DE, Miller, Neill, D. Williams, **5th Grid Computing Environments Workshop**, 13, 2009.

102. "Building Scientific Workflow with Taverna and BPEL: A Comparative Study in caGrid," W. Tan, Missier, Paolo, R. Madduri, I. Foster, **Service-Oriented Computing**, 2009.

103. "GridFTP Multilinking," J. Bresnahan, M. Link, R. Kettimuthu, I. Foster, **TeraGrid Conference**, 2009.

104. "Modeling the human dimensions of climate change: The CIM-EARTH project," Moyer, Elisabeth, I. Foster, K. Judd, T. Munson, **IOP Conference Series: Earth and Environmental Science**, 6,49,492007, 2009.

105. "Experiences of On-Demand Execution for Large Scale Parameter Sweep Applications on OSG by Swift," Hou, Zhengxiong, M. Wilde, M. Hategan, Zhou, Xingshe, I. Foster, Clifford, Bryan, **11th IEEE International Conference on High Performance Computing and Communications**, 527-532, 2009.

106. "Combining batch execution and leasing using virtual machines," B. Sotomayor, K. Keahey, I. Foster, **17th international symposium on High performance distributed computing**, 87-96, 2008.

107. "Capacity leasing in cloud systems using the opennebula engine," B. Sotomayor, R. Montero, I. Llorente, I. Foster, **Workshop on Cloud Computing and its Applications**, 3, 2008.

108. "Toward loosely coupled programming on petascale systems," I. Raicu, Z. Zhang, M. Wilde, I. Foster, P. Beckman, K. Iskra, B. Clifford, **ACM/IEEE Conference on Supercomputing**, 22, 2008.

109. "Scientific workflow systems for 21st century, new bottle or new wine?" Y. Zhao, I. Raicu, I. Foster, **IEEE Congress on Services**, 467-471, 2008.

110. "Accelerating large-scale data exploration through data diffusion," I. Raicu, Y. Zhao, I. Foster, Szalay, Alex, **International Workshop on Data-aware Distributed Computing**, 2008.

111. "Building scientific workflow with taverna and bpel: A comparative study in cagrid," W. Tan, Missier, Paolo, R. Madduri, I. Foster, **Service-Oriented Computing**, 118-129, 2008.

112. "Design and evaluation of a collective io model for loosely coupled petascale programming," Z. Zhang, A. Espinosa, K. Iskra, I. Raicu, I. Foster, M. Wilde, **Workshop on Many-Task Computing on Grids and Supercomputers**, 2008.

113. "Using overlays for efficient data transfer over shared wide-area networks," G. Khanna, U. Catalyurek, T. Kurc, R. Kettimuthu, P. Sadayappan, I. Foster, K. Saltz, **ACM/IEEE conference on Supercomputing**, 47, 2008.

114. "Distributed I/O with ParaMEDIC: Experiences with a worldwide supercomputer," Balaji, Pavan, Feng, Wu-chun, Lin, Heshan, Archuleta, Jeremy, Matsuoka, Satoshi, Warren, Andrew, Setubal, Joao, E. Lusk, Thakur, R, I. Foster**, IEEE International Supercomputing Conference**, 2008.

115. "Engaging with the LEAD science gateway project: lessons learned in successfully deploying complex system solutions on TeraGrid," D. Fraser, I. Foster, **TeraGrid Conference**, 2008.

116. "Build Grid Enabled Scientific Workflows Using Gravi and Taverna," K. Chard, C. Onyuksel, W. Tan, D. Sulakhe, R. Madduri, I. Foster**, IEEE 4th International Conference on eScience,** 614-619, 2008.

117. "Multi-hop path splitting and multi-pathing optimizations for data transfers over shared wide-area networks using GridFTP," G. Khanna, U. Catalyurek, T. Kurc, P. Sadayappan, K. Saltz, R. Kettimuthu, I. Foster, **17th International Symposium on High Performance Distributed Computing**, 225-226, 2008.

118. "Orchestrating caGrid services in Taverna," W. Tan, R. Madduri, Keshav, Kiran, Suzek, Baris E, S. Oster, I. Foster, **IEEE International Conference on Web Services**, 14-20, 2008.

119. "Communicating security assertions over the GridFTP control channel," R. Kettimuthu, L. Wantao, F. Siebenlist, I. Foster, **IEEE 4th International Conference on eScience**, 426-427, 2008.

120. "Data intensive scalable computing on TeraGrid: A comparison of MapReduce and Swift," Q. Pham, A. Balkir, J. Tie, I. Foster, M. Wilde, I. Raicu, **TeraGrid Conference**, 2008.

121. "Swift: Fast, reliable, loosely coupled parallel computation," Y. Zhao, M. Hategan, B. Clifford, I. Foster, G. Von Laszewski, V. Nefedova, I. Raicu, T. Stef-Praun, M. Wilde, **IEEE Congress on Services**,199-206, 2007.

122. "Falkon: a Fast and Light-weight tasK executiON framework," I. Raicu, Y. Zhao, C. Dumitrescu, I. Foster, M. Wilde, **ACM/IEEE conference on Supercomputing**, 43, 2007.

123. "GT4 GRAM: a functionality and performance study," M. Feller, I. Foster, S. Martin, **TeraGrid Conference**, 2007.

124. "Hand: Highly available dynamic deployment infrastructure for Globus Toolkit 4," L. Qi, H. Jin, I. Foster, J. Gawor, **15th EUROMICRO International Conference on Parallel, Distributed and Network-Based Processing**, 155-162, 2007.

125. "Globus GridFTP: What's new in 2007," J. Bresnahan, M. Link, G. Khanna, Z. Imani, R. Kettimuthu, I. Foster, **1st International Conference on Networks for Grid Applications**, 19,

126. "GridFTP pipelining," J. Bresnahan, M. Link, R, Kettimuthu, D. Fraser, I. Foster, **TeraGrid Conference**, 2007.

127. "Enabling cost-effective resource leases with virtual machines," B. Sotomayor, K. Keahey, I. Foster, T. Freeman, **Hot Topics session in ACM/IEEE International Symposium on High Performance Distributed Computing 2007**, 2007.

128. "caGrid 1.0: a Grid enterprise architecture for cancer research," S. Oster, Langella, Stephen, Hastings, Shannon, Ervin, David, R. Madduri, T. Kurc M, F. Siebenlist, P. Covitz, Shanbhag, Krishnakant, I. Foster, **AMIA**, 2007.

129. "Provenance Query Patterns for Many-Task Scientific Computing," L. Gadelha, M. Mattoso, M. Wilde, I. Foster, **USENIX Workshop on the Theory and Practice of Provenance**, 2011.

130. "Anomaly detection and diagnosis in grid environments," L. Yang, C. Liu, J. Schopf, I. Foster, **ACM/IEEE Conference on Supercomputing**, 33, 2007.

131. "Gridcopy: Moving data fast on the grid," R. Kettimuthu, W. Allcock, J. Navarro, I. Foster, **IEEE International Parallel and Distributed Processing Symposium**, 363, 2007.

132. "Dynamic resource provisioning in grid environments," I. Raicu, C. Dumitrescu, I. Foster. **TeraGrid conference**, 2007.

133. "Virtual Data Language: A typed workflow notation for diversely structured scientific data," "Y. Zhao, M. Wilde, I. Foster. **Workflows for e-Science**, 258-275, 2007.

134. "Scaling TeraGrid access: A testbed for identity management and attribute-based authorization," V. Welch, I. Foster, T. Scavo, F. Siebenlist, C. Catlett, Gemmill, Jill; D. Skow. **TeraGrid Conference**, 2007.

135. "A scalable cluster algorithm for internet resources," C. Liu, I. Foster. **IEEE International Parallel and Distributed Processing Symposium**, 2007.

136. "TeraGrid's GRAM Auditing and Accounting and its Integration with the LEAD Science Gateway," S. Martin, P. Lane, I. Foster, M. Christie. TeraGrid Conference, 7, 2007.

137. "Harnessing Multicore Processors for High-Speed Secure Transfer," J. Bresnahan, R. Kettimuthu, M. Link, I. Foster. **High-Speed Networks Workshop**, 56-59, 2007.

138. "In Search of Simplicity: A Self-Organizing Group Communication Overlay," M. Ripeanu, A. Iamnitchi, I. Foster, A. Rogers. In **First IEEE International Conference on Self-Adaptive and Self-Organizing Systems**, 2007, pp. 371-374.

139. "Efficient Processing of Relational Queries with Sum Constraints," S. Nestorov, C. Liu, I. Foster. In **Lecture Notes in Compute Science,** vol. 4505, Springer, 2007, pp. 440-451.

