KELLY M. KLAUS (CA Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (CA Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>Tickbox TV LLC, <br><br>Defendant. | Case No.  2:17-cv-07496-MWF(AS) <br><br>**DECLARATION OF JAN VAN VOORN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>Date:   Jan. 8, 2018 <br>Time:   10:00 a.m. <br>Ctrm:   5A (Hon. Michael W. Fitzgerald) <br>Filed concurrently: <br>  Notice of Motion and Motion; <br>  Memorandum of Points and <br>  Authorities in Support Thereof <br>  Declaration of Prof. Ian Foster <br>  Declaration of David P. Kaplan <br>  Declaration of Kelly M. Klaus <br>  [Proposed] Order |

37218443.1

I, Jan van Voorn, declare as follows:

1. I am Senior Vice President and Chief, Global Content Protection ("GCP") Enforcement and Operations, at the Motion Picture Association of America, Inc. ("MPAA"). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The contents of this declaration are based on my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. The MPAA is the not-for-profit trade association that addresses issues of concern to the United States motion picture industry. GCP is responsible, among other things, for investigating infringements of copyrights and working with counsel and law enforcement to halt and remedy such violations.

3. I have worked in the field of intellectual property infringement, enforcement, investigations, and litigation for 12 years. I have been employed by the MPAA since 2013.

4. At my direction, members of my staff ordered and received from Defendant TickBox TV LLC ("TickBox") a TickBox TV device. TickBox shipped that device to an address in California.

5. I and members of my staff have used the TickBox TV device as recently as November 29, 2017, to search for all of the titles listed on Exhibit A to Plaintiffs' Complaint.

6. Each such search using the TickBox TV device returned multiple links to sources that provided unauthorized streams of the respective motion picture or television show.

37218443.1

-1-

DECLARATION OF JAN VAN VOORN
2:17-CV-07496-MWF(AS)

-2-

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this fourth day of December 2017 at Sherman Oaks, California.

_____
JAN VAN VOORN

37218443.1

-2-