KELLY M. KLAUS (CA Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (CA Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

KAREN R. THORLAND (CA Bar No. 172092)
karen_thorland@mpaa.org
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Blvd., Building E
Sherman Oaks, California 91403
Telephone: (818) 935-5812

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tickbox TV LLC, <br><br> Defendant. | Case No. 2:17-cv-07496-MWF(AS) <br><br> **DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:   Jan. 8, 2018 <br> Time:   10:00 a.m. <br> Ctrm:   5A (Hon. Michael W. Fitzgerald) <br> Filed concurrently: <br>   Notice of Motion and Motion; <br>   Memorandum of Points and <br>   Authorities in Support Thereof <br> Declaration of Prof. Ian Foster <br> Declaration of David P. Kaplan <br> [Proposed] Order |

I, Kelly M. Klaus, hereby declare:

1.     I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs in this action.  I have knowledge of the matters set forth in this declaration.  If called as a witness, I could and would testify competently to the facts stated in this declaration.

2.     Attached hereto as Exhibit A is true and correct screenshot of an image posted on TickBox TV's website as it appeared prior to October 13, 2017, the date Plaintiffs filed their complaint in this action.  Munger, Tolles & Olson employees working at my direction obtained this screenshot from http://www.tickboxtv.com prior to that date.

3.     Attached hereto as Exhibit B is a true and correct screenshot of an image posted on TickBox TV's website as it appeared prior to October 13, 2017. Munger, Tolles & Olson employees working at my direction obtained this screenshot from http://www.tickboxtv.com prior to that date.

4.     Attached hereto as Exhibit C is a true and correct screenshot of an image posted on TickBox TV's website as it appeared prior to October 13, 2017. Munger, Tolles & Olson employees working at my direction obtained this screenshot from http://www.tickboxtv.com prior to that date.

5.     Attached hereto as Exhibit D is a true and correct screenshot of instructional videos posted on TickBox TV's Support website as it appeared prior to October 13, 2017.  Munger, Tolles & Olson employees working at my direction obtained this screenshot and true and correct copies of the videos posted on TickBox's Support website from http://www.tickboxtvsupport.com on that date.

6.     Attached hereto as Exhibit E is a true and correct printout of  TickBox TV's "Frequently Asked Questions" page on its website as it appeared prior to October 13, 2017.  Munger, Tolles & Olson employees working at my direction obtained this printout from http://www.tickboxtv.com/faq.php prior to that date.

-1-

7.      Attached hereto as Exhibit F is a true and correct printout of the "Most Commonly Asked Questions About TickBox TV" section of TickBox TV's website as it appeared prior to October 13, 2017.  Munger, Tolles & Olson employees working at my direction obtained this printout from http://www.tickboxtv.com prior to that date.

8.      After October 13, 2017, Munger, Tolles & Olson employees working at my direction visited www.tickboxtv.com, www.tickboxtvsupport.com, and ancillary pages on those sites, including the "Frequently Asked Questions" section of www.tickboxtv.com.  Certain text on those sites was different than it had been prior to the filing of the complaint.  Prior to the filing of the complaint, the initial text on TickBox TV's home page had stated:  "Instant Access to Any Movie, TV Show, or Sporting Event[] … Without Signing a Contract or Paying a Monthly Service Fee." As of November 13, 2017, the text stated:  "[T]urn your TV into a content filled home theatre system enjoying thousands of movies, TV shows and apps like Youtube, HBO Now and many many more …."  Before the filing of the complaint and as of November 13, 2017, TickBox TV's website stated:  "Tickbox TV™ can search the entire internet where it can locate and stream any television show, movie, sporting event, music or game that is available for you to watch," and that "You Need to Hurry! The popularity of Tickbox TV™ is growing by leaps and bounds every day."

9.      Attached hereto as Exhibit G is the Certificate of Registration to the motion picture entitled, *Alice Through the Looking Glass*, and bearing the U.S. Copyright Registration No. PA 1-991-651.

10.      Attached hereto as Exhibit H is the Certificate of Registration to the motion picture entitled, *Batman v. Superman: Dawn of Justice*, and bearing the U.S. Copyright Registration No. PA 1-981-624.

11.     Attached hereto as Exhibit I is the Certificate of Registration to the motion picture entitled, *Despicable Me 3*, and bearing the U.S. Copyright Registration No. PA 2-043-544.

12.     Attached hereto as Exhibit J is the Certificate of Registration to the motion picture entitled, *Deadpool*, and bearing the U.S. Copyright Registration No. PA 1-977-152.

13.     Attached hereto as Exhibit K is the Certificate of Registration to the motion picture entitled, *Dunkirk*, and bearing the U.S. Copyright Registration No. PA 2-044-585.

14.     Attached hereto as Exhibit L is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Deathly Hallows Part 1*, and bearing the U.S. Copyright Registration No. PA 1-721-904.

15.     Attached hereto as Exhibit M is the Certificate of Registration to the motion picture entitled, *Ice Age, Collision Course*, and bearing the U.S. Copyright Registration No. PA 1-995-002.

16.     Attached hereto as Exhibit N is the Certificate of Registration to the motion picture entitled, *Ice Age: The Meltdown*, and bearing the U.S. Copyright Registration No. PA 1-306-625.

17.     Attached hereto as Exhibit O is the Certificate of Registration to the motion picture entitled, *Independence Day: Resurgence*, and bearing the U.S. Copyright Registration No. PA 1-994-450.

18.     Attached hereto as Exhibit P is the Certificate of Registration to the motion picture entitled, *Into the Woods*, and bearing the U.S. Copyright Registration No. PA 1-932-175.

19.     Attached hereto as Exhibit Q is the Certificate of Registration to the motion picture entitled, *Jurassic World*, and bearing the U.S. Copyright Registration No. PA 1-946-359.

20.     Attached hereto as Exhibit R is the Certificate of Registration to the motion picture entitled, *Maleficent*, and bearing the U.S. Copyright Registration No. PA 1-899-203.

21.     Attached hereto as Exhibit S is the Certificate of Registration to the motion picture entitled, *Miracles from Heaven*, and bearing the U.S. Copyright Registration No. PA 1-981-803.

22.     Attached hereto as Exhibit T is the Certificate of Registration to the motion picture entitled, *Paranormal Activity: The Ghost Dimension*, and bearing the U.S. Copyright Registration No. PA 1-960-100.

