Brandon Witkow (S.B.N. 210443)
witkow | baskin
21031 Ventura Boulevard, Suite 600
Woodland Hills, California 91364
Telephone: (818) 296-9508
Email: bw@witkowlaw.com

John A. Christy (A*dmitted Pro Hac Vice*)
jchristy@swfllp.com
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 681-3450

Attorneys for Defendant
TICKBOX TV LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLP; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; AMAZON CONTENT SERVICES; LLC; NETFLIX STUDIOS, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>TICKBOX TV LLC,<br><br>   Defendant. | Case No. 2:17-cv-07496-MWF-AS<br><br>**ANSWER OF DEFENDANT TICKBOX TV, LLC**<br><br>**[DEMAND FOR JURY TRIAL]** |

**ANSWER**

COMES NOW TickBox TV LLC ("TickBox") and asserts its affirmative defenses and answers each and every paragraph of Plaintiff's Complaint as follows:

1. TickBox admits that it distributes and sells a hardware device. Any advertising, promotional or website material related to the marketing and sale of TickBox's products is the highest and best evidence of its content and will speak for itself. TickBox denies the remaining allegations of Paragraph 1 of the Complaint.

2. TickBox denies Paragraph 2 of the Complaint.

3. TickBox denies Paragraph 3 of the Complaint.

4. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 4 of the Complaint.

5. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 5 of the Complaint.

6. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 6 of the Complaint.

7. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 7 of the Complaint.

8. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 8 of the Complaint.

9. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 9 of the Complaint.

10. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 10 of

the Complaint.

11. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 11 of the Complaint.

12. TickBox is without sufficient knowledge or information upon which to form a belief of the truth or accuracy of the allegation contained in Paragraph 12 of the Complaint.

13. TickBox denies it is a corporation duly incorporated under the laws of the State of Georgia. TickBox is a limited liability company organized under the laws of the State of Georgia. TickBox otherwise admits the allegations in Paragraph 13 of the Complaint.

14. The allegations of Paragraph 14 of the Complaint is a statement of law and/or Plaintiff's legal position to which no response is required by this Defendant.

15. TickBox admits Paragraph 15 of the Complaint.

16. TickBox admits Paragraph 16 of the Complaint.

17. TickBox denies the allegations of Paragraph 17 of the Complaint and affirmatively states that the content of its online advertising and website at any given time is the highest and best evidence of its content and will speak for itself.

18. The allegations of Paragraph 18 of the Complaint is a statement of law and/or Plaintiff's legal position and no response is required of this Defendant. To the extent further response is required of this Paragraph the allegations are denied.

19. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations contained in Paragraph 19 of the Complaint. Moreover, the allegations are not those in effect but are self-serving promotional statements of the Plaintiff.

20. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations contained in Paragraph 20 of the Complaint. To the extent any further response is required of this Paragraph the

allegations are denied.

21. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations contained in Paragraph 21 of the Complaint. To the extent any further response is required of this Paragraph the allegations are denied.

22. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations contained in Paragraph 22 of the Complaint. To the extent any further response is required of this Paragraph the allegations are denied.

23. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations concerning alleged third party sites to which Tickbox TV links or TickBox customers have access. TickBox admits that it has no contracts with any of the Plaintiffs. To the extent a response is required of this Paragraph the allegations are denied.

24. TickBox admits that the screenshot included in Paragraph 24 of the Complaint was a true and accurate copy of a screenshot of a page of the TickBox website at the time and that such a page is the highest and best evidence of its content and will speak for itself with respect to any allegations concerning the installation or use of TickBox TV. TickBox otherwise admits the allegations in Paragraph 24 of the Complaint.

25. TickBox's marketing and promotional materials are the highest and best evidence of their content and speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

26. TickBox admits Paragraph 26 of the Complaint.

27. TickBox denies Paragraph 27 of the Complaint.

28. TickBox denies Paragraph 28 of the Complaint as pled insofar as it has no information or knowledge concerning any "customer's perspective". The manner in which the TickBox products operated at the time this lawsuit was filed shall speak

for itself as well as any information or materials contained on any software included therein.

