NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 600
Woodland Hills, CA 91364
Telephone: (818) 296-9508

ATTORNEY(S) FOR: Defendant Tickbox TV LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s),<br>v.<br><br>TICKBOX TV LLC<br><br>Defendant(s) | CASE NUMBER:<br><br>2:17-CV-07496-MWF-AS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Tickbox TV LLC_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tickbox TV LLC | Defendant |
| Carrla Goldstein | Member of Defendant |

December 8, 2017            /s/ Brandon J. Witkow
Date                        Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Tickbox TV LLC