witkow|baskin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC,<br><br>     Plaintiffs,<br><br> vs.<br><br>Tickbox TV, LLC,<br><br>     Defendant. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**ORDER RE STIPULATION RE: BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**ORDER**

1  The Court, having reviewed the Stipulation re: Briefing Schedule & Hearing on Plaintiffs Motion for Preliminary Injunction (Dkt. No. 28), and finding good cause therefor,

IT IS HEREBY ORDERED as follows:

1. Defendant's Opposition (and all supporting papers) shall be filed and served on or before December 28, 2017;
2. Plaintiffs' Reply (and all supporting papers) shall filed and served on or before January 12, 2018; and
3. The hearing date on the Motion shall be re-noticed for January 29, 2018, at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: December 15, 2017  _____

HON. MICHAEL W. FITZGERALD
U.S. District Court Judge

**ORDER**