1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; AMAZON CONTENT SERVICES, LLC; NETFLIX STUDIOS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TICKBOX TV LLC,<br><br>Defendant. | Case No.: CV 17-7496-MWF (ASx)<br><br>**ORDER FOR PRELIMINARY INJUNCTION** |

On December 7, 2017, Plaintiffs filed a Motion for Preliminary Injunction. (the "Motion") (Docket No. 28). On December 28, 2017, Defendant filed an Opposition. (Docket No. 34). On January 12, 2018, Plaintiffs filed a Reply. (Docket No. 37).

Having read and reviewed the papers filed in connection with the Motion, and having considered the arguments at the hearing held on January 29, 2018,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a preliminary injunction shall issue. The above-named Defendant shall maintain the changes it made to the Device's user interface and its advertising, as set forth in paragraphs 22-27 of the Declaration of Jeffrey Goldstein in Opposition to Plaintiffs' Motion for Preliminary Injunction (Docket No. 34-1), unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATED: January 30, 2018.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE