FILED
CLERK, U.S. DISTRICT COURT

2/13/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TickBox TV LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**PRELIMINARY INJUNCTION** |

37876123.1

Pursuant to the Court's Order re Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 40), Plaintiffs Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Amazon Content Services, LLC, and Netflix Studios, LLC (collectively, "Plaintiffs") are entitled to a Preliminary Injunction.

Accordingly, IT IS HEREBY ORDERED THAT, during the pendency of this case, Defendant TickBox TV LLC and its officers, agents, servants, employees, and attorneys, and other persons acting in active concert or participation with any of them who receive actual notice of this Preliminary Injunction (collectively, "TickBox") are RESTRAINED and ENJOINED as follows:

1. Not later than two (2) calendar days after the entry of this Preliminary Injunction:

    a. TickBox's launcher software shall not include or provide links to any "build," "theme," "app," "addon" or other software program that TickBox knows or has reason to know links directly or indirectly to third-party cyberlockers or streaming sites that transmit unauthorized performances of copyrighted motion pictures or television shows ("Subject Software"). Internet Explorer, Google Chrome, Safari, and Firefox are not Subject Software.

    b. TickBox shall issue an update to the TickBox launcher software to be automatically downloaded and installed onto any previously distributed TickBox TV device and to be launched when such device connects to the internet. Upon being launched, the update will delete the Subject Software downloaded onto the device prior to the update, or otherwise cause the TickBox TV device to be unable to access any Subject Software downloaded onto or accessed via that device prior to the update. TickBox shall ensure that

such updated launcher software is installed on all TickBox TV devices shipped after the date of this Preliminary Injunction.

    c.    TickBox shall remove all tiles on TickBox's home screen that take users to menus for downloading Subject Software to the TickBox TV device, other than a tile that links users exclusively to the Google Play Store or to Kodi within the Google Play Store.

2.    Within twenty-four (24) hours of receiving written notice that a Plaintiff reasonably asserts that any build, theme, app, or addon available through TickBox devices is Subject Software, TickBox shall remove from or disable access through its menus to such build, theme, app, or addon.  If such notice is received after 6:00 p.m eastern time on a Friday, on a Saturday, or before 6:00 p.m. eastern time on a Sunday, TickBox shall complete the removal by 6:00 p.m. eastern time on the immediately following Monday.

3.    TickBox shall not:

    a.    Curate any tile or menu of user options to download or access any Subject Software.

    b.    Encourage or induce any person to locate, upload, download, install, or use Subject Software, or knowingly support or assist any person in locating, uploading, downloading, installing, or using Subject Software.

    c.    Knowingly take any action for the purpose or that has the effect of circumventing the requirements of the Preliminary Injunction, including without limitation impairing the effectiveness of this Preliminary Injunctions' requirements that TickBox limit the ability of users of TickBox TV devices to use the devices to access or use Subject Software.

4.    Plaintiffs shall post security in the amount of $50,000 to compensate TickBox for its losses in the event that this injunction is reversed or vacated.

5. Once signed and entered as an Order by the Court, this Preliminary Injunction replaces and supersedes the Order for Preliminary Injunction (Dkt. No. 41) entered by the Court January 30, 2018.

**IT IS SO ORDERED**

DATED: February 13, 2018

_____
The Honorable Michael W. Fitzgerald
United States District Judge