

**Bond** 015201468

Universal City Studios Productions LLLP: Columbia Pictures Industries, Inc:, Disney Enterprises, Inc,Twentieth Century Fox Film Corporation, Paramount Pictures Corporation, Warner Bros, Entertainment Inc. Amazon Content Services, LLC; Netflix Studios, LLC.

Plaintiff

vs.

**PRELIMINARY INJUNCTION**

TickBox TV LLC,

Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc; Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Paramount Pictures Corporation, Warner Bros, Entertainment Inc, Amazon Content Services LLC; Netflix Studios, LLC., was required to file an undertaking in the sum of Fifty Thousand---------- $50,000.00 DOLLARS as a condition for a preliminary injunction to be in effect restraining and enjoining the above named Defendant TickBox TV LLC., from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, Liberty Mutual Insurance Company, a corporation organized and existing under the laws of the State of Massachusetts and authorized to transact the business of Surety, as Surety, in consideration of premises and issuance of said preliminary injunction does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant TickBox TV LLC. and such damages not exceeding the amount of Fifty Thousand ---------- ($50,000.00) DOLLARS as the Defendant TickBox TV LLC. may sustain by reason of said preliminary injunction if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 15 day of February, 2018.

LIBERTY MUTUAL INSURANCE COMPANY INCORPORATED 1912 MASSACHUSETTS

Liberty Mutual Insurance Company

SURETY

BY: Myrna Fraser

Myrna Fraser, Attorney-in-fact

## ACKNOWLEDGMENT OF PRINCIPAL - IF A CORPORATION

STATE OF ......................
COUNTY OF ....................  } ss

On this ................................ day of ............................................, ......... before me personally appeared ........................................................................... to be known, who, being by me duly sworn, did depose and say; that he/she resides at ..........................................................................................................., that he/she is the ................................. President of .................................................................................................. the corporation described in and which executed the within insurance instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order.

## ACKNOWLEDGMENT OF PRINCIPAL - IF INDIVIDUAL OR FIRM

STATE OF ......................
COUNTY OF ....................  } ss

On this ................................ day of ............................................, ......... before me personally appeared ........................................................................... to me know to be (the individual) (one of the firm) of ..................................................................................., described in and who executed the within instrument and he/she thereupon acknowledged to me that he/she executed the same (as the act and deed of said firm).

## ACKNOWLEDGMENT OF SURETY COMPANY

STATE OF ...New York .........
COUNTY OF ...New York ......  } ss

On this February 15, 2018 before me personally came Myrna Fraser to me known, who, being by me duly sworn, did depose and say; that he/she resides in Kings County, State of New York that he/she is the Attorney-in-Fact of the ...Liberty Mutual Insurance Company the corporation described in which executed the

above instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order; and the affiant did further depose and say that the Superintendent of Insurance of the State of New York, has, pursuant to Section 1111 of the Insurance Law of the State of New York, issued to Liberty Mutual Insurance Company.(Surety) his/her certificate of qualification evidencing the qualification of said Company and its sufficiency under any law of the State of New York as surety and guarantor, and the propriety of accepting and approving it as such; and that such certificate has not been revoked.

NIGEL E FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6136564
Qualified in NY County NY
My Commission Expires November 14, 2020

Nigel Fisher
.............................................
Notary Public

NY acknowledgement

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

**This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.**

Certificate No. 7899156

Liberty Mutual Insurance Company

The Ohio Casualty Insurance Company          West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Kathleen Bubb; Myrna Fraser; Lillian Morales

all of the city of NEW YORK, state of NY each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 25th day of September, 2017.




The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: [signature]
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this 25th day of September, 2017, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.




COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: [signature]
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 15 day of February, 2018.







By: [signature]
Renee C. Llewellyn, Assistant Secretary

**Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.**

**To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.**




LIBERTY MUTUAL INSURANCE COMPANY

**FINANCIAL STATEMENT — DECEMBER 31, 2016**

| Assets | |
|---|---|
| Cash and Bank Deposits | $1,092,914,837 |
| *Bonds — U.S Government | 1,406,763,970 |
| *Other Bonds | 11,379,916,523 |
| *Stocks | 10,349,761,988 |
| Real Estate | 290,265,760 |
| Agents' Balances or Uncollected Premiums | 4,709,977,463 |
| Accrued Interest and Rents | 112,757,395 |
| Other Admitted Assets | 14,659,523,751 |
| **Total Admitted Assets** | **$44,001,881,687** |

| Liabilities | | |
|---|---|---|
| Unearned Premiums | | $6,929,723,299 |
| Reserve for Claims and Claims Expense | | 17,233,877,300 |
| Funds Held Under Reinsurance Treaties | | 208,362,823 |
| Reserve for Dividends to Policyholders | | 944,909 |
| Additional Statutory Reserve | | 39,649,905 |
| Reserve for Commissions, Taxes and Other Liabilities | | 3,061,117,958 |
| **Total** | | **$27,473,676,194** |
| Special Surplus Funds | $95,257,334 | |
| Capital Stock | 10,000,000 | |
| Paid in Surplus | 9,229,250,104 | |
| Unassigned Surplus | 7,193,698,055 | |
| **Surplus to Policyholders** | | **16,528,205,493** |
| **Total Liabilities and Surplus** | | **$44,001,881,687** |




* Bonds are stated at amortized or investment value; Stocks at Association Market Values.
The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2016, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 23rd day of March, 2017.

T Mikolajewski

Assistant Secretary

**CERTIFICATE BY ATTORNEY
PURSUANT TO L.R. 65-5**

This bond (or undertaking) has been examined pursuant to L.R. 65-5 and is recommended for approval. It is not required by law to be approved by a judge.

Dated: February 15, 2018

MUNGER, TOLLES & OLSON LLP

By: *\/s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Plaintiffs