UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; Netflix Studios, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Tickbox TV LLC; Jeffrey Goldstein; Carrla Goldstein,<br><br>Defendants. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND DISCOVERY CUTOFF**<br><br>Date: July 9, 2018<br>Time: 10:00 a.m.<br>Ctrm: 5A (Hon. Michael W. Fitzgerald) |

Upon reviewing the legal argument and evidence filed by Plaintiffs Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Amazon Content Services, LLC, and Netflix Studios, LLC (collectively, "Plaintiffs"), in support of their Motion for Leave to File First Amended Complaint and to Extend Discovery Cutoff ("Motion"); and having reviewed the opposition legal argument and evidence filed by Defendant TickBox TV LLC ("TickBox"); and having reviewed all reply materials and all argument of counsel; and having considered the factors for leave to amend under Fed. R. Civ. P. 15 and the need for additional fact discovery, the Court HEREBY GRANTS Plaintiffs' Motion.

Plaintiffs shall file their First Amended Complaint within five (5) days of the entry of this Order.

The Discovery Schedule is modified as follows:

| | |
|---|---|
| Last Date to Hear Motion to Amend Pleadings /Add Parties | 7/16/2018 |
| Non−Expert Discovery Cut−Off (at least 4 weeks before last date to hear motions) | 8/3/2018 |
| Expert Disclosure (Initial) | 8/3/2018 |
| Expert Disclosure (Rebuttal) | 8/24/2018 |
| Expert Discovery Cut−Off | 9/14/2018 |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 9/14/2018 |
| Last Date to Conduct Settlement Conference | 9/28/2018 |
| For Jury Trial<br>• File Memorandum of Contentions of Fact and Law, LR 16−4<br>• File Exhibit and Witness Lists, LR 16−5.6<br>• File Status Report Regarding Settlement<br>• File Motions *In Limine* | 11/5/2018 |

| | |
|---|---|
| For Jury Trial<br>• Lodge Pretrial Conference Order, LR 16−7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 11/12/2018 |
| <u>Final Pretrial Conference and Hearing on Motions *In Limine*</u> | 11/26/2018 |
| <u>Jury Trial (Tuesday, at 8:30am)</u> | 12/18/2018 |

**IT IS SO ORDERED**

DATED: _____

                                                The Honorable Michael W. Fitzgerald
                                                United States District Judge