Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 603
Woodland Hills, California 91364
Tel: 818.296.9508
Fax: 818.296.9510

John A. Christy
jchristy@swfllp.com
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
Tel: 404.681.3450
Fax: 404.681.1046

Attorneys for Defendant TickBox TV, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal City Studios LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment, Inc.; Amazon Content Services, LLC; Netflix Studios, LLC,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>TickBox TV, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**DECLARATION OF JOHN A. CHRISTY ISO RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND DISCOVERY CUTOFF**<br><br>Date: July 9, 2018<br>Time: 10:00 a.m.<br>Ctrm: 5A (Hon. Michael W. Fitzgerald) |

**DECLARATION OF JOHN A. CHRISTY**

## DECLARATION OF JOHN A. CHRISTY

I, John A. Christy, hereby declare:

1. I am a partner in the law firm of Schreeder, Wheeler & Flint, LLP, and I am counsel of record for Defendant in the above-captioned proceeding. I have knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to the facts stated herein.

2. On Friday, May 25, 2018, I had a telephone conversation with counsel for Plaintiffs, Kelly Klaus, regarding Plaintiffs' intent to seek to amend the Complaint in this action. The parties were unable to reach a consensual resolution of Plaintiffs' request at that time.

3. Counsel for Plaintiffs did not advise me that he would be requesting an extension of discovery unrelated to the proposed amendment of the Complaint, or that the contemplated motion would request an extension without regard to whether an amendment of the Complaint was allowed.

4. Counsel for Plaintiffs has not advised me of any discovery disputes.

5. I have not had any further conference with counsel for Plaintiffs regarding the subject matter of Plaintiffs' *Motion for Leave to File First Amended Complaint and to Extend Discovery Cutoff* prior to Plaintiffs' filing of such motion on June 4, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 18th day of June, 2018, in Atlanta, Georgia.

_____
JOHN A. CHRISTY

i

DECLARATION OF JOHN A. CHRISTY