1  KELLY M. KLAUS (CA Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (CA Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
5  Facsimile:   (213) 687-3702

6  MICHAEL B. DESANCTIS (admitted *pro hac vice*)
   michael.desanctis@mto.com
7  MUNGER, TOLLES & OLSON LLP
   1155 F Street N.W., Seventh Floor
8  Washington, D.C. 20004-1357
   Telephone:  (202) 220-1100
9  Facsimile:   (202) 220-2300

10 KAREN R. THORLAND (CA Bar No. 172092)
   karen_thorland@mpaa.org
11 MOTION PICTURE ASSOCIATION OF AMERICA, INC.
   15301 Ventura Blvd., Building E
12 Sherman Oaks, California 91403
   Telephone: (818) 935-5812
13
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc., Amazon Content Services, LLC; Netflix Studios, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Tickbox TV LLC; Jeffrey Goldstein; Carrla Goldstein,<br><br>Defendants. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**STIPULATION RE [PROPOSED] JUDGMENT AND [PROPOSED] PERMANENT INJUNCTION**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Trial Date:      January 8, 2019 |

39902395.1

STIPULATION AND [PROPOSED] JUDGMENT AND [PROPOSED] PERMANENT INJUNCTION

Plaintiffs Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc., Amazon Content Services, LLC; and Netflix Studios, LLC, (jointly, "Plaintiffs") and Defendants TickBox TV LLC and Jeffrey Goldstein ("Defendants"), by and through their undersigned counsel, having met, conferred, and agreed to resolve their dispute, hereby stipulate to the entry of the [Proposed] Stipulated Judgment in favor of Plaintiffs (attached hereto as Exhibit A), and the [Proposed] Permanent Injunction (attached hereto as Exhibit B).

DATED: September 11, 2018

MUNGER, TOLLES & OLSON LLP
MICHAEL B. DeSANCTIS

By: /s/ *Michael B. DeSanctis*
MICHAEL B. DeSANCTIS
Attorneys for Plaintiffs

DATED: September 11, 2018

SCHREEDER, WHEELER, AND FLINT, LLP
JOHN A. CHRISTY

By: /s/ *John A. Christy*
JOHN A. CHRISTY
Attorneys for Defendants