JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/12/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Universal City Studios Productions LLLP; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Twentieth Century Fox Film Corporation; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Amazon Content Services, LLC; and Netflix Studios, LLC, ,<br><br>      Plaintiffs,<br><br>   vs.<br><br>TickBox TV LLC; Jeffrey Goldstein; and Carrla Goldstein,<br><br>      Defendants. | Case No. 2:17-cv-07496-MWF(AS)<br><br>**JUDGMENT** |

39183179.1

Plaintiffs Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Amazon Content Services, LLC, and Netflix Studios, LLC (collectively, "Plaintiffs") filed their First Amended Complaint against TickBox TV LLC, Jeffrey Goldstein, and Carrla Goldstein (collectively, "Defendants"), on July 6, 2018.

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

[1]  Judgment is entered for Plaintiffs and against Defendants TickBox TV, LLC and Jeffrey Goldstein on the First and Second Causes of Action in Plaintiffs' First Amended Complaint.

[2]  Damages are awarded in favor of Plaintiffs and against Defendants TickBox TV, LLC and Jeffrey Goldstein, jointly and severally, in the total amount of twenty-five million dollars ($25,000,000).

[3]  A Permanent Injunction is entered against Defendants by separate Order. The Court retains jurisdiction to enforce the terms of the Permanent Injunction and the Parties' Settlement Agreement.

[4]  The Preliminary Injunction Bond [Dkt. 46] is dissolved.

**IT IS SO ORDERED.**

DATED: September 12, 2018

_____
The Honorable Michael W. Fitzgerald
United States District Judge