140. "XIOPerf : A Tool for Evaluating Network Protocols," J. Bresnahan, R. Kettimuthu, I. Foster. In **3rd International Workshop on Networks for Grid Applications**, 2006, pp. 1-9.

141. "Planning Spatial Workflows to Optimize Grid Performance," L. Meyer, J. Annis, M. Wilde. M. Mattoso, I. Foster, **2006 ACM Symposium on Applied Computing**, 2006. pp. 786-790.

142. "An Opportunistic Algorithm for Scheduling Workflows on Grids," L. Meyer, D. Scheftner, J. Voeckler, M. Mattoso, M. Wilde, I. Foster. In **Lecture Notes in Computer Science,** vol. 4395, Springer, 2006, pp. 1-12.

143. "Applying the Virtual Data Provenance Model," Y. Zhao, M. Wilde, I. Foster. In **Lecture Notes in Computer Science,** vol. 4145, Springer, 2006, pp. 148-161.

144. "A Multipolicy Authorization Framework for Grid Security," B. Lang, I. Foster, F. Siebenlist, R. Ananthakrishnan, T. Freeman. In **5th IEEE Symposium on Network Computing and Application**s, Cambridge, Mass., IEEE, 2006, pp. 269-272.

145. "A Tool for Prioritizing DAGMan Jobs and Its Evaluation," G. Malewicz, I. Foster, A. Rosenberg, M. Wilde. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE, 2006, pp. 156-167.

146. "Statistical Data Reduction for Efficient Application Performance Monitoring," L. Yang, J. Schopf, C. Dumitrescu, I. Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2006, pp. 327-334.

147. "Using Multiple Grid Resources for Bioinformatics Applications in GADU," D. Sulakhe, Alex Rodriguez, M. Wilde, I. Foster, N. Maltsev. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 41, 2006.

148. "Virtual Clusters for Grid Communities," I. Foster, T. Freeman, K. Keahey, D. Scheftner, B. Sotomayor, X. Zhang. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, vol. 1, 2006, pp. 513-520.

149. "Experiences in Running Workloads over Grid3," C. Dumitrescu, I. Raicu, I. Foster. In **4th International Conference on Grid and Cooperative Computing**, 274-286, 2005.

150. "GNARE: an environment for grid-based high-throughput genome analysis," D. Sulakhe, A. Rodrigue, M. D'Souza, M. Wilde, V. Nefedova, I. Foster, N. Maltsev. In **International Symposium on Cluster Computing and the Grid**, vol. 1, 2005, pp. 455-462.

151. "The Globus Striped GridFTP Framework and Server," W. Allcock, J. Bresnahan, R. Kettimuthu, M. Link, C. Dumitrescu, I. Raicu, I. Foster. In **SC05**, November 2005, p. 54.

152. "Data Grid Tools: Enabling Science on Big Distributed Data," W. Allcock, A. Chervenak, I. Foster, C. Kesselman, M. Livny. In **2005 SciDAC Conference**, 571-575, 2005.

153. "A Model for Usage Policy-based Resource Allocation in Grids, C. Dumitrescu, M. Wilde, I. Foster. In **6th IEEE International Workshop on Policies for Distributed Systems and Networks**, 2005, pp. 191-200.

154. "Efficient and Robust Computation of Resource Clusters in the Internet," C. Liu, I. Foster. In **6th IEEE International Conference on Cluster Computing**, 1-9, 2005.

155. "Efficient Relational Joins with Arithmetic Constraints on Multiple Attributes," C. Liu, L. Yang, I. Foster. In **9th International Database Applications & Engineering Symposium**, 2005, pp. 210-220.

156. "GRUBER: A Grid Resource SLA Broker," C. Dumitrescu, I. Foster. In **EuroPar**, 2005, pp. 465-474.

157. "Virtual Workspaces in the Grid," K. Keahey, I. Foster., T. Freeman, H. Zhang, D. Galron. In **Lecture Notes in Computer Science,** vol. 3648, 2005, pp. 421-431.

158. "Interest-Aware Information Dissemination in Small-World Communities," A. Iamnitchi, I. Foster. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2005, pp. 167-175.

159. "A Comparison of WSRF and WS-Notification Implementations: Globus Toolkit V4, pyGridWare, WSRF:Lite, and WSRF.NET," M. Humphrey, G. Wasson, K. Jackson, J. Boverhof, S. Meder, J. Gawor, S. Lang, S. Pickles, M. McKeown, I. Foster. In **IEEE International Symposium on High Performance Distributed Computing**, 2005.

160. "XDTM: XML Data Type and Mapping for Specifying Datasets," L. Moreau, Y. Zhao, I. Foster, J. Voeckler, M. Wilde. In **European Grid Conference**, 2005, pp. 495-505.

161. "Improving Parallel Data Transfer Times Using Predicted Variances in Shared Networks," L. Yang, J. Schopf, I. Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2005, pp. 734-742.

162. "GangSim: A Simulator for Grid Scheduling Studies," C. Dumitrescu, I. Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, col. 2, 2005, pp. 1151-1158.

163. "From Sandbox to Playground: Dynamic Virtual Environments in the Grid," K. Keahey, K. Doering, I. Foster. In **5th International Workshop in Grid Computing**, IEE Computer Society, 2004, pp. 34-42.

164. "Usage Policy-based CPU Sharing in Virtual Organizations," C. Dumitrescu, I. Foster. In **5th International Workshop in Grid Computing**, 2004, pp. 53-60.

165. "DiPerF: Automated DIstributed PeRformance testing Framework," C. Dumitrescu, I. Raicu, M. Ripeanu, I. Foster. In **5th International Workshop in Grid Computing**, 2004, 8 pp.

166. "Brain Meets Brawn: Why Grid and Agents Need Each Other," I. Foster, N. Jennings, C. Kesselman. In **Autonomous Agents and Multi-Agent Systems**, 2004, pp. 8-15.

167. "Grid Middleware Services for Virtual Data Discovery, Composition, and Integration," Y. Zhao, M. Wilde, I. Foster, J. Voeckler, T. Jordan, E. Quigg, J. Dobson. In **2nd International Workshop on Middleware for Grid Computing**, 2004, pp. 57-62.

168. "NEESgrid: A Distributed Collaboratory for Advanced Earthquake Engineering Experiment and Simulation," B. Spencer, T. Finholt, I. Foster, C. Kesselman, C. Beldica, J. Futrelle, S. Gullapalli, P. Hubbard, L. Liming, D. Marcusiu, L. Pearlman, C. Severance, G. Yang. In **13th World Conference on Earthquake Engineering**, Vancouver, B.C., Canada, 2004, Paper No. 1674.

169. "Distributed Hybrid Earthquake Engineering Experiments: Experiences with a Ground-Shaking Grid Application," L. Pearlman, C. Kesselman, S. Gullapalli, B. Spencer, J. Futrelle, K. Ricker, I. Foster, P. Hubbard, C. Severance. In **13th IEEE Intl. Symposium on High Performance Distributed Computing**, 2004, pp. 14-23.

170. "Globus and PlanetLab Resource Management Solutions Compared," M. Ripeanu, M. Bowman, J. Chase, I. Foster, M. Milenkovic. In **13th IEEE Intl. Symposium on High Performance Distributed Computing**, 2004, pp. 246-255.

171. "The Grid2003 Production Grid: Principles and Practice," I. Foster et al. In **13th IEEE Intl. Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2004, pp. 236-245.

172. "X.509 Proxy Certificates for Dynamic Delegation," V. Welch, I. Foster, C. Kesselman, O. Mulmo, K. Pearlman, S. Tuecke, J. Gawor, S. Meder, F. Siebenlist. In **PKI04**, 2004.

173. "Reliable Data Transport: A Critical Service for the Grid," W. Allcock, I. Foster, R. Madduri, **Building Service Based Grids Workshop**. In Global Grid Forum 11, 2004.

174. "A Constraint Language Approach to Matchmaking," C. Liu, I. Foster. In **14th International Workshop on Research Issues on Data Engineering**, IEEE Computer Society, 2004, pp. 7-14.

175. "Ouroboros: A Tool for Building Generic, Hybrid, Divide & Conquer Algorithms," J. Johnson, I. Foster. In **Intl. Parallel and Distributed Processing Symp.**, Santa Fe, 2004, p. 78a.

176. "Small-World File-Sharing Communities," A. Iamnitchi, M. Ripeanu, Ian Foster. In **Infocom 2004**, vol. 2, Hong Kong, 2004, pp. 952-963.

177. "To Share or Not to Share: An Analysis of Incentives to Contribute in Collaborative File-Sharing Environments," K. Ranganathan, M. Ripeanu, A. Sarin, I. Foster. In **Workshop on Economics of Peer-to-Peer Systems**, 2003.