23.     Attached hereto as Exhibit U is the Certificate of Registration to the motion picture entitled, *Pete's Dragon*, and bearing the U.S. Copyright Registration No. PA 1-998-053.

24.     Attached hereto as Exhibit V is the Certificate of Registration to the motion picture entitled, *The Purge: Election Year*, and bearing the U.S. Copyright Registration No. PA 1-995-003.

25.     Attached hereto as Exhibit W is the Certificate of Registration to the motion picture entitled, *Rough Night*, and bearing the U.S. Copyright Registration No. PA 2-041-774.

26.     Attached hereto as Exhibit X is the Certificate of Registration to the motion picture entitled, *The Shallows*, and bearing the U.S. Copyright Registration No. PA 1-993-394.

27.     Attached hereto as Exhibit Y is the Certificate of Registration to the motion picture entitled, *Smurfs: The Lost Village*, and bearing the U.S. Copyright Registration Nos. PA 2-029-508.

28.     Attached hereto as Exhibit Z is the Certificate of Registration to the motion picture entitled, *Spiderman: Homecoming*, and bearing the U.S. Copyright Registration No. PA 2-044-059.

29.     Attached hereto as Exhibit AA is the Certificate of Registration to the motion picture entitled, *Suicide Squad*, and bearing the U.S. Copyright Registration No. PA 1-995-698.

30.     Attached hereto as Exhibit BB is the Certificate of Registration to the motion picture entitled, *The Boss*, and bearing the U.S. Copyright Registration No. PA 1-993-610.

31.     Attached hereto as Exhibit CC is the Certificate of Registration to the motion picture entitled, *13 Hours: The Secret Soldiers of Benghazi*, and bearing the U.S. Copyright Registration No. PA 1-969-757.

32.     Attached hereto as Exhibit DD is the Certificate of Registration to the motion picture entitled, *The Finest Hours*, and bearing the U.S. Copyright Registration No. PA 1-989-069.

33.     Attached hereto as Exhibit EE is the Certificate of Registration to the motion picture entitled, *War for the Planet of the Apes*, and bearing the U.S. Copyright Registration No. PA 2-044-947.

34.     Attached hereto as Exhibit FF is the Certificate of Registration to the motion picture entitled, *Whiskey Tango Foxtrot*, and bearing the U.S. Copyright Registration No. PA 1-977-149.

35.     Attached hereto as Exhibit GG is the Certificate of Registration to the motion picture entitled, *Wonder Woman*, and bearing the U.S. Copyright Registration No. PA 2-036-078.

36.     Attached hereto as Exhibit HH is the Certificate of Registration to the motion picture entitled, *Zoolander 2*, and bearing the U.S. Copyright Registration No. PA 1-974-008.

37.     Attached hereto as Exhibit II is the Certificate of Registration to the television program episode entitled, *Easy, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 2-009-863.

-5-

38.     Attached hereto as Exhibit JJ is the Certificate of Registration to the television program episode entitled, *Wet Hot American Summer: First Day of Camp, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 1-996-639.

39.     Attached hereto as Exhibit KK is the Certificate of Registration to the television program episode entitled, *Stranger Things, Season 1, Episode 8*, and bearing the U.S. Copyright Registration No. PA 2-009-946.

40.     Attached hereto as Exhibit LL is the Certificate of Registration to the television program episode entitled, *Santa Clarita Diet, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 2-028-853.

41.     Attached hereto as Exhibit MM is the Certificate of Registration to the television program episode entitled, *The OA, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 2-029-045.

42.     Attached hereto as Exhibit NN is the Certificate of Registration to the television program episode entitled, *Mozart in the Jungle, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 1-963-304.

43.     Attached hereto as Exhibit OO is the Certificate of Registration to the television program episode entitled, *Bosch, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 2-000-165.

44.     Attached hereto as Exhibit PP is the Certificate of Registration to the television program episode entitled, *The Man in the High Castle, Season 1, Episode 1*, and bearing the U.S. Copyright Registration No. PA 2-006-699.

1         I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.  Executed this seventh day of December, 2017, at San

3  Francisco, California.

4

5

6                                       */s/ Kelly M. Klaus*

7                                      KELLY M. KLAUS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KELLY M. KLAUS
CASE NO. 2:17-CV-07496-MWF(AS)

**EXHIBIT A**

If you're sick of paying high monthly fees and expensive bills for your regular cable bill and premium cable channels like HBO and SHOWTIME...

Or if you're tired of wasting money with online streaming services like Netflix, Hulu, or Amazon Prime...

# Get ready to cut the cord, because Tick**Box** TV™ is exactly what you're looking for!



Simply plug the Tickbox TV™ into your current television and enjoy unlimited access to ALL the hottest TV shows, Hollywood blockbusters and LIVE sporting events in one convenient little device...

## ABSOLUTELY FREE



**EXHIBIT A**
**KLAUS - 009**

# EXHIBIT B



# EXHIBIT C

EXHIBIT C
KLAUS - 012



**EXHIBIT C**
**KLAUS - 013**

# EXHIBIT D



# EXHIBIT E

# FAQ

## Q. What is Tickbox TV™?

Tickbox TV™ is an internet connected smart TV box, powered by Android 5.1. Tickbox TV™ allows you to install many popular android TV apps from the Google Play store, as well as Kodi add ons to extend your TV options endlessly.

## Q. How do I get Technical Support for Tickbox TV™?

You can contact support via email: techsupport@tickboxtv.com (mailto:techsupport@tickboxtv.com) or you can go to Tickbox TV™ Support (http://www.tickboxtvsupport.com/) To review useful Videos, Documents or Chat with a live support agent.

## Q. I did not get an email receipt what should I do?

You should get an email with your receipt, but if you do not see an email in your inbox from us, then please check your spam or junk mail folder and if you see any emails from tickboxtv.com please mark them as "not spam" or "not junk" and move them to your inbox. We also recommend printing the online receipt for your records.

## Q. How do i check the status of my order?

To check your order status, Go here: https://www.tickboxtv.com/orderstatus.php (https://www.tickboxtv.com/orderstatus.php) and input your Tickbox TV™ Order ID and Email you used to place the order. It will give you the status and tracking info if the order has shipped.

## Q. Do you need an internet connection to use Tickbox TV™?

Yes. Tickbox requires an internet connecton. You would use the ethernet connection on the Tickbox TV™ to connect to your internet router or you could connect via WI-FI. Connection Instructions are part of the documentation that is shipped with your Tickbox TV™.