29. To the extent Paragraph 29 is an allegation of "the customer's perspective" as referenced in Paragraph 28 of the Complaint, TickBox denies Paragraph 29 of the Complaint as pled insofar as it has no information or knowledge concerning any "customer's perspective". The manner in which the TickBox products operated at the time this lawsuit was filed shall speak for itself as well as any information or materials contained on any software included therein. To the extent further response is required, denied.

30. To the extent Paragraph 30 is an allegation of "the customer's perspective" as referenced in Paragraph 28 of the Complaint, TickBox denies Paragraph 30 of the Complaint as pled insofar as it has no information or knowledge concerning any "customer's perspective". The manner in which the TickBox products operated at the time this lawsuit was filed shall speak for itself as well as any information or materials contained on any software included therein. To the extent further response is required, denied.

31. To the extent Paragraph 31 is an allegation of "the customer's perspective" as referenced in Paragraph 28 of the Complaint, TickBox denies Paragraph 31 of the Complaint as pled insofar as it has no information or knowledge concerning any "customer's perspective". The manner in which the TickBox products operated at the time this lawsuit was filed shall speak for itself as well as any information or materials contained on any software included therein. To the extent further response is required, denied.

32. To the extent Paragraph 32 is an allegation of "the customer's perspective" as referenced in Paragraph 28 of the Complaint, TickBox denies Paragraph 32 of the Complaint as pled insofar as it has no information or knowledge concerning any "customer's perspective". The manner in which the TickBox products operated at the time this lawsuit was filed shall speak for itself as well as any

1  information or materials contained on any software included therein.  To the extent
2  further response is required, denied.

3        33.    To the extent Paragraph 33 is an allegation of "the customer's
4  perspective" as referenced in Paragraph 28 of the Complaint, TickBox denies
5  Paragraph 33 of the Complaint as pled insofar as it has no information or knowledge
6  concerning any "customer's perspective" or "popularity" of "Covenant". The manner
7  in which the TickBox products operate at the time this lawsuit was filed shall speak
8  for itself as well as any information or materials contained on any software included
9  therein.  To the extent further response is required, denied.

10        34.    TickBox is without sufficient knowledge or information upon which to
11  form a belief of the truth or accuracy of the allegations contained in Paragraph 4 of the
12  Complaint.  The manner in which the TickBox products operated at the time this
13  lawsuit was filed shall speak for itself as well as any information or materials
14  contained on any software included therein.

15        35.    Defendant is without sufficient knowledge or information upon which to
16  form a belief as to the truth or accuracy of the allegations concerning which movies
17  had been authorized for a video-on-demand distribution, which were still being
18  distributed exclusively to theaters and which are not authorized for in-home viewing
19  by a video-on-demand distribution as of the date of the Complaint. In further response
20  to Paragraph 35, TickBox states that the contents of any page which may have been
21  accessible on the TickBox device as of the date of the Complaint is the highest and
22  best evidence of its content and will speak for itself. To the extent further response to
23  this Paragraph is required the allegations are denied.

24        36.    TickBox is without sufficient knowledge or information upon which to
25  form a belief as to the truth or accuracy of the allegations concerning what content had
26  been authorized with respect to third-party "sources". TickBox states that the contents
27  of any page which may have been accessible on the TickBox device as of the date of
28  the Complaint is the highest and best evidence of its content and will speak for itself.

To the extent further response to this Paragraph is required the allegations are denied.

37. TickBox is without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations regarding "CAM" alleged in Paragraph 37 of the Complaint and otherwise denies the allegation in Paragraph 37.

38. TickBox states that the contents of any page which may have been accessible on the TickBox device as of the date of the Complaint is the highest and best evidence of its content and will speak for itself. TickBox denies Paragraph 38 of the Complaint.

39. TickBox denies Paragraph 39 of the Complaint.

40. The content of TickBox's promotional online and website information is the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

41. The content of TickBox's promotional online and website information is the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

42. The content of TickBox's promotional online and website information is the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

43. Defendant denies Paragraph 43 of the Complaint. The content of TickBox's promotional online and website information is the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

44. The content of TickBox's promotional online and website information is the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required of this Paragraph the allegations are denied.

45. TickBox admits it is a commercial venture and that its revenues will increase based upon increased sales. TickBox otherwise denies the allegations in Paragraph 45 of the Complaint.

46. In response to Paragraph 46 of the Complaint, TickBox restates and incorporates by reference herein its response to the Paragraphs 1-45 of the Complaint with the same force and effect as if they had been restated herein.