178. "Conservative Scheduling: Using Predicted Variance to Improve Scheduling Decisions in Dynamic Environments," L. Yang, J. Schopf, I. Foster. **SC'03**, 2003.

179. "Homeostatic and Tendency-based CPU Load Prediction," L. Yang, I. Foster, J. Schopf.  In **International Parallel and Distributed Processing Symposium**, 2003, 9 pp.

180. "The Virtual Data Grid: A New Model and Architecture for Data-Intensive Collaboration," I. Foster, J. Voeckler, M. Wilde, Y. Zhao. **Conference on Innovative Data Systems Research**, 2003.

181. "On Death, Taxes, and the Convergence of Peer-to-Peer and Grid Computing," I. Foster, A. Iamnitchi, **2nd International Workshop on Peer-to-Peer Systems**, 118-128, 2003.

182. "Giggle: A Framework for Constructing Scalable Replica Location Services," A. Chervenak, E. Deelman, I. Foster, L. Guy, W. Hoschek, A. Iamnitchi, C. Kesselman, P. Kunst, M. Ripeanu, B, Schwartzkopf, H, Stockinger, K. Stockinger, B. Tierney. In **SC'2002**, 2002, pp. 58ff.

183. "Applying Chimera Virtual Data Concepts to Cluster Finding in the Sloan Sky Survey," J. Annis, Y, Zhao, J. Voeckler, M. Wilde, S. Kent, I. Foster. In **SC'2002**, IEE Computer Society, 2002, pp. 1-14.

184. "SNAP: A Protocol for Negotiating Service Level Agreements and Coordinating Resource Management in Distributed Systems," K. Czajkowski, I. Foster, C. Kesselman, V. Sander, S. Tuecke. In **Lecture Notes in Computer Science,** vol. 3726, 2002, pp. 1-14.

185. "Decoupling Computation and Data Scheduling in Distributed Data-Intensive Applications," K. Ranganathan, I. Foster. In **11th IEEE Intl. Symposium on High Performance Distributed Computing**, 2002, pp. 352-358.

186. "GridMapper: A Tool for Visualizing the Behavior of Large-Scale Distributed Systems," W. Allcock, J. Bester, J. Bresnahan, I. Foster, J. Gawor, J. A. Insley, J. M. Link, M. E. Papka. In **11th IEEE Intl. Symposium on High Performance Distributed Computing**, 2002, pp. 179-187.

187. "A Decentralized, Adaptive, Replica Location Service," M. Ripeanu, I. Foster. In **11th IEEE Intl. Symposium on High Performance Distributed Computing**, IEEE Compouter Society, 2002, p. 24.

188. "Design and Evaluation of a Resource Selection Framework for Grid Applications," C. Liu, L. Yang, D. Angulo, I. Foster. In **11th IEEE Intl. Symposium on High Performance Distributed Computing**, 2002, pp. 63-72.

189. "InfoGram: A Grid Service that Supports Both Information Queries and Job Execution," G. von Laszewski, I. Foster, J. Gawor, A. Schreiber, C. Pena. In **11th IEEE Intl. Symposium on High-Performance Distributed Computing**, 2002, pp. 333-342.

190. "Chimera: A Virtual Data System for Representing, Querying, and Automating Data Derivation," I. Foster, J. Voeckler, M. Wilde, Y. Zhao. In **14th Conference on Scientific and Statistical Database Management**, 2002, pp. 37-46.

191. "Improving Data Availability through Dynamic Model-Driven Replication in Large Peer-to-Peer Communities," K. Ranganathan, A. Iamnitchi, I. Foster. In **Global and Peer-to-Peer Computing on Large Scale Distributed Systems Workshop**, 2002, p. 376.

192. "Locating Data in (Small-World?) Peer-to-Peer Scientific Collaborations," A. Iamnitchi, M. Ripeanu, I. Foster. In **Lecture Notes in Comouter Science,** vol. 2429, 2002, pp. 232-241.

193. "Mapping the Gnutella Network: Macroscopic Properties of Large-Scale Peer-to-Peer Systems," M. Ripeanu, I. Foster. In **Lecture Notes in Comouter Science,** vol. 2429, 2002, pp. 85-93.

194. "A Community Authorization Service for Group Collaboration," L. Pearlman, V. Welch, I. Foster, C. Kesselman, S. Tuecke. In **IEEE 3rd International Workshop on Policies for Distributed Systems and Networks**, 2002, pp. 50-59.

195. "Toward a Framework for Preparing and Executing Adaptive Grid Programs," K. Kennedy, M. Mazina, J. Mellor-Crummey, K. Cooper, L. Torczon, F. Berman, A. Chien, H. Dail, O. Sievert, D. Angulo, I. Foster, D. Gannon, L. Johnsson, C. Kesselman, R. Aydt, D. Reed, J. Dongarra, S. Vadhiyar, R. Wolski. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 171-175.

196. "Grid Technologies & Applications: Architecture & Achievements," I. Foster, **Intl. Conf. on Computing in High Energy and Nuclear Physics**, 2001; reprinted in **Astronomical Data Analysis Systems and Software** (ADASS), 2002.

197. "Exploiting Hierarchy in Parallel Computer Networks to Optimize Collective Operation Performance," N. Karonis, B. de Supinski, I. Foster, W. Gropp, E. Lusk, J. Bresnahan. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 377-84.

198. "Supporting Efficient Execution in Heterogeneous Distributed Computing Environments with Cactus and Globus," G. Allen, T. Dramlitsch, I. Foster, T. Goodale, N. Karonis, M. Ripeanu, E. Seidel, B. Toonen, **SC'2001**, ACM Press, 2001, p. 52.

199. "Designing Grid-based Problem Solving Environments and Portals," G. von Laszewski, I. Foster, J. Gawor, P. Lane, N. Rehn, M. Russell. In **34th Hawai'i International Conference on System Science**, vol. 9, 2001, p. 9028.

200. "The Earth System Grid II: Turning Climate Datasets Into Community Resources," I. Foster, E. Alpert, A. Chervenak, B. Drach, C. Kesselman, V. Nefedova, D. Middleton, A. Shoshani, A. Sim, D. Williams. In **American Meteorological Society Conference**, 2001.

201. "High-Performance Remote Access to Climate Simulation Data: A Challenge Problem for Data Grid Technologies," W. Allcock, I. Foster, V. Nefedova, A. Chervenak, E. Deelman, C. Kesselman, J. Lee, A. Sim, A. Shoshani, B. Drach, D. Williams. In **SC'2001**, ACM Press, 2001, p. 20.

202. "Identifying Dynamic Replication Strategies for a High Performance Data Grid," K. Ranganathan, I. Foster, **Intl. Workshop on Grid Computing**, 2001, pp. 75-86.

203. "On Fully Decentralized Resource Discovery in Grid Environments," A. Iamnitchi, I. Foster. In **Lecture Notes in Computer Science,** vol. 2242, Springer, 2001, pp. 51-62.

204. "Design and Evaluation of Dynamic Replication Strategies for a High Performance Data Grid," K. Ranganathan, I. Foster. In **Lecture Notes in Computer Science,** vol. 3758, Springer, 2001, pp. 108-118.

205. "Globus Toolkit Support for Distributed Data-Intensive Science," W. Allcock, A. Chervenak, I. Foster, L. Pearlman, V. Welch, M. Wilde. In **Intl. Conf. on Computing in High Energy and Nuclear Physics**, 2001.

206. "Grid Information Services for Distributed Resource Sharing," K. Czajkowski, S. Fitzgerald, I. Foster, C. Kesselman. In **10th IEEE Intl. Symp. on High Performance Distributed Computing**, IEEE Press, 2001, pp. 0181-0194.

207. "File and Object Replication in Data Grids," H. Stockinger, A. Samar, W. Allcock, I. Foster, K. Holtman, B. Tierney. In **10th IEEE Intl. Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 76-86.

208. "Replica Selection in the Globus Data Grid," S. Vazhkudai, S. Tuecke, I. Foster. In **First IEEE/ACM International Conference on Cluster Computing and the Grid**, 2001, pp. 106-113.

209. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J. Frey, T. Tannenbaum, I. Foster, M. Livny, S. Tuecke. In **10th IEEE Intl. Symp. on High Performance Distributed Computing**, IEEE Press, 2001, pp. 55-66.

210. "End-to-End Provision of Policy Information for Network QoS," V. Sander, W. Adamson, I. Foster, A. Roy. In **10th IEEE Intl. Symp. on High Performance Distributed Computing**, IEEE Press, 2001, pp. 115-126.

211. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M. Russell, G. Allen, G. Daues, I. Foster, E. Seidel, J. Novotny, J. Shalf, G. von Laszewski. In **10th IEEE Intl. Symp. on High Performance Distributed Computing**, IEEE Press, 2001, pp. 207-215.