## Q. How do I power off/on the Tickbox TV™?

Connect the box to the TV with the HD cable, connect the box to the power adaptor. (optional: Connect mouse, air mouse or other input device to the Tickbox TV™ via the USB port). Once the power is connected to your Tickbox TV™ plug the other end into your power source. The Power LED will turn blue. Unplugging the Tickbox TV™ from the wall socket will power down the device.

**EXHIBIT E**
**KLAUS - 017**

When the Tickbox TV™ is powered on, you can press the power button on your remote to place the Tickbox TV™ into sleep mode. While in sleep mode, the Tickbox TV™ will not send a signal to your HDMI cable and will not be connected to Wi-Fi.

When the Tickbox TV™ is in sleep mode, a red light will show on the front the front panel, press the power button on the remote to "wake" the device. The Tickbox TV™ will then send signal to your TV and re-connect to your internet and the LED will turn blue.

## Q. How fast does my internet speed need to be?

the Ideal connection would be in the 10mbps - 25mbps range, but many user have success with slower connections, but most DSL and cable internet options will work. The slowest connection speed is estimated at 3.0 mbps to 5.0 mbps (depending on the app/service you are using on the Tickbox TV™), but the quality of the connection would be lower quality. We suggest you have a good and stable internet connection to enjoy high quality streaming, and obviously the faster the better.

## Q. Can i connect my laptop monitor to a Tickbox TV™ to watch content?

No, Due to how most laptops are setup, the HDMI is for output only. That means that in almost all laptops, you cannot send a signal via HDMI to your laptop screen. You can check with your laptop manufacturer for specifics on your laptop, but in most cases it is not possible to connect a laptop to a Tickbox TV™.
You can use a tickbox on most any standard computer monitor with an HDMI input and all TVs with an HDMI input.

## Q. What are the basic specifications for the Tickbox TV™?

USB 2.0 (4 Slots available), SD/MCC card slot, HDMI, Android 6.0 (Marshmallow), 64 Bit CPU, Quad Core Processor, 8GB EMMC FLASH Storage, 1GB DDR3 SDRAM, 3D Graphics Acceleration, 2.4 GHz Wi-Fi (B/G) or Ethernet, Standard United States 110 AC Plug, 5V power adapter included,& Dimensions aprox. 5" x 5" x 2".

The Tickbox TV™ Box Contains: Ticbox TV Android 6.0 Streaming Device, 5v Power Adapter, Quick Setup Guide, Remote Control (AAA battery not included) & HD Cable.

The weight is aprox: 14oz (less than 1 pound)

## Q. What channels area available on the Tickbox TV™ player?

Tickbox TV™ has all the power of the World Wide Web behind it, so it allows for huge numbers of channels that grow daily. From basic channels to premium content from all around the world, Tickbox TV™ is the solution for all your viewing needs. **With the power of Android and Kodi you are able to add almost any channel, here is just a short list of apps and addon you can get:** ABC Family, Fox News, Disney, CNBC, PBS Kids, UFC, Bravo, Anime on Demand, Fox Sports, Food Network, Fox News Channel, Travel Channel, ESPN, Showtime, CNN, Discovery and HBO just to name a few.

## Q. Will I get local channels?

Tickbox TV™ is a web based service and while we offer many popular news and network channels (both basic and premium), it is not location specific. You may need to utilize a digital antenna to access those channels, you can go here (https://transition.fcc.gov/cgb/consumerfacts/dtvantennas.pdf) for a PDF with information on antennas, But many local channels now offer apps you can install or you may be able to utilize the built in web browser to browse to local websites to view content.

**EXHIBIT E**
**KLAUS - 018**

## Q. Are there any monthly fees with Tickbox TV™?

Absolutely not. All content that comes pre-loaded on your Tickbox TV™ comes at no cost to you. Tickbox TV™ will never charge you any fees or have any monthly costs. Subscription services like Hulu or Netflix will still require their subscription fees.

## Q. What can Tickbox TV™ do other than allow me to watch Movies, Sports and TV shows?

Tickbox TV™ runs Android OS, so you can install almost any app you would normally use on an android phone or tablet, so you instantly gain access to over 800,000 apps. You can watch youtube, check email, surf the web and even play games!

## Q. Will Tickbox TV™ work in my country?

The Tickbox TV™ player can be used globally, but depending on the country you are in the content can vary. Use of third party software of a VPN can aid in viewing content that normally would not be viewable in your country, however, we do not support those features.

## Q. I live outside of U.S. Do you ship internationally?

Currently we are shipping to the US only. But in the future we may be shipping to other countries.

## Q. Can I get a refund?

We offer an easy return process so don't worry, if you don't enjoy the Tickbox TV™, you can send us an email or message and return it for a refund. We will send you the instructions on how to send it back.

*100% Money Back Guarantee applies only upon return of an undamaged Tickbox TV™ device within 30 days of shipping and must include all components. Please also include a copy of the receipt. Consumer responsible for return shipping.*

## Q. Do I need one Tickbox TV™ player per TV?

Yes, Tickbox TV™ will only work on a single television at a time. But since Tickbox TV™ is light and easy to connect, you could easily move it from one TV to the next as needed. But Tickbox TV™ is very affordable so we suggest ordering one for each television set.

## Q. I don't have a keyboard, Can I use the normal remote to set everything up?

Yes! The remote is designed to allow you to navigate and setup everything just fine. The keyboard is easier for most people, but is not required. The remote has a home button (with an icon shaped like a home), which will take you to the home screen; and a back button (with an icon shaped like a u-turn arrow), which will take you back to the previous menu, or close the onscreen keyboard; there is also a menu screen (with an icon shaped like a rectangle with a couple lines in it, which will allow you to pull up the menu

options for a particular app, and lastly the mouse button (with an icon shaped like a mouse), which if you tap, then touch one of the directional arrows, will bring up a pointer which you can move around the screen to navigate or submit buttons etc.

## Q. Can I still Amazon Video, Netflix or Hulu on Tickbox TV™?

Yes of course, but we think that within a few days of using Tickbox TV™ you will find you no longer need those subscriptions. But you can add them no problem.