47. TickBox denies Paragraph 47 of the Complaint.

48. TickBox denies Paragraph 48 of the Complaint.

49. TickBox denies Paragraph 49 of the Complaint.

50. TickBox denies Paragraph 50 of the Complaint.

51. TickBox denies Paragraph 51 of the Complaint.

52. TickBox denies Paragraph 52 of the Complaint.

53. TickBox denies Paragraph 53 of the Complaint.

54. TickBox denies Paragraph 54 of the Complaint.

55. TickBox denies Paragraph 55 of the Complaint.

56. In response to Paragraph 56 of the Complaint, TickBox restates and incorporates by reference herein its response to the Paragraphs 1-45 of the Complaint with the same force and effect as if they had been restated herein.

57. TickBox denies Paragraph 57 of the Complaint.

58. TickBox denies Paragraph 58 of the Complaint.

59. TickBox denies Paragraph 59 of the Complaint.

60. TickBox denies Paragraph 60 of the Complaint.

61. TickBox denies Paragraph 61 of the Complaint.

62. TickBox denies Paragraph 62 of the Complaint.

63. TickBox denies Paragraph 63 of the Complaint.

64. TickBox denies Paragraph 64 of the Complaint.

65. TickBox denies Paragraph 65 of the Complaint.

66. Any allegation that is not heretofore expressly admitted is denied.

### **AFFIRMATIVE AND OTHER DEFENSES**

Defendant asserts the following defenses, whether affirmative or otherwise. Defendant reserves all further defenses that may now or in the future exist based on

discovery and further factual investigation in the case.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The Complaint and each claim within it fail to allege facts sufficient to state a cause of action.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Volitional Action)

2. The lack of any volitional action by Defendant relating to infringement bars liability of Defendant.

## THIRD AFFIRMATIVE DEFENSE
### (Lack of Culpable Intent)

3. Defendant's lack of culpable intent regarding alleged underlying infringements bars the claims against Defendant.

## FOURTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

4. The doctrine of unclean hands bars Plaintiff's claims.

## FIFTH AFFIRMATIVE DEFENSE
### (Copyright Misuse)

5. The doctrine of copyright misuse bars Plaintiff's claims.

## SIXTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

6. Plaintiff's failure to mitigate damages bars Plaintiff's claims.

## SEVENTH AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

7. Waiver and estoppel bar Plaintiff's claims.

## EIGHTH AFFIRMATIVE DEFENSE
### (Safe Harbors – 17 U.S.C. § 512)

8. The safe harbors under 17 U.S.C. § 512 bar the relief against Defendants

that the Plaintiff seeks.

## NINTH AFFIRMATIVE DEFENSE

(Violation of First, Fifth and Eighth Amendments to U.S. Constitution)

9. Plaintiff's claims for statutory damages violate the First, Fifth, and Eighth Amendments to the United States Constitution.

## TENTH AFFIRMATIVE DEFENSE

(Communications Decency Act – 47 U.S.C. § 230)

10. Defendant is immune from any liability under 47 U.S.C. § 230 of the Communications Decency Act.

WHEREFORE, Defendant prays for relief as follows:

1. That Plaintiff take nothing by its Complaint, and that the same be dismissed with prejudice;

2. That Defendant be awarded its costs of suit, including reasonable attorneys' fees; and

3. For such other and further relief as the Court may deem just and appropriate.

Dated: December 8, 2017

witkow | baskin

SCHREEDER, WHEELER & FLINT, LLP

By: /s/ Brandon J. Witkow
   Brandon Witkow

21031 Ventura Boulevard, Suite 600
Woodland Hills, California 91364
Telephone: (818) 296-9508
Email: bw@witkowlaw.com

*Attorneys for Defendant*
*TICKBOX TV LLC*

10
**ANSWER**

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Federal Rules of Civil Procedure and Local Rule 38-1, Defendant hereby demands a trial by jury.

Dated: December 8, 2017

witkow | baskin

SCHREEDER, WHEELER & FLINT, LLP

By: /s/ Brandon J. Witkow

Brandon Witkow

21031 Ventura Boulevard, Suite 600
Woodland Hills, California 91364
Telephone: (818) 296-9508
Email: bw@witkowlaw.com

*Attorneys for Defendant*
*TICKBOX TV LLC*