212. "Computational Design and Performance of the Fast Ocean Atmosphere Model, Version One," R. Jacob, C. Schafer, I. Foster, M. Tobis, J. Anderson. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 171-184.

213. "The Model Coupling Toolkit," J. Larson, R. Jacob, I. Foster, J. Guo. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 185-194.

214. "Cactus Application: Performance Predictions in Grid Environments," M. Ripeanu, A. Iamnitchi, I. Foster. In **Lecture Notes in Computer Science,** vol. 2150, 2001, pp. 807-816.

215. "Secure, Efficient Data Transport and Replica Management for High-Performance Data-Intensive Computing," W. Allcock, J. Bester, J. Bresnahan, A. Chervenak, I. Foster, C. Kesselman, S. Meder, V. Nefedova, D. Quesnel, S. Tuecke. In **IEEE Mass Storage Conference**, 2001, p. 13.

216. "A Quality of Service Architecture that Combines Resource Reservation and Application Adaptation," I. Foster, A. Roy, V. Sander. In **8th International Workshop on Quality of Service**, 2000, pp. 181-188.

217. "A Differentiated Services Implementation for High-Performance TCP Flows," V. Sander, I. Foster, A. Roy, L. Winkler. In Computer NEtowrks: The International Journal of Computer and Telecommunications Networking, 34(6):915-929, 2000.

218. "A Problem-Specific Fault-Tolerance Mechanism for Asynchronous, Distributed Systems," A. Iamnitchi, I. Foster. In **2000 Intl. Conf. on Parallel Processing**, 2000, pp. 4-13.

219. "CoG Kits: A Bridge between Commodity Distributed Computing and High-Performance Grids," G. von Laszewski, I. Foster, J. Gawor, W. Smith, S. Tuecke. In **ACM 2000 Java Grande Conference**, 2000, pp. 97-106.

220. "MPICH-GQ: Quality-of-Service for Message Passing Programs," A. Roy, I. Foster, W. Gropp, N. Karonis, V. Sander, B. Toonen. In **IEEE/ACM SC2000 Conference**, 2000, p. 19.

221. "Using CORBA and Globus to Coordinate Multidisciplinary Aeroscience Applications," I. Lopez, G.J. Follen, R. Gutierrez, I. Foster, B. Ginsburg, O. Larsson, S. Tuecke. In **NASA HPCC/CAS Workshop**, 2000, pp. 15-17.

222. "Protocols and Services for Distributed Data-Intensive Science," W. Allock, A. Chervenak, I. Foster, C. Kesselman, S. Tuecke. In **Advanced Computing and Analysis Techniques in Physics Research (ACAT)**, 2000, pp. 161-163.

*223.* "Scheduling with Advanced Reservations," W. Smith, I. Foster, V. Taylor. In **International Parallel and Distributed Processing Symposium**, 127-132, 2000.

224. "Grid Computing," I. Foster. In **Advanced Computing and Analysis Techniques in Physics Research (ACAT)**, 2000, pp. 51-56.

225. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A. Chervenak, I. Foster, C. Kesselman, C. Salisbury, S. Tuecke. **Journal of Network and Computer Applications,** 23(3):187-200, 1999.

226. "The Beta Grid: A National Infrastructure for Computer Systems Research," I. Foster. In **1999 Extreme Linux Workshop**; also published in **NetStore Conference**, 1999.

227. "Resource Co-Allocation in Computational Grids," K. Czajkowski, I. Foster, C. Kesselman. In **8th IEEE Intl. Symp. on High Performance Distributed Computing**, IEEE, 219-228. 1999.

228. "QoS as Middleware: Bandwidth Reservation System Design," G. Hoo, W. Johnston, I. Foster, A. Roy. **8th IEEE Intl. Symp. on High Performance Distributed Computing**, 1999, pp. 345-346.

229. "Communication Services for Advanced Network Applications," J. Bresnahan, I. Foster, J. Insley, S. Tuecke, B. Toonen. In **Intl. Conf. on Parallel and Distributed Processing Techniques and Applications**, vol. 4, 1999, pp. 1861-1867.

230. "A Distributed Resource Management Architecture that Supports Advance Reservations and Co-Allocation," I. Foster, C. Kesselman, C. Lee, R. Lindell, K. Nahrstedt, A. Roy. In **Intl. Workshop on Quality of Service**, 1999, pp. 27-36.

231. "Using Run-Time Predictions to Estimate Queue Wait Times and Improve Scheduler Performance," W. Smith, V. Taylor, I. Foster. In **IPPS/SPDP '99 Workshop on Job Scheduling Strategies for Parallel Processing**, 1999, pp. 202-219.

232. "Large-Scale Distributed Computational Fluid Dynamics on the Information Power Grid using Globus," S. Barnard, R. Biswas, S. Saini, R. Van der Wijngaart, M. Yarrow, L. Zechter, I. Foster, O. Larsson. In **Frontiers '99 Conf.**, IEEE, 1999.

233. "Grid Infrastructure to Support Science Portals for Large Scale Instruments," G. von Laszewski, I. Foster. In **Workshop Distributed Computing on the Web,** 1999, pp. 1-16.

234. "The International Grid (iGrid): Empowering Global Research Community Networking Using High Performance International Internet Services," M. Brown, T. DeFanti, I. Foster, et al. In **INET'99**, 1999, pp. 3-9.

235. "A Review of Tele-Immersive Applications in the CAVE Research Network," J. Leigh, A. Johnson, T. DeFanti, M. Brown, I. Foster, et al. In **IEEE Virtual Reality '99**, 1999, pp. 180-87.

236. "GASS: A Data Movement and Access Service for Wide Area Computing Systems," J. Bester, I. Foster, C. Kesselman, J. Tedesco, S. Tuecke. In **IOPADS'99**, 1999, pp. 78-88.

237. "Real-time Analysis, Visualization, and Steering of Microtomography Experiments at Photon Sources," G. von Laszewski, I. Foster, J. Insley, J. Bresnahan, C. Kesselman, M. Su, M. Thiebaux. M. Rivers, I. McNulty, B. Tieman, S. Wang. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

238. "Numerical Relativity in a Distributed Environment," W. Benger, I. Foster, J. Novotny, E. Seidel, J. Shalf, W. Smith, P. Walker. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

239. "A Grid-Enabled MPI: Message Passing in Heterogeneous Distributed Computing Systems," I. Foster and N. Karonis. In **SC'98**, 1998, pp. 1-11.

240. "Distant I/O: One-Sided Access to Secondary Storage on Remote Processors," J. Nieplocha, I. Foster, and H. Dacshel. In **7th IEEE Symp. on High Performance Distributed Computing**, 1998, pp. 148-154.

241. "Application Experiences with the Globus Toolkit," S. Brunett, K. Czajkowski, S. Fitzgerald, I. Foster, A. Johnson, C. Kesselman, J. Leigh, S. Tuecke. In **7th IEEE Symp. on High Performance Distributed Computing**, 1998, in 81-89.

242. "A Fault Detection Service for Wide Area Distributed Computations," P. Stelling, I. Foster, C. Kessel-man, C. Lee, G. von Laszewski. In **7th IEEE Symp. on High Performance Distributed Computing**, 1998, pp. 268-279.

243. "The Globus Project: A Status Report," I. Foster and C. Kesselman. In **Heterogeneous Computing Workshop**, IEEE Press, 1998, pp. 4-18. (Reprinted in **Future Generation Computer Systems**.)

244. "A Security Architecture for Computational Grids," I. Foster, C. Kesselman, G. Tsudik, S. Tuecke. In **ACM Conference on Computers and Security**, 1998, pp. 83-91.

245. "The Quality of Service Component for the Globus Metacomputing System," C. Lee, C. Kesselman, J. Stepanek, R. Lindell, S. Hwang, B. Michel, J. Bannister, I. Foster, A. Roy. In **Intl Workshop on Quality of Service**, 1998, pp. 140-142.

246. "A Resource Management Architecture for Metacomputing Systems," K. Czajkowski, I. Foster, N. Karonis, C. Kesselman, S. Martin, W. Smith, S. Tuecke. In **Lecture Notes in Computer Science**, vol. 1459, Springer-Verlag, 1998, pp. 62-82.

247. "Predicting Application Run Times Using Historical Information," W. Smith, I. Foster, V. Taylor. In **Lecture Notes in Computer Science,** vol. 1459, Springer-Verlag, 1998, pp. 122-142.

248. "FOAM: Expanding the Horizons of Climate Modeling," M. Tobis, I. Foster, C. Schafer, R. Jacob, J. Anderson. In **SC'97**, ACM, 1997, pp. 1-15.