## Q. How do set my Date and Time on my Tickbox TV™?

Press setup on the small remote. This brings up the setup/preference menu.
Click on the clock icon labled "Data and Time"
We recommend to having Automatic Date and Time to "On"
Then move down to the time menu option
Then select your time zone and if you prefer the 12 or 24 hour clock

## Q. Is it legal to use Tickbox TV™?

Tickbox TV™ is a device, much like a computer or cell phone, it provides a hardware platform for you to utilize Kodi and download addons for kodi or apps for android TV via the Google Play store. Devices like Tickbox TV™ are perfectly legal as it does not offer file-sharing, copying or sharing of content streamed to the device.

## Q. What is Kodi?

Simply put, Kodi is open-source software designed specifically with home entertainment in mind - and it's totally free. Kodi© (formerly known as XBMC™) is an award-winning free and open source (GPL) software media center for playing videos, music, pictures, games, and more. Kodi is installed on Tickbox TV™ and has a user friendly interface for designed for watching TV with a remote.

## Q. How do I install Kodi Addons?

We recommend checking out the official Kodi wiki here (http://kodi.wiki/view/Add-on_manager)

## Q. I want to install unofficial Kodi addons, what do I do?

We **DO NOT** recommend installing anything not in the official repository for Kodi, however, there are alternative addon installers which will allow you to install different addons, you can reference this page for more information here (https://www.tvaddons.ag/install-addons-kodi/).

## Q. Do the Addons for Tickbox TV™ automatically update or do you have to update them manually?

While most content will update daily and if the add on or app needs to be updated it will update automatically. There could be times where you may need to manually do an update, but it would be as simple as it is to update an app on your tablet or phone.

## Q. What is sidetick.tv?

Sidetick TV is a 3rd party website and is one of newest hottest streaming TV sites on the web. Sidetick TV comes pre-installed on your Tickbox TV™ system and you have a membership *at no additonal cost* as a thank you from Tickbox TV™. Click on Sidetick TV on your Tickbox TV™ to view all the great movies and TV shows that are available TV. You an also access Sidetick TV at the website https://www.sidetick.tv/ (https://www.sidetick.tv/)

## Q. What is my Sidetick TV user name and password?

your user name and password was included in your email receipt, but if you have lost your receipt simply put your email address at this website (https://sidetick.tv/forgot.php?user_email=).
The forgot password feature will help you reset your password.

## Q. I want to contact sidetick.tv's customer service how do I do that?

Email cservice@sidetick.tv (mailto:cservice@sidetick.tv) is the best way to contact sidetick.tv support.
You can also reference sidetick tv's faq here (https://sidetick.tv/faq.php).

## Q. What is the best way to contact Tickbox support?

We recommend email, you can reach our support staff at support@tickboxtv.com (mailto:support@tickboxtv.com). For technical questions please contact techsupport@tickboxtv.com (mailto:techsupport@tickboxtv.com).

## Q. Do you have a online copy of the quick install instructions. I misplaced the copy that came with my Tickbox?

You can reference the quick guide here.

## Q. Does Tickbox TV™ offer a warranty?

Yes we offer a standard 1 year warranty, or you can can upgrade to a two year warranty. You can find information on our warranty here (warranty.pdf)

**EXHIBIT E**
**KLAUS - 021**

Join to us online -  f  (https://www.facebook.com/TickBoxTV/)

1600X1200

**EXHIBIT E**
**KLAUS - 022**

# EXHIBIT F

# THE MOST COMMONLY ASKED QUESTIONS ABOUT TICKBOX TV™

**Question:**
I don't understand. How can it be legal to have access to all of these movies and TV shows and not have to pay my cable company or monthly subscription service?

**Answer:**
Tickbox TV™ is legal. It does not archive, host, store or distribute any kind of media or content. Tickbox TV™ is only a directory or library of content which is hosted by third parties on the internet.  The Tickbox TV™ acts as a receiver, allowing you to access streams and play them on your television.  It does not download anything. *Tickbox TV™ does not condone parties who pirate or download copyrighted media and this box is not to be used for such purposes. Tickbox TV™ is 100% legal.  It is legal to stream content.  It is illegal to download copy written material.*

**Question:**
Will Tickbox TV™ work in my state or area?

**Answer:**
Tickbox TV™ works anywhere there is an internet connection.  It works in every country around the world.

**Question:**
After I purchase the box, will there ever be any monthly fees?

**Answer:**
There is only a one time purchase fee for Tickbox TV™.  We will not charge you any monthly fees.

**Question:**
What TV shows and movies can I see for free?

**Answer:**
You can see almost every movie and TV series ever made.  You can even access movies and shows that are still on Demand and episodes of TV that were just aired.  You will never pay to watch any of them.

**Question:**
How much does Tickbox TV™ cost?

**Answer:**
The cost of Tickbox TV™ WAS lower than most boxes on the market at $149.95 but it is NOW available with a 40% discount at a 1 time fee of $89.95

**Question:**
Can I watch live TV? What channels will I get?

**Answer:**
You can definitely stream Live TV with the Tickbox TV™. There are hundreds of channels around the world that can be accessed including, CNN, FOX news, ESPN and probably every channel that is on your cable now.

For more frequently asked questions please click on the FAQ tab on the bottom of the page.

EXHIBIT F
KLAUS - 024

GET STARTED WITH TICKBOX

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-991-651

**Effective Date of Registration:**
June 28, 2016

## Title

**Title of Work:** ALICE THROUGH THE LOOKING GLASS

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 25, 2016
**Nation of 1st Publication:** Sweden

## Author

- **Author:** Absolem Productions Limited
  **Author Created:** entire motion picture, Screenplay as spoken text.
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Loosely based on Through the Looking-Glass by Lewis Carroll and Disney's 2010 film Alice in Wonderland.