249. "Architecture of the Multi-Modal Organizational Research and Production Heterogeneous Network (MORPHnet)," R. Aiken, R. Carlson, I. Foster, T. Kuhfuss, R. Stevens, L. Winkler, **Intl. Conf. on Intelligent Network and Intelligence in Networks**, 1997.

250. "Remote I/O: Fast Access to Distant Storage," I. Foster, D. Kohr, R. Krishnaiyer, J.Mogill. In **IOPADS'97**, 1997, pp. 14-25.

251. "NeXeme: A Distributed Scheme Based on Nexus," L. Moreau, D. De Doure, I. Foster. In **Europar '97**, 1997, pp. 581-590.

252. "A Directory Service for Configuring High-Performance Distributed Computations," S. Fitzgerald, I. Foster, C. Kesselman, G. von Laszewski, W. Smith, S. Tuecke. In **6th Symp. on High Per-formance Distributed Computing**, IEEE, 1997, pp. 365-375.

253. "A Secure Communications Infrastructure for High-Performance Distributed Computing," I. Foster, N.Karonis, C. Kesselman, G. Koenig, S. Tuecke. In **6th Symp. on High Performance Distributed Computing**, IEEE, 1997, pp. 125-136.

254. "MTIO: A Multi-threaded Parallel I/O System," S. More, A. Choudhary, I. Foster, M. Xu. In **International Parallel Processing Symposium**, IEEE, 1997, pp. 368-373.

255. "HPF/MPI: A Programming System Supporting Task and Data Parallelism," I. Foster, D. Kohr, R. Krishnaiyer, A. Choudhary. In **8th SIAM Conf. on Parallel Processing,** SIAM, 1997.

256. "Optimizing Collective I/O Performance on Parallel Computers: A Multisystem Study," Y. Chen, I. Foster, J. Nieplocha, M. Winslett. In **Intl. Conf. on Supercomputing**, 1997, pp. 28-35.

257. "The Nimrod Computational Workbench: A Case Study in Desktop Metacomputing," D. Abramson, I. Foster, J. Giddy, A. Lewis, R. Sosic, R. Sutherst, N. White. In **Australian Computer Science Conf.**, Macquarie University, Sydney, Feb 1997.

258. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," J. Nieplocha, I. Foster. In **Frontiers '96 Conf.**, IEEE, 1996, pp. 196-205.

259. "Communicating Data-Parallel Tasks: An MPI Library for HPF," I. Foster, D. Kohr, R. Krishnaiyer, A. Choudhary. In **High-Performance Computing Conf.**, Tata McGraw Hill, 1996, pp. 433=438.

260. "Multimethod Communication for High-Performance Metacomputing Applications," I. Foster, J. Geisler, C. Kesselman, S. Tuecke. In **Supercomputing '96**, ACM, 1996, p. 1.

261. "Double Standards: Bringing Task Parallelism to HPF via the Message Passing Interface," I. Foster, D. Kohr, R. Krishnaiyer, A. Choudhary. In **Supercomputing '96**, ACM, 1996, art. 36.

262. "MPI on the I-WAY: A Wide-Area, Multimethod Implementation of the Message Passing Interface," I. Foster, J. Geisler, S. Tuecke. In **2nd MPI Developers Conf.**, IEEE, 1996, pp. 10-17.

263. "Generalized Communicators in the Message Passing Interface," I. Foster, C. Kesselman, M. Snir. In **2nd MPI Developers Conf.**, IEEE, 1996, pp. 42-49.

264. "MPI as a Coordination Layer for Communicating HPF Tasks," I. Foster, D. Kohr, R. Krishnaiyer, A. Choudhary. In **2nd MPI Developers Conf.**, IEEE, 1996, pp. 68-78.

265. "Tools for Distributed Collaborative Environments: A Research Agenda," I. Foster, M. Papka, R. Stevens. In **5th Symp. on High Performance Distributed Computing**, IEEE, 1996, pp. 23-39.

266. "Software Infrastructure for the I-WAY High-Performance Distributed Computing Experiment," I. Fos-ter, J. Geisler, W. Nickless, W. Smith, S. Tuecke. In **5th Symp. on High Performance Distributed Computing**, IEEE, 1996, pp. 562-572,.

267. "High-Performance Image Analysis and Visualization for Three-Dimensional Light Microscopy," J. Chen, J. Arsvold, C.-T. Chen, M. Griem, P. Davies, T. Disz, I. Foster, R. Hudson, M. Kwong, B. Lin, P. Tang. In **IASTED Conf. on Signal and Image Processing**, 1995.

268. "Relative Debugging and its Application to the Development of Large Numerical Models," D. Abram-son, I. Foster, J. Michalakes, R. Sosic, **Supercomputing '95**, IEEE, 1995, art. 51.

269. "Algorithm Comparison and Benchmarking Using a Parallel Spectral Transform Shallow Water Model," P. Worley, I. Foster, B. Toonen, Coming of Age. In **6th ECMWF Workshop on the Use of Parallel Processors in Meteorology**, World Scientific, 1995, pp. 277-289.

270. "The Nexus Task-Parallel Runtime System," I. Foster, C. Kesselman, S. Tuecke. In **1st Intl. Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 457-462.

271. "A Parallel I/O Approach to the Integration of Task and Data Parallelism," B. Avalani, A. Choudhary, I. Foster, R. Krishnaiyer. In **1st Intl. Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 347-352.

272. "A Compilation System that Integrates High Performance Fortran and Fortran M," I. Foster, B. Avalani, Choudhary, M. Xu. In **Scalable High-Performance Computing Conf.**, IEEE, 1994, pp. 293-300,.

273. "Load Balancing Algorithms for Climate Models," I. Foster, B. Toonen. In **Scalable High-Performance Computing Conf.**, IEEE, 674-681, 1994.

274. "Parallel Spectral Transform Shallow Water Model: A Testbed for Parallel Spectral Transform Algorithms," P. Worley, I. Foster. In **Scalable High-Performance Computing Conf.**, IEEE, 207-214, 1994.

275. "PCCM2: A GCM Adapted for Scalable Parallel Computers," J., I. Foster, J. Hack, J. Micha-lakes, D. Semeraro, B. Toonen, D. Williamson, P. Worley. In **Annual Meeting of the American Meteorological Society**, AMS, 1994, pp. 91-98.

276. "Paradigms and Strategies for Scientific Computing on Distributed Memory Concurrent Computers," I. Foster, D. Walker. In **High Performance Computing Conf.**, Society for Computer Simulation, 1994, pp. 252-257.

277. "Parallelizing the Spectral Transform Method: A Comparison of Alternative Parallel Algorithms,"Foster, P. Worley. In **6th SIAM Conf. on Parallel Processing**, SIAM, 1993, pp. 100-107.

278. "Deterministic Parallel Fortran," K. M. Chandy, I. Foster. In **6th SIAM Conf. on Parallel Processing**, SIAM, 1993.

279. "Massively Parallel Implementation of the Penn State/NCAR Mesoscale Model," I. Foster, J. Michalakes. In **9th Intl. Conf. on Interactive Information and Processing Systems for Meteorology**, AMS, 1993.

280. "MPMM: A Massively Parallel Mesoscale Model," I. Foster, J. Michalakes. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993, pp. 354-363.

281. "Fortran M as a Language for Building Earth System Models," I. Foster. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993.

282. "The Message Passing Version of the Parallel Community Climate Model," J. Drake, R. Flanery, Foster, J. Hack, J. Michalakes, R. Stevens, D. Walker, D. Williamson, P. Worley,. In**Parallel Super-computing in the Atmospheric Sciences**, World Scientific, 1993, pp. 500-513.

283. "A Compiler Approach to Scalable Concurrent Program Design," I. Foster, S. Taylor. In **Third Workshop on Compilers for Parallel Computers**, Austrian Center for Parallel Computation, Vienna, Austria, 1992, pp. 577-604.

284. "The Scalability of Numerical Methods for Climate Modeling," I. Foster, W. Gropp, R. Stevens. In **5th SIAM Conf. on Parallel Processing**, SIAM, 1992, pp. 307-312.

285. "Parallel Implementation and Scalability of a Control Volume Method for Solving PDEs on the Sphere," I. Chem, I. Foster. In **5th SIAM Conf. on Parallel Processing**, SIAM, 1992, pp. 301-306.

286. "Copy Avoidance through Compile-Time Analysis and Local Reuse," I. Foster, W. Winsborough. In **Intl. Symp. on Logic Programming**, MIT Press, 1991, pp. 455-469.

287. "Design and Parallel Implementation of Two Numerical Methods for Modeling the Atmospheric Circulation," I. Chern, I. Foster. In **Parallel Computational Fluid Dynamics '91**, Elsevier Science Publishers B.V., 1991, pp. 83-96.