**New material included in claim:** all other cinematographic material, Screenplay as spoken text.

## Certification

**Name:** Gary Young Lim
**Date:** June 27, 2016
**Applicant's Tracking Number:** 158023

**Correspondence:** Yes

Page 1 of 1



**Registration #:** PA0001991651
**Service Request #:** 1-3764202202

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258



# EXHIBIT H

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-981-624**

**Effective Date of Registration:**
March 30, 2016

## Title

**Title of Work:** BATMAN V SUPERMAN:  DAWN OF JUSTICE

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 23, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

**Copyright Claimant:** Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd., Las Vegas, NV, 89146, United States
**Transfer statement:** By Assignment

## Limitation of  copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC Comics.  BATMAN created by Bob Kane with Bill Finger.  SUPERMAN created by Jerry Siegel and Joe Shuster. WONDER WOMAN created by William Moulton Marston.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard

**EXHIBIT H**
**KLAUS - 031**

Building 156 South, Room 2351
Burbank, CA 91522-1562 United States

## Certification

| | |
|---|---|
| **Name:** | Paula Reno |
| **Date:** | March 23, 2016 |

**Copyright Office notes:**   Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.



Page 2 of 2

# EXHIBIT I

EXHIBIT I
KLAUS - 033

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-043-544

**Effective Date of Registration:**
June 27, 2017

## Title _____

Title of Work: Despicable Me 3

## Completion/Publication _____

Year of Completion: 2017
Date of 1st Publication: June 14, 2017
Nation of 1st Publication: Philippines
Preregistration: PRE000009655

## Author _____

- Author: Universal Animation Studios LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

- Author: Universal City Studios LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
Transfer statement: By written agreement

## Limitation of copyright claim _____

Material excluded from this claim: preexisting music

New material included in claim: all other cinematographic material

## Certification _____

Name: Carly Seabrook

Page 1 of 2

EXHIBIT I
KLAUS - 034

**Date**:   June 16, 2017



**EXHIBIT I**
**KLAUS - 035**

# EXHIBIT J

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# PA 1-977-152

**Effective Date of Registration:**
March 04, 2016

## Title

| | |
|---|---|
| **Title of Work:** | DEADPOOL (Feature Motion Picture) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 10, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000008013 |

## Author

| | |
|---|---|
| • **Author:** | Twentieth Century Fox Film Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation<br>PO Box 900, Beverly Hills, CA, 90213, United States |
| **Copyright Claimant:** | TSG Entertainment Finance LLC<br>5851 W. Charleston Blvd., Las Vegas, NV, 89146 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, based on the comic book series X-MEN |
| **Previous registration and year:** | PAu 3-491-592, 2010 |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Mary McGuire |
| **Date:** | March 02, 2016 |
| **Applicant's Tracking Number:** | 031312 |

Page 1 of 2

**Copyright Office notes:**   Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.



EXHIBIT J
KLAUS - 038

# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-044-585

**Effective Date of Registration:**
July 20, 2017

---

## Title

**Title of Work:** DUNKIRK

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 19, 2017
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000009483

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

**Copyright Claimant:** Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd, Las Vegas, NV, 89146, United States
**Transfer statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522-1562 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Paula Reno |
| **Date:** | July 19, 2017 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations. |

**EXHIBIT K**
**KLAUS - 041**

# EXHIBIT L

EXHIBIT L
KLAUS - 042

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-721-904

**Effective date of registration:**

March 4, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 1 |
| **Previous or Alternative Title:** | Harry Potter 7A |
| | Extra Time |
| | Road Movie |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | November 17, 2010 | **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000004015 | | |

## Author

| | |
|---|---|
| ■  **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" written by J.K. Rowling.  Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 1" by Steve Kloves. Certain pre-existing music, sound recordings and publications. |
| **New material included in claim:** | Motion picture, including audio, visual and other cinematographic material. |

## Rights and Permissions

---

EXHIBIT L
KLAUS - 043

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard

Bldg. 156 North, Room 4620

Burbank, CA 91522-1564  United States

## Certification

**Name:** Cindy O'Neil

**Date:** March 3, 2011



**EXHIBIT L**
**KLAUS - 044**

Page 2 of 2

# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-995-002

**Effective Date of Registration:**
July 27, 2016

## Title

**Title of Work:** ICE AGE: COLLISION COURSE (Feature Motion Picture)

**Previous or Alternate Title:** ICE AGE 5

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 23, 2016
**Nation of 1st Publication:** Australia

## Author

● **Author:** Twentieth Century Fox Film Corporation
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation
PO Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** pending, 2016

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire
**Date:** July 26, 2016
**Applicant's Tracking Number:** 031641

Page 1 of 1



# EXHIBIT N

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-306-625**

PAu001-306-625

EFFECTIVE DATE OF REGISTRATION

MAR 31 2006

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
ICE AGE THE MELTDOWN

**PREVIOUS OR ALTERNATIVE TITLES ▼**
ICE AGE 2 THE MELTDOWN

**NATURE OF THIS WORK ▼ See instructions**
FEATURE MOTION PICTURE  (030370)

**2**

**a**

**NAME OF AUTHOR ▼**
Twentieth Century Fox Film Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in  UNITED STATES

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
Year 2006

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 3    Day 8    Year 2006
UNITED STATES    Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Twentieth Century Fox Film Corporation
P O Box 900
Beverly Hills  CA  90213

APPLICATION RECEIVED
MAR 31 2006
ONE DEPOSIT RECEIVED
MAR 31 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | KSP | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION**   Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼  If your answer is No  do not check box A  B  or C

**a**   ☐ This is the first published edition of a work previously registered in unpublished form

**b**   ☐ This is the first application submitted by this author as copyright claimant

**c**   ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number ▼**      **Year of Registration ▼**
See below          2006

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

**a**   Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Pre Registration (PRE000000033)  feature screenplay entitled ICE AGE 2 THE MELTDOWN (registration pending)  based on the motion picture ICE AGE (PA 1 072 377)  music

**b**   Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

All other cinematographic material

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a**   Name ▼                   Account Number ▼

Twentieth Century Fox Film Corporation          DA011185

**b**   **CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Mary McGuire 2121/731
Fox Group Legal   P O  Box 900
Beverly Hills  CA  90213

Area code and daytime telephone number  (310) 369-5159        Fax number   (310) 369 2382

Email   CR@Fox com

**7**

**CERTIFICATION\***  I the undersigned  hereby certify that I am the

Check only one  ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right (s)
☒ authorized agent of   Twentieth Century Fox Film Corporation
          Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date

Mary McGuire                   Date   29 Mar-2006

Handwritten signature (X) ▼

☞   x   _Mary McGuire_

| Certificate will be mailed in window envelope to this address | Name ▼ Fox Group Legal Attn  Mary McGuire (Bldg  2121  Room 731) | |
|---|---|---|
| | Number/Street/Apt ▼ P O  Box 900 | |
| | City/State/ZIP ▼ Beverly Hills  CA  90213 | |

Complete all necessary spaces
Sign your application in space 8

1  Application Form
2  Nonrefundable filing fee in check or money order payable to Register  of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence A e ue  S  E
Washington D C  20559-6000