288. "Parallel Programming with Algorithmic Motifs," I. Foster, R. Stevens. In **1990 Intl. Conf. on Parallel Processing**, Penn State University Press, 1990, pp. 26-34.

289. "A High-Performance Parallel Theorem Prover," R. Butler, I. Foster, A. Jindal, R. Overbeek. In **10th Intl. Conf. on Automated Deduction**, 1990, pp. 649-650.

290. "Bilingual Parallel Programming," I. Foster, R. Overbeek. In **3rd Workshop on Parallel Languages and Compilers**, MIT Press, 1990.

291. "Experiences with Bilingual Parallel Programming," I. Foster, R. Overbeek. In **5th Distributed Memory Computer Conf.**, 1990, pp. 1137-1146.

292. "Strand: A Practical Parallel Programming Tool," I. Foster, S. Taylor. In **North American Symposium on Logic Programming**, MIT Press, 1989, pp. 497-512.

293. "Parallel Implementation of Parlog," I. Foster. In **1988 Intl. Conf. on Parallel Processing**, Penn State University Press, 1988, pp. 9-16.

294. "Logic Operating Systems: Design Issues," I. Foster. In **Logic Programming: 4th Intl. Conf.**, MIT Press, 1987, pp. 910-926.

295. "A Declarative Environment for Concurrent Logic Programming," K. Clark, I. Foster. In **Lecture Notes in Computer Science**, vol. 251, Springer-Verlag, 1987, pp. 212-242.

296. "A Logical Treatment of Secondary Storage," I. Foster, A.J. Kusalik. In **Symp. on Logic Programming**, IEEE, 1986, pp. 58-67.

297. "A Sequential Implementation of Parlog," I. Foster, S. Gregory, G. Ringwood, K. Satoh. In **Lecture Notes in Computer Science,** vol. 225, Springer Verlag, 1986, pp. 149-156.

## Other Publications (Invited or Otherwise Unreviewed)

1. "The discovery cloud: Accelerating and democratizing research on a global scale," I. Foster, K. Chard, S. Tuecke, **IEEE International Conference on Cloud Engineering**, pp. 68-77, 2016.

2. "Report on the International Provenance and Annotation Workshop (IPAW'06)," R. Bose, I. Foster, L. Moreau, **SIGMOD Record**, September 2006, pp. 51-53.

3. "The Grid: Computing without Bounds," I. Foster, **Scientific American**, April 2003, pp. 78-85.

4. "The Grid Grows Up," F. Douglis, I. Foster, IEEE Internet Computing, 7(4):24-26, 2003.

5. "Unexpected Consequences of Connections," Review of *Nexus* and *Linked*, **Science**, 08/16, 1124-1125, 2002.

6. "Computer Grids," I. Foster, **Encyclopedia of New Media**, Moschovitis Group, 2002.

7. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I. Foster, **Lecture Notes in Computer Science,** vol. 2150, Springer-Verlag, 2001, pp. 1-4.

8. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I. Foster. **IEEE Conference on Cluster Computing and the Grid**, 15(3):200-222, 2001.

9. "Delphi: An Integrated, Language-Directed Performance Prediction, Measurement, and Analysis Environment," D. Reed, D. Padua, I. Foster, D. Gannon, B. Miller. In **Frontiers '99**, 1999, pp. 156-159.

10. "The Globus Project: A Status Report," I. Foster, C. Kesselman, **Heterogeneous Computing Workshop**, 1998, pp. 4-18.

11. "Enabling Technologies for Web-Based Ubiquitous Supercomputing," I. Foster, S. Tuecke. **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 112-120.

12. "An Overview of the Globus and I-WAY Projects," I. Foster, **Conf. of the Advanced School for Computing and Imaging**, Holland, 1996, pp. 17-20.

13. "High-Performance Distributed Computing: The I-WAY Experiment and Beyond," I. Foster, **EUROPAR'96**, Lyon, France, 1996. Reprinted in **Australasian Conference on Parallel and Real-Time Systems**, 1996, pp. 1-10.

14. "Introduction to the Special Issue on Parallel Computing in Climate Modeling and Meteorology," J. Drake, I. Foster, **Parallel Computing**, 21(10):1539-1544, 1995.

15. "Language Constructs and Runtime Systems for Compositional Parallel Programming," I. Foster, C. Kesselman, **Lecture Notes in Computer Science,** vol. 854, Linz, Austria, Springer-Verlag, 1994, pp. 5-16.

16. "Libraries for Parallel Paradigm Integration," I. Foster, M. Xu, **Toward Teraop Computing and New Grand Challenge Applications**, ed. R. Kalia, P. Vashista, Nova Science Publishers, 1994, pp. 245-256.

17. "Parallel Language Constructs for Paradigm Integration and Deterministic Computations," K.M. Chandy, I. Foster. In **PARCO 93**, Grenoble, France, Springer-Verlag, 1993, pp. 3-12.

18. "Using Compositional Programming to Write Portable, High-Performance Parallel Programs," I. Foster, C. Kesselman, S. Taylor. In **Intl. Symp. on Logic Programming**, 1991, pp. 737-738.

## Technical Reports

19. "OGSA Basic Execution Service Version 1.0," I. Foster, A. Grimshaw, P. Lane, W. Lee, M. Morgan, S. Newhouse, S. Pickles, D. Pulsipher, C. Smith, M. Theimer, Open Grid Forum GFD.108, 2007.

20. "OGSA WSRF Basic Profile 1.0," I. Foster, T. Maguire, D. Snelling, Open Grid Forum GFD.72, 2006.

21. "Modeling Stateful Resources with Web Services," I. Foster, J. Frey, S. Graham, S. Tuecke, K. Czajkowski, D. Ferguson, F. Leymann, M. Nally, I. Sedukhin, D. Snelling, T. Storey, W. Vambenepe, S. Weerawarana, www.globus.org/wsrf, 2004.

22. "From Open Grid Services Infrastructure to WS-Resource Framework: Refactoring & Evolution," K. Czajkowski, D. Ferguson, I. Foster, J. Frey, S. Graham, T. Maguire, D. Snelling, S. Tuecke, www.globus.org/wsrf, 2004.

23. "The WS-Resource Framework," K. Czajkowski, D. Ferguson, I. Foster, J. Frey, S. Graham, I. Sedukhin, D. Snelling, S. Tuecke, W. Vambenepe, www.globus.org/wsrf, 2004.

24. "Web Services Resource Properties (WS-ResourceProperties) Version 1.1," S. Graham, K. Czajkowski, D. Ferguson, I. Foster, J. Frey, F. Leymann, T. Maguire, N. Nagaratnam, M. Nally, T. Storey, I. Sedukhin, D. Snelling, S. Tuecke, W. Vambenepe, S. Weerawarana, www.globus.org/wsrf, 2004.

25. "Web Services Resource Lifetime (WS-ResourceLifetime) Version 1.1," J. Frey, S. Graham, K. Czajkowski, D. Ferguson, I. Foster, F. Leymann, T. Maguire, N. Nagaratnam, M. Nally, T. Storey, I. Sedukhin, D. Snelling, S. Tuecke, W. Vambenepe, S. Weerawarana, www.globus.org/wsrf, 2004.

26. "Web Services Base Faults (WS-BaseFaults) Version 1.0," S. Tuecke, K. Czajkowski, J. Frey, I. Foster, S. Graham, T. Maguire, I. Sedukhin, D. Snelling, W. Vambenepe, www.globus.org/wsrf, 2004.

27. "GridFTP Update January 2002," W. Allcock, J. Bresnahan, I. Foster, L. Liming, J. Link, P. Plaszczac. Globus Project, 2002.

28. "Global Grid Forum Management Groups and Structure," C. Catlett, W. Johnston, I. Foster, Global Grid Forum GWD-C-1, 2001.

29. "Global Grid Forum Management Structure and Processes," C. Catlett, W. Johnston, I. Foster, Global Grid Forum GWD-C-2, 2001.

30. "Global Grid Forum Status Report 2001," C. Catlett, I. Foster, Global Grid Forum GWD-1, 2001.

31. "An International Virtual-Data Grid Laboratory for Data Intensive Science," P. Avery, I. Foster, R. Gardner, H. Newman, A. Szalay, GriPhyN-2001-2, 2001.

32. "Data Grid Reference Architecture," I. Foster, C. Kesselman, GriPhyN-2001-12, 2001.

33. "Representing Virtual Data: A Catalog Architecture for Location and Materialization Transparency," E. Deelman, I. Foster, C. Kesselman, M. Livny, GriPhyN-2001-14, 2001.

34. "The GriPhyN Project: Towards Petascale Virtual Data Grids," P. Avery, I. Foster, GriPhyN-2001-15, 2001.