**9**

Fees are subject to change  For current fees  check the Copyright Office website at www copyright gov  write the Copyright Office or call (202) 707-3000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

**EXHIBIT N**

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Form PA___ / CON**
UNITED STATES COPYRIGHT OFFICE

RI

**PA 1–306–625**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

MAR  31  2006
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

MAR 31 2006

Page **3** of **4** pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE  (Give the title as given under the heading  Title of this Work  in Space 1 of the basic form.)
  ICE AGE THE MELTDOWN
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Twentieth Century Fox Film Corporation
  P O Box 900 Beverly Hills CA 90213

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐Yes ☐No
Pseudonymous? ☐Yes ☐No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐Yes ☐No
Pseudonymous? ☐Yes ☐No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐Yes ☐No
Pseudonymous? ☐Yes ☐No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

EXHIBIT N

CONTINUATION OF  (Check which)        ☒ Space 1        ☐ Space 4        ☐ Space 6

ICE AGE 2

# C
**Continuation
of other
Spaces**

| Certificate will be mailed in window envelope to this address | Name ▼ **Fox Group Legal**<br>   Attn  Mary McGuire (Bldg  2121  Room 731)<br><br>Number/Street/Apt ▼<br>   P O  Box 900<br><br>City/State/ZIP ▼<br>   Beverly Hills  CA  90213 |
|---|---|

Complete all necessary spaces
Sign your application

1  Application Form
2  Nonrefundable filing fee I  check or
   money order payable to Register
   of Copyrights
3  Deposit material

Library of Congress,  Copyright Office
101 Independence A enue  S  E
Washington  D C  20559-6000

Fees are subject
to change
or current fees
check the Copyright
Office website at
www copyright gov
write the Copyright
Office  or call
(202) 707-3000

# D

# EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-994-450

**Effective Date of Registration:**
July 22, 2016

## Title

| | |
|---|---|
| **Title of Work:** | INDEPENDENCE DAY:  RESURGENCE (Feature Motion Picture) |
| **Previous or Alternate Title:** | INDEPENDENCE DAY 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 23, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000007939 |

## Author

| | |
|---|---|
| • **Author:** | Twentieth Century Fox Film Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation |
| | PO Box 900, Beverly Hills, CA, 90213, United States |
| **Copyright Claimant:** | TSG Entertainment Finance LLC |
| | 5851 W. Charleston Blvd., Las Vegas, NV, 89146 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, based on the motion picture INDEPENDENCE DAY (PA 795-170) |
| **Previous registration and year:** | PAu 3-781-133, 2015 |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Mary McGuire |

Page 1 of 2

**Date:** July 21, 2016
**Applicant's Tracking Number:** 031505

EXHIBIT O
KLAUS - 055

# EXHIBIT P

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-932-175

**Effective Date of Registration:**
February 11, 2015

---

## Title

**Title of Work:**  INTO THE WOODS

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  October 24, 2014
**Nation of 1ˢᵗ Publication:**  Korea (South)

## Author

- **Author:**  Five Beans Productions Limited
**Author Created:**  entire motion picture, Script as spoken text.
**Work made for hire:**  Yes
**Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Disney Enterprises, Inc.
500 S. Buena Vista, Burbank, CA, 91521, United States
**Transfer statement:**  Assignment

## Limitation of  copyright claim

**Material excluded from this claim:**  preexisting music, Based on the Musical Play of the same Title by STEPHEN SONDHEIM and JAMES LAPINE.

**New material included in claim:**  all other cinematographic material, Script as spoken text.

## Certification

**Name:**  Gary Young Lim
**Date**:  January 05, 2015
**Applicant's Tracking Number**:  146903

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

Page 1 of 1



**Registration #:**   PA0001932175
**Service Request #:**   1-2034946312

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258 United States

**EXHIBIT P**
**KLAUS - 059**



**EXHIBIT P**
**KLAUS - 060**

# EXHIBIT Q



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-946-359**

**Effective Date of Registration:**
June 10, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Jurassic World |
| **Previous or Alternate Title:** | Ebb Tide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 10, 2015 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000007974 |

## Author

| | |
|---|---|
| • **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amblin Entertainment LLC<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | 2015 |
| **New material included in claim:** | all other cinematographic material |

## Certification

EXHIBIT Q
KLAUS - 062

**Name:**   Carly Seabrook
**Date:**   June 10, 2015

**Correspondence:**   Yes



EXHIBIT Q
KLAUS - 063

# EXHIBIT R

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-899-203

**Effective date of
registration:**

June 10, 2014

## Title

**Title of Work:** MALEFICENT

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 28, 2014        **Nation of 1st Publication:** United Kingdom

## Author

■        **Author:** BRIAR ROSE PRODUCTIONS, LTD.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United Kingdom        **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Disney Enterprises, Inc.

500 S. Buena Vista Street, Burbank, CA, 91521, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music, Based on Disney's Sleeping Beauty and
"La Belle au boit dormant" written by Charles Perrault.

**New material included in claim:** all other cinematographic material, revisions/additions to script

## Certification

**Name:** Gary Young Lim

**Date:** June 4, 2014

**Applicant's Tracking Number:** 111317

Page 1 of 1

**Registration #:** PA0001899203
**Service Request #:** 1-1486303332

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258 United States

# EXHIBIT S

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-981-803

**Effective Date of Registration:**
April 07, 2016

## Title

| | |
|---|---|
| **Title of Work:** | MIRACLES FROM HEAVEN |
| **Previous or Alternate Title:** | Three Miracles From Heaven |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 16, 2016 |
| **Nation of 1st Publication:** | Trinidad and Tobago |
| **Preregistration:** | PRE000008169 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published artwork, posters, books and computer / internet / video game related programs and images.  Based on the book MIRACLES FROM HEAVEN: A LITTLE GIRL, HER JOURNEY TO HEAVEN, AND HER AMAZING STORY OF HEALING written by Christy Wilson Beam. |
| **Previous registration and year:** | PAU003790968, 2015 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

| | |
|---|---|
| **Name:** | Michael Kramer |
| **Date:** | March 18, 2016 |

Page 1 of 2

**Correspondence:**   Yes



**EXHIBIT S**
**KLAUS - 069**

# EXHIBIT T

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-960-100

**Effective Date of Registration:**
October 23, 2015

## Title
_____

**Title of Work:** PARANORMAL ACTIVITY: THE GHOST DIMENSION

**Previous or Alternate Title:** Triple Threat a/k/a Paranormal Activity 5

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** October 21, 2015
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** script/screenplay, preexisting music, Based on the film Paranormal Activity by Oren Peli