35. "The NEES Equipment Site Point of Presence System (NEES-POP): Concept and Overview," R. Butler, I. Foster, C. Kesselman, NEESgrid-2001-4, 2001.

36. "Network Policy and Services: A Report of a Workshop on Middleware," R. Aiken, J. Strassner, B. Carpenter, I. Foster, C. Lynch, J. Mambretti, R. Moore, B. Teitelbaum, IETF RFC 2768, 2000.

37. "Grid Forum: An Overview," C. Catlett, I. Foster, IEEE Distributed Computing Newsletter, 2000.

38. "Public Key Infrastructure for DOE Security Research," I. Foster, W. Johnston, LBL/TR, 1997.

39. "Proceedings of the PAWS and PetaSoft Workshops," T. Sterling and I. Foster (Eds), Caltech TR, 1996.

40. "Parallel Community Climate Model: Description and User's Guide," J. Drake, R. Flanery, I. Foster, J. Hack, J. Michalakes, B. Semeraro, D. Williamson, P. Worley, ORNL/TM-13271, 1996.

41. "Load-Balancing Algorithms for the Parallel Community Climate Model," I. Foster, B. Toonen, ANL/MCS-TM-190, 1995.

42. "Nexus User's Guide," I. Foster, J. Garnett, S. Tuecke, ANL/MCS-TM-204, 1995.

43. "I-WAY Software Infrastructure User's Guide," I. Foster, W. Smith, Argonne, 1995.

44. "Programming in nPerl," I. Foster, R. Olson, Argonne, 1995.

45. "High Performance Fortran 2: Requirements Document," I. Foster, R. Schreiber (Eds), Rice University, 1995.

46. "The PORTS0 Interface," The PORTS Consortium, Argonne, 1994.

47. "Languages, Compilers, and Runtime Systems Support for Parallel Input-Output," A. Choudhary, I. Foster, G. Fox, K. Kennedy, C. Koelbel, J. Saltz, M. Snir, Caltech-CCSF-TR-94-40, California Institute of Technology, 1994.

48. "Workshop Report from the NSF Workshop on High-Performance Computing and Communications and Health Care," Co-author, Washington, D.C., 1994.

49. "Workshop Report from the Conference on Grand Challenge Applications and Software Technology," Co-author, Pittsburgh, 1993.

50. "Nexus: An Interoperability Layer for Parallel and Distributed Computer Systems," I. Foster, C. Kesselman, R. Olson, S. Tuecke, ANL-93/16, 1993.

51. "Fortran M Language Definition," I. Foster, K.M. Chandy, ANL-93/28, 1993.

52. "Programming in Fortran M," I. Foster, R. Olson, S. Tuecke, ANL/93-26, 1993.

53. "Proceedings of a Workshop on the Earth's Climate as a Dynamical System," I. Foster, H. Kaper,  M. Kwong (Eds), ANL/MCS-TM-170, 1992.

54. "Proceedings of a Workshop on Data Systems for Parallel Climate Models," I. Foster, M. Henderson, R. Stevens (Eds), ANL/MCS-TM-169, 1992.

55. "A Toolkit for Constructing Coupled Earth System Models," I. Foster, ANL/MCS-TM-171, 1992.

56. "Proceedings of a Workshop on Compilation of Symbolic Languages," I. Foster, E. Tick (Eds), ANL-91/34, 1991.

57. "Parallel Programming with PCN," I. Foster, S. Tuecke, ANL/91-32, 1991.

58. "A Portable Run-time System for PCN," I. Foster, S. Tuecke, S. Taylor, ANL/MCS-TM-137, 1990.

59. "The Program Composition Project," K.M. Chandy, I. Foster, C. Kesselman, S. Taylor, Caltech-CS-TR-90-03, California Institute of Technology, 1990.

60. "Generating Alignments of Genetic Sequences," R. Butler et al., ANL/MCS-TM-132, 1989.

61. "Strand: The Language and its Implementation," I. Foster, S. Taylor, PAR 88/11, Dept of Computing, Imperial College, 1988.

62. "Strand Language Reference Manual," I. Foster, S. Taylor,  PAR 88/10, Dept of Computing, Imperial College, 1988.

63. "The X Machine: A Proposal for Construction," F. McCabe, I. Foster, Dept of Computing, Imperial College, 1988.

64. "Compiling Parlog for the Sequential Parlog Machine," I. Foster, PAR 86/3, Dept of Computing, Imperial College, 1986.

65. "Parlog Programming System: User Guide and Reference Manual," I. Foster, PAR 86/6, Dept of Computing, Imperial College, 1986.

## Selected Invited Talks (outdated)

"Agents in an Exponential World," Keynote talk at **Agent 2007: Complex Interaction and Social Emergence**, Northwestern University, Norris Center, Evanston, November 15, 2007.

"Virtual Environments for Learning," Keynote talk at **MacArthur/NSF Workshop on Virtual Environments**, Boulder, Colorado, November 9, 2007.

"Working Smarter," Keynote talk at **iSociety Conference**, Merrillville, Indiana, October 9, 2007.

"Technology for Distributed Collaboration," Invited talk at **Symposium on Digital Fabrication**, University of Chicago, Chicago, Illinois, August 23, 2007.

"System Level Science and System Level Models," Invited talk at **Energy Modeling Forum**," Snowmass, Colorado, August 1, 2007.

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Keynote talk at **IEEE New Zealand Workshop in High Performance and Grid Computing**, Auckland, New Zealand, July 5, 2007.

"Looking to the Future," Keynote talk at **Kiwi Advanced Research and Education Network (KAREN) Workshop**, Auckland, New Zealand, July 3, 2007.

"Enabling Distributed Petascale Science," Plenary talk at **Scientific Discovery through Advanced Computing Conference**, Boston, Massachusetts, June 28, 2007.

"Grid: Enabling Open Science," Keynote talk at **Nature Conference on Asia Pacific Networks Promoting Excellence in Research**, Tokyo, Japan, June 6, 2007.

"Scaling eScience Impact," Keynote talk at **1st Iberian Cyberinfrastructure Conference**, Santiago de Compostela, Galicia, Spain, May 15, 2007.

"Scaling eScience Impact," Keynote talk at **German eScience Conference**, Baden Baden, Germany, May 2, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Keynote talk at **New Zealand Computer Science Students Research Conference**, Hamilton, New Zealand April 11, 2007.

"A Tutorial Introduction to Grid," **4th IFIP Summer School**, Gordons Bay, South Africa, March 28, 2007.

"Grid Technology and Multidisciplinary Science," Invited talk at **Virtual Observatories Conference, International Astronomical Union**, Prague, Czech Republic, August 21, 2006.

"The GriPhyN Virtual Data System," **Conference on High Performance Computing and Grids**, Cetraro, Italy, July 4, 2006.

"Education in the Science 2.0 Era," Invited talk at Workshop on SC Education Program, Argonne, Illinois, July 27, 2006.

"The Global Storage Grid -- Or, Managing Data for Science 2.0," Keynote talk at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 16, 2006.

"Global Data Services: Developing Data-Intensive Applications Using Globus Software," Tutorial at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 15, 2006.

"Cyberinfrastructure and the Role of Grid Computing—Or, Science 2.0," Keynote talk at **Geoinformatics 2006**, Reston VA, May 12, 2006.

"Grid Dynamics," Keynote Talk, **Global Grid Forum 16**, Athens, Greece, February 14, 2006.

"Service Oriented Science: Scaling eScience Application & Impact," Keynote, 1st Intl. Conf. on e-Science and Grid Computing, Melbourne, Australia, December 13, 2005.

"Globus Toolkit Version 4," Tutorial, **1st Intl. Conf. on e-Science and Grid Computing**, Melbourne, Australia, December 12, 2005 [and many other places].

"Grid: Why, What, How," **Chicago Technology Forum**, Chicago, Illinois, October 28, 2005.

"Grid Services Overview and Introduction," Keynote Talk, **OOSTech**, Baltimore, Maryland, October 26, 2005.

"A New Era in Computing: Moving Enterprise Services onto Grid," **VIP Grid Summit**, Chicago, Illinois, July, 2005.

"Enabling eScience: Grid Technologies Today & Tomorrow," **American Association for the Advancement of Science Annual Meeting**, Washington, DC, February 21, 2005.

"Globus: Bridging the Gap," Keynote Talk, **GlobusWORLD**, Boston, Mass., February 8, 2005.

"Empowering Distributed Science," **DOE National Collaboratories Meeting**, NCAR, Boulder, Colorado, December 2, 2004.

"The Grid:  Beyond the Hype," Keynote talk at **3rd International Conference on Grid & Cooperative Computing**, Wuhan, China, October 21, 2004.