**New material included in claim:** all other cinematographic material, production as a motion picture, revisions/additions to script

## Certification
_____

**Name:** Michelena Hallie
**Date:** October 22, 2015

Page 1 of 1



**EXHIBIT T**
**KLAUS - 072**

**Registration #:**     PA0001960100
**Service Request #:**  1-2814319652

Paramount Pictures Corporation
Daniel O'Rourke
5555 Melrose Avenue
Lubitsch 215
Hollywood, CA 90038 United States

**EXHIBIT T**
**KLAUS - 073**



**EXHIBIT T**
**KLAUS - 074**

# EXHIBIT U

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-998-053

**Effective Date of Registration:**
August 26, 2016

## Title

**Title of Work:** PETE'S DRAGON

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 10, 2016
**Nation of 1st Publication:** Switzerland

## Author

• **Author:** Abernathy Productions, Inc.
**Author Created:** entire motion picture, Screenplay as spoken text
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista Street, Burbank, CA, 91521, United States
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Based on a screenplay by Malcolm Marmorstein & Disney's animated feature Pete's Dragon.

**New material included in claim:** all other cinematographic material, Screenplay as spoken text.

## Certification

**Name:** Gary Young Lim
**Date:** August 25, 2016
**Applicant's Tracking Number:** 159360

Page 1 of 1



**EXHIBIT U**
**KLAUS - 077**

**Registration #:** PA0001998053
**Service Request #:** 1-3937181522

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258



EXHIBIT U
KLAUS - 079

# EXHIBIT V

EXHIBIT V
KLAUS - 080

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-995-003

**Effective Date of Registration:**
July 11, 2016

## Title

**Title of Work:**   The Purge: Election Year

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   June 30, 2016
**Nation of 1st Publication:**   Lebanon
**Preregistration:**   PRE000008824

## Author

- **Author:**   Assassins Productions, LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:**   By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**   preexisting music

**New material included in claim:**   all other cinematographic material

## Certification

**Name:**   Carly Seabrook
**Date:**   July 06, 2016

Page 1 of 1

**EXHIBIT V**
**KLAUS - 081**



EXHIBIT V
KLAUS - 082

# EXHIBIT W

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-041-774

**Effective Date of Registration:**
June 30, 2017

## Title

**Title of Work:** ROUGH NIGHT

**Previous or Alternate Title:** Move That Body

Rock That Body

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 14, 2017
**Nation of 1st Publication:** Trinidad and Tobago
**Preregistration:** PRE000009182

## Author

- **Author:** Columbia Pictures Industries, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

**Copyright Claimant:** LSC Film Corporation
2711 N. Haskell Ave., Suite 1800, Dallas, TX, 75205, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting music, previously published books and artwork.
**Previous registration and year:** PAU003800503, 2015

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

Page 1 of 2

**EXHIBIT W**
**KLAUS - 084**

|             |                |
|------------:|:---------------|
| **Name:**   | Julie LaBeach  |
| **Date**:   | June 16, 2017  |

|                            |                                                                                                                                                                                                                                                |
|---------------------------:|:-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Correspondence:**        | Yes                                                                                                                                                                                                                                             |
| **Copyright Office notes:**| Regarding special handling request: claim upgraded for special handling per request received on June 30, 2017 due to pending or prospective litigation. Registration decision and certificate issued on July 7, 2017.                          |

**EXHIBIT W**
**KLAUS - 085**

# EXHIBIT X

EXHIBIT X
KLAUS - 086

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-993-394

**Effective Date of Registration:**
July 13, 2016

## Title

**Title of Work:** THE SHALLOWS

**Previous or Alternate Title:** In The Deep

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 23, 2016
**Nation of 1st Publication:** Aruba
**Preregistration:** PRE000008397

## Author

- **Author:** Columbia Pictures Industries, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting photograph(s), preexisting music, previously published books and artwork.
**Previous registration and year:** PAU003771442, 2015

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

**Name:** Michael Kramer
**Date:** June 28, 2016

Page 1 of 1

**EXHIBIT X**
**KLAUS - 087**



**EXHIBIT X**
**KLAUS - 088**

# EXHIBIT Y

Registration Number

# *-APPLICATION-*

## Title _____

| | |
|---|---|
| **Title of Work:** | SMURFS: THE LOST VILLAGE |
| **Previous or Alternate Title:** | Smurfs 3 |
| | The Smurfs Movie 3 |
| | Untitled Smurfs Movie |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 25, 2017 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000009004 |

## Author _____

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | Sony Pictures Animation Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | LSC Film Corporation |
| | 2711 N. Haskell Ave., Suite 1800, Dalla, TX, 75205, United States |
| **Transfer statement:** | By written agreement |

## Limitation of  copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music, Based on the Smurf's characters and works of Peyo. |

**EXHIBIT Y**
**KLAUS - 090**

**Previous registration and year:**  PAU003755113, 2014

**New material included in claim:**  all other cinematographic material, production as a motion picture

## Certification

**Name:**  Julie LaBeach
**Date**:  April 07, 2017

**EXHIBIT Y
KLAUS - 091**

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4741040662

## Mail Certificate _____

Sony Pictures Entertainment Inc.
Julie LaBeach
10202 W. Washington Blvd.
JS 125D
Culver City, CA 90232-3195 United States

**Priority:**   Routine          **Application Date:**   April 07, 2017

**Note to C.O.:** We respectfully request a grant of Special Relief under Section 202.20(d) to deposit one (1) HDCAM-SR tape clone of the original DCP (Digital Cinema Package) for this motion picture which was only released in a digital format theatrically. No 35mm prints exist for this motion picture.  We have requested our representative Thomson CompuMark, who is hand-delivering the HDCAM-SR tape for this filing, to request our claim be upgraded to Special Handling processing due to pending contractual negotiations.  The $800.00 Special Handling charges will be paid by Thomson CompuMark DA account #061794, as will be indicated in a letter from their offices; while the $55.00 registration fee will be paid by our Sony Pictures Entertainment Inc. DA account, which is already associated with this record.