"Enabling eScience: Open Software, Standards, Infrastructure," Keynote talk at **UK eScience All Hands Meeting**, Nottingham, September 2, 2004.

"Brain Meets Brawn:  Why Grid and Agents Need Each Other," Keynote talk at **3rd International Conference on Autonomous Agents and Multi Agent Systems**, New York USA, July 22, 2004.

"The Grid:  Essential Infrastructure for DOE Science," **SciDAC PI Meeting**, Charleston, North Carolina USA, March 22, 2004.

"Grid Physics Network & International Virtual Data Grid Lab," **NSF Scalable Cyberinfrastructure Division PI Meeting**, February 18, 2004.

"Introduction to the Grid," **COMDEX 2003**, Las Vegas, Nevada USA, November 18, 2003.

"Open Grid Services Architecture," Tutorial, **APAC'03**, Queensland, Australia, September 29, 2003.

"How the Linux and Grid Communities can Build the Next Generation Internet Platform," Invited talk at **Ottawa Linux Symposium**, Ottawa, Canada, July 24, 2003.

"Data and the Grid:  From Databases to Global Knowledge Communities," Keynote talk at **15th International Conference on Scientific and Statistical Database Management** (SSDBM 2003), Cambridge, MA, USA, July 11, 2003.

"The Grid: The First 50 Years," **British Computer Society**, Lovelace Medal Award Presentation, London, May, 2003.

"Security and Certification Issues in Grid Computing," Keynote at **International Workshop on Certification and Security in E-Services** (CSES 2002), Montreal, Canada, August 28, 2002.

"Future Scientific Infrastructure," Keynote at **QUESTnet**, Gold Coast, Australia, July 4, 2002 (9 MB) [Powerpoint]

"Future Scientific Infrastructure," Keynote at **DAS-2 Conference**, Amsterdam, June 6, 2002.

"Virtual Data and the Chimera System," **HPC 2002 Conference**, Cetraro, Italy, June 25, 2002.

"The Grid and the Future of Business," Keynote at **Delphi Web Services Conference**, San Jose, CA., May 22, 2002.

"The Grid: Enabling Resource Sharing within Virtual Organizations," Keynote at **World Wide Web Conference 2002**, Honolulu, Hawaii, May 9, 2002.

"Grid Computing: Concepts, Applications, and Technologies," Tutorial at **Grid Computing in Canada Workshop**, Edmonton, Canada,  May 1, 2002.

"Data Grids and Data Intensive Science," Keynote at **Research Library Group Annual Conference**, Amsterdam, Netherlands, April 22, 2002.

"Grid Computing and Web Services: A Natural Partnership," **Euromicro Workshop on Parallel, Distributed, and Network Computing**, Gran Canaria, January 2002. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **AURORA International Workshop on Grid Computing**, Vienna, Austria, December 2001. (Keynote.)

"Securing the Grid and other Middleware Challenges," **NSF Workshop on Grand Challenges in eScience**, Chicago, Ill., December 2001.

"Realizing the Promise of Grid Computing," **NSF Advisory Committee on Cyberinfrastructure**, Washington, DC (via Access Grid), November 2001.

"SC Global: Celebrating Global Science," **SC'2001 Masterworks Presentation**, Denver, Col., November 2001.

"Grid Computing," **Sun HPC Consortium Conference**, Denver, Col., November 2001. (Keynote.)

"Grid Computing," **IBM Advanced eBusiness Conference**, Austin, Texas, October 2001.

"Keeping Grid Projects Coherent," **EU DataGrid Industry Forum**, Frascati, Italy, October 2001.

"Grid Computing: Architecture and Achievements," **CHEP'2001**, Beijing, China, September 2001. (Plenary.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **Euro-Par 2001**, Brisbane, Australia, August 2001. (Keynote.)

"Globus Project Current Status," **Globus Retreat**, San Francisco, August 2001

"Grids and Grid Technologies," **OMG Workshop on the Grid**, Boston, July 2001.

"The Earth System Grid Project," **Global Grid Forum 2**, Washington, DC, July 2001.

"U.S. Grid Projects," **Upperside Conference on Industrial Grids**, Paris, June 2001.  (Keynote.)

"Parallel Computing in 2001," **PPoPP 2001**, Snowbird, June 2001. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **IEEE Conf. On Cluster Computing and the Grid** (CCGrid), Brisbane, Australia, May 2001. (Keynote.)

"The GriPhyN Project," **Alliance All-Hands Meeting**, Urbana, May 2001.

"Grids: Past, Current, Future Activities," **European Union Grid Summit**, Brussels, March 2001.

"Middleware," **Access Grid Retreat**, Argonne, January 2001.

"Middleware and Grids," **NSF Middleware Panel**, December 2000.

"The Grid Forum," **Intel Peer-to-Peer Conference**, San Jose, October 2000.

"Grid Computing," **ACAT Conference**, FermiLab, October 2000.  (Plenary.)

"Grid Architecture," **Grid Forum 5**, Boston, October 2000.  (Keynote.)

"MPICH-G2: A Grid-Enabled MPI," **NASA Information Power Grid Workshop**, San Jose, September 2000.

"Designing and Building Parallel Climate Models," **Computational Science and Engineering Symp.**, Urbana, April 1997. (Keynote.)

"Autoconfiguration in Heterogeneous Clusters," **Cluster Computing Conf.**, Atlanta, February 1997. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **PART '96**, Brisbane, Australia, August 1996. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **EUROPAR '96**, Lyon, France, August 1996. (Keynote.)

"Ubiquitous Supercomputing," **ASCI '96**, Holland, June 1996. (Keynote.)

"The I-WAY and Globus Projects," **Intl. Conf. on Supercomputing**, Philadelphia, May 1996.

"Multithreading and High-Performance Computing," **European School on High Performance Computing**, Alpes d'Huez, France, April 1996.

"Parallel Algorithms for Climate Models," **Annual Meeting of the French SIAM**, Grenoble, France, March 1996.

"Task and Data Parallelism," **Spring School on Data Parallelism**, Les Menuires, France, March 1996.

"Runtime Support for Parallel Object-Oriented Languages," **Workshop on Parallel Object-Oriented Programming,** Southampton, England, March 1996.

## Selected Seminars

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Lecture at Leibniz-Rechenzentrum München, Munich, Germany, April 30, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Arthur Schoffstall Lecture, Rensselaer Polytechnic Institute, Troy, NY, April 19, 2007.

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Purdue University, February 6, 2006.

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Northeastern University, Boston, January 26, 2006.

"The Grid: Reality, Technologies, Applications," Distinguished Lecture, McGill University, Montreal, Canada, January 21, 2005.

"The Grid and its Implications for Science (and Industry)," Royal Society of New Zealand, Wellington, New Zealand, March 18, 2004.

"The Grid:  Opportunities, Achievements, and Challenges for (Computer) Science," University of Canterbury, Christchurch, New Zealand, March 17, 2004.

"An Open Grid Services Architecture," Indiana University, January 2002.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," University of Edinburgh, December 2001.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," U. Florida, Gainesville, FL, November 2001. (Distinguished HPC Seminar.)

"Grid Computing and Applications," FermiLab, Batavia, IL, October 2001.

"Grid Technologies and Applications: Architecture and Achievements," CERN, Geneva, August 2001.

"Grid Computing," CERN, Geneva, January 2001.

"The Globus Toolkit," IBM Yorktown, December 2000.

"The GARA Quality of Service Architecture," Cisco, San Jose, April 2000.

"High-Performance Computational Grids," University of Tennessee, October, 1997; University of California at Berkeley, October 1997.

"Network-Based Approaches to Supercomputing," Lawrence Berkeley National Laboratory, July 1996; University of California at San Diego, December 1996; California Institute of Technology, April 1997.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," University of Nebraska, March 1996.

"Ubiquitous Supercomputing," University of Chicago, April 1996.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," Politechnico di Milano, January 1996.

"Software Infrastructure for High-Performance Distributed Computing," University of Illinois, November 1994.

"A Massively Parallel Atmospheric Model Testbed," Microelectronics Center of North Carolina, April 1994.

"Modular Parallel Programming," University of California at Los Angeles; NASA Langeley Research Center; UT Austin; 1993.

"Fortran M: A Language for Modular Parallel Programming," Intel Corporation, Portland, Ore., July 1993.

"Deterministic Parallel Programming Languages," Harvard University; Thinking Machines Corporation; Jan. 1993.

"Information Hiding in Parallel Programs," California Institute of Technology; UC Santa Barbara; U. Illinois at Urbana-Champaign; Imperial College; 1992.

"Software Engineering Issues in Parallel Climate Models," ICIAM '91, Washington, D.C., 1991.

"Parallel Algorithms for Computing the Spectral Transform," California Institute of Technology, 1991.