## Correspondent _____

**Organization Name:**   Sony Pictures Entertainment Inc.
**Name:**   Bradley Russell
**Email:**   bradley_russell@spe.sony.com
**Telephone:**   (310)244-5328
**Fax:**   (310)244-2366
**Address:**   10202 W. Washington Blvd.
JS 1253
Culver City, CA 90232-3195 United States

**EXHIBIT Y**

# EXHIBIT Z

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayne Teigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**PA 2-044-059**
**Effective Date of Registration:**
July 07, 2017

## Title _____

**Title of Work:** SPIDER-MAN: HOMECOMING

**Previous or Alternate Title:** Spider-Man 6

Summer Of George

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** July 02, 2017
**Nation of 1ˢᵗ Publication:** Singapore
**Preregistration:** PRE000008982

## Author _____

- **Author:** Columbia Pictures Industries, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

**Copyright Claimant:** LSC Film Corporation
2711 N. Haskell Ave., Suite 1800, Dallas, TX, 75205, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim _____

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters and computer/ internet software / programs. Based on the Marvel Comic book by Stan Lee and Steve Ditko, of the character Spider-Man and related characters.

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification _____

Page 1 of 2

**Name:**  Julie LaBeach
**Date:**  July 07, 2017

---

**Copyright Office notes:**   Regarding special handling request: Claim upgraded for special handling per request received on 07/14/2017 due to pending or prospective litigation. Registration decision and certificate issued on 7/21/2017.

EXHIBIT Z
KLAUS - 095

# EXHIBIT AA

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number

## PA 1-995-698

**Effective Date of Registration:**
August 04, 2016

## Title

**Title of Work:** SUICIDE SQUAD

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 03, 2016
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000008502

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

**Copyright Claimant:** Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd, Las Vegas, NV, 89146, United States
**Transfer statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC Entertainment

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522-1562 United States

Page 1 of 2

**EXHIBIT AA**
**KLAUS - 097**

## Certification

**Name:**  Paula Reno
**Date:**  August 03, 2016

**EXHIBIT AA**
**KLAUS - 098**

# EXHIBIT BB

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-993-610**

**Effective Date of Registration:**
April 07, 2016

## Title

| | |
|---|---|
| **Title of Work:** | The Boss |
| **Previous or Alternate Title:** | Michelle Darnell |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 07, 2016 |
| **Nation of 1st Publication:** | Croatia |
| **Preregistration:** | PRE000008645 |

## Author

| | |
|---|---|
| **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | PAu 3-792-793, 2016 |
| **New material included in claim:** | all other cinematographic material |

## Certification

| | |
|---|---|
| **Name:** | Carly Seabrook |
| **Date:** | April 07, 2016 |

Page 1 of 1



**EXHIBIT BB**
**KLAUS - 101**

# EXHIBIT CC

EXHIBIT CC
KLAUS - 102

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-969-757**

**Effective Date of Registration:**
January 19, 2016

## Title

**Title of Work:** 13 HOURS: THE SECRET SOLDIERS OF BENGHAZI

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Based on the book "13 Hours: The Inside Account of What Really Happened in Benghazi" by Mitchell Zuckoff with the Annex Security Team

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Michelena Hallie, Vice President & Assistant Secretary
**Date:** January 15, 2016

Page 1 of 1

**EXHIBIT CC**
**KLAUS - 103**

Registration #: PA0001969757
Service Request #: 1-3044420262

Paramount Pictures Corporation
Daniel O'Rourke
5555 Melrose Avenue
Lubitsch 215
Hollywood, CA 90038 United States

EXHIBIT CC
KLAUS - 104

# EXHIBIT DD

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-989-069**

**Effective Date of Registration:**
May 27, 2016

## Title

**Title of Work:** THE FINEST HOURS

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 27, 2016
**Nation of 1ˢᵗ Publication:** Belgium

## Author

- **Author:** NOR'EASTER PRODUCTIONS, INC.
  **Author Created:** entire motion picture, Revisions/additions to script as spoken text.
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.
500 S. Buena Vista, Burbank, CA, 91521, United States
**Transfer statement:** assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music, Based on the book by Casey Sherman & Michael J. Tougias entitled: THE FINEST HOURS: THE TRUE STORY OF THE COAST GUARD'S MOST DARING SEA RESCUE

**New material included in claim:** all other cinematographic material, Revisions/additions to script as spoken text.

## Certification

**Name:** Gary Young Lim
**Date:** May 25, 2016
**Applicant's Tracking Number:** 157737

Page 1 of 1



**Registration #:** PA0001989069
**Service Request #:** 1-3477574535

The Walt Disney Company
Gary Young Lim
500 S. Buena Vista Street ROD154
Burbank, CA 91521-1258 United States

**EXHIBIT DD**
**KLAUS - 108**



EXHIBIT DD
KLAUS - 109

# EXHIBIT EE

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# PA 2-044-947

**Effective Date of Registration:**
July 25, 2017

## Title
___

**Title of Work:** WAR FOR THE PLANET OF THE APES (Feature Motion Picture)

## Completion/Publication
___

**Year of Completion:** 2017
**Date of 1st Publication:** July 13, 2017
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Twentieth Century Fox Film Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
___

**Copyright Claimant:** Twentieth Century Fox Film Corporation
PO Box 900, Beverly Hills, CA, 90213, United States

**Copyright Claimant:** TSG Entertainment Finance LLC
5851 W. Charleston Blvd., Las Vegas, NV, 89146
**Transfer statement:** By written agreement

## Limitation of copyright claim
___

**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** PAu 3-811-412, 2016

**New material included in claim:** all other cinematographic material

## Certification
___

**Name:** Mary McGuire
**Date:** July 24, 2017
**Applicant's Tracking Number:** 031873

Page 1 of 2

**EXHIBIT EE**
**KLAUS - 111**



**EXHIBIT EE**
**KLAUS - 112**

# EXHIBIT FF

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-977-149**

**Effective Date of Registration:**
March 04, 2016

## Title _____

**Title of Work:** WHISKEY TANGO FOXTROT

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** March 04, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Paramount Pictures Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification _____

**Name:** Michelena Hallie
**Date:** March 04, 2016

**EXHIBIT FF**
**KLAUS - 114**



**Registration #:** PA0001977149
**Service Request #:** 1-3183611292

Paramount Pictures Corporation
Daniel O'Rourke
5555 Melrose Avenue
Lubitsch 215
Hollywood, CA 